C. D. Michel - S.B.N. 144258
Don B. Kates - S.B.N. 39193
Glenn S. McRoberts - SBN 144852
Hillary J. Green - S.B.N. 243221
TRUTANICH • MICHEL, LLP
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@tmllp.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,

Plaintiffs

vs.

CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,

Defendants.

CASE NO.: CV-09-2143-PJH

**NOTICE OF FILING OF PROOF OF SERVICE FOR CITY AND COUNTY OF SAN FRANCISCO FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS**

1

1     Plaintiffs hereby files with the court Defendant City and County of San Francisco's Proof of Service for the following documents served on Mary 27, 2009, attached as Exhibit "A."

    1. Complaint For Declaratory and Injunctive Relief;

    2. Summons In A Civil Case;

    3. Civil Cover Sheet;

    4. U. S. District Court Northern California ECF Registration Information Handout;

    5. Order Setting Initial Case Management Conference and ADR Deadlines;

    6. Order Requiring Joint Case Management Statement and Appearance At Case Management Conference;

    7. Standing Order For All Judges of the Northern District of California Contents of Joint Case Management Conference.

Date: June 12, 2009                                                  TRUTANICH • MICHEL, LLP

                                                                                         /S/
                                                                        C. D. Michel
                                                                        Attorney for Plaintiffs

**EXHIBIT A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| TRUTANICH & MICHEL<br>ATTORNEYS AT LAW<br>FRANKLIN S. ADLER - SBN # 56417<br>180 EAST OCEAN BOULEVARD, #200<br>LONG BEACH, CA 90802 | (562) 216-4444 | |
| ATTORNEY FOR (NAME): ESPANOLA JACKSON, ET AL | REFERENCE NUMBER<br>0T303124-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ESPANOLA JACKSON, ET AL vs. CITY AND CO. OF S.F., ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV092143PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE LIST OF DOCUMENTS ATTACHED AS EXHIBIT "A";

**Name:** CITY AND COUNTY OF SAN FRANCISCO

**Person Served:** NYDIA GONZALEZ
**Title:** PERSON AUTH TO ACCEPT SERVICE

**Date of Delivery:** 05/27/09
**Time of Delivery:** 02:22 pm

**Place of Service:** 1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102     (Business)

**Physical Description:**

| AGE: 64 | HAIR: BLACK | HEIGHT: 5'6" | RACE: H |
| SEX: F | EYES: BROWN | WEIGHT: 165LBS | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 75.00

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SAN FRANCISCO County,
Number: 2008-0001050

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
30B/0T303124-01

Client File #JACKSON V. CITY & CO. ET AL

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: May 28, 2009
at: SAN FRANCISCO, California.

Signature:
Name: TRAVIS FLEENOR
Title: REGISTERED PROCESS SERVER

# EXHIBIT "A"

## JACKSON, ET AL V. CITY & COUNTY OF SAN FRANCISCO, ET AL
## CASE #CV092143PJH

### LIST OF DOCUMENTS

- SUMMONS IN A CIVIL CASE

- CIVIL COVER SHEET

- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

T303124

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-PJH<br><br>**NOTICE OF FILING OF PROOF OF SERVICE FOR CITY AND COUNTY OF SAN FRANCISCO FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of: **NOTICE OF FILING OF PROOF OF SERVICE FOR CITY AND COUNTY OF SAN FRANCISCO FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2009.

_____/S/_____
C. D. Michel
Attorney for Plaintiffs'

3