| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Glenn S. McRoberts - SBN 144852 |
| | Hillary J. Green - S.B.N. 243221 |
| 3 | TRUTANICH • MICHEL, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@tmllp.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,

  Plaintiffs

vs.

CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,

  Defendants.

CASE NO.: CV-09-2143-PJH

**NOTICE OF FILING OF PROOF OF SERVICE FOR SAN FRANCISCO MAYOR GAVIN NEWSOM FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS**

1

1 | Plaintiffs hereby files with the court Defendant San Francisco Mayor Gavin
2 | Newsom's Proof of Service for the following documents served on Mary 27, 2009,
3 | attached as Exhibit "A."
4 |     1.    Complaint For Declaratory and Injunctive Relief;
5 |     2.    Summons In A Civil Case;
6 |     3.    Civil Cover Sheet;
7 |     4.    U. S. District Court Northern California ECF Registration Information
8 | Handout;
9 |     5.    Order Setting Initial Case Management Conference and ADR Deadlines;
10 |     6.    Order Requiring Joint Case Management Statement and Appearance At
11 |             Case Management Conference;
12 |     7.    Standing Order For All Judges of the Northern District of California
13 | Contents of Joint Case Management Conference.

Date: June 12, 2009            TRUTANICH • MICHEL, LLP

                                                /S/
                                          C. D. Michel
                                          Attorney for Plaintiffs

**EXHIBIT A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) TRUTANICH & MICHEL ATTORNEYS AT LAW FRANKLIN S. ADLER - SBN # 56417 180 EAST OCEAN BOULEVARD, #200 LONG BEACH, CA 90802 | TELEPHONE NO. (562) 216-4444 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME) ESPANOLA JACKSON, ET AL | REFERENCE NUMBER 0T303124-02 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address UNITED STATES DISTRICT COURT, | | |

SHORT NAME OF CASE
ESPANOLA JACKSON, ET AL vs. CITY AND CO. OF S.F., ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER: CV092143PJH |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE LIST OF DOCUMENTS ATTACHED AS EXHIBIT "A";

**Name:** MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY

**Person Served:** NYDIA GONZALEZ
**Title:** AUTH TO ACCEPT SERVICE

**Date of Delivery:** 05/27/09
**Time of Delivery:** 02:22 pm

**Place of Service:** 1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102      (Business)

**Physical Description:**
AGE: 64      HAIR: BLACK      HEIGHT: 5'6"      RACE: H
SEX: F       EYES: BROWN      WEIGHT: 165LBS

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
   [ ] California Code of Civil Procedure

**Fee for service:**   $ 37.50

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SAN FRANCISCO County,
Number: 2008-0001050

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
30B/0T303124-02

Client File #JACKSON V. CITY & CO. ET AL

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: May 28, 2009
at: SAN FRANCISCO, California.

Signature: _____
Name: TRAVIS FLEENOR
Title: REGISTERED PROCESS SERVER

# EXHIBIT "A"

# JACKSON, ET AL V. CITY & COUNTY OF SAN FRANCISCO, ET AL
# CASE #CV092143PJH

## LIST OF DOCUMENTS

- SUMMONS IN A CIVIL CASE

- CIVIL COVER SHEET

- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

T303124

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-PJH<br><br>**NOTICE OF FILING OF PROOF OF SERVICE FOR SAN FRANCISCO MAYOR GAVIN NEWSOM FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of: **NOTICE OF FILING OF PROOF OF SERVICE FOR SAN FRANCISCO MAYOR GAVIN NEWSOM FOR THE SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2009.

                                                /S/
                                        C. D. Michel
                                        Attorney for Plaintiffs'