1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Glenn S. McRoberts - SBN 144852
   Hillary J. Green - S.B.N. 243221
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michelandassociates.com
6
7  Attorneys for Plaintiffs
8
9           IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

12 | ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | ) CASE NO.: CV-09-2143-PJH |
|---|---|
|   | ) NOTICE OF FIRM NAME CHANGE |
| Plaintiffs | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10, | |
| Defendants. | |

1

1  TO: THE CLERK OF THE COURT AND ALL PARTIES:

2  PLEASE TAKE NOTICE that the law firm of Trutanich - Michel, LLP has

3  changed its name to MICHEL & ASSOCIATES, P.C.

4  The address, telephone number and facsimile numbers will remain the same.

5  Please update your records accordingly.

6  Date: July 3, 2009         MICHEL & ASSOCIATES, PC

7

8                 /S/
   C. D. Michel
9  Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-PJH<br><br>NOTICE OF FIRM NAME CHANGE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF FIRM NAME CHANGE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2009.

/S/
————————————————
C. D. Michel
Attorney for Plaintiffs'