```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  WAYNE SNODGRASS, State Bar #148137
    SHERRI SOKELAND KAISER, State Bar #197986
 3  Deputy City Attorneys
    1 Dr. Carlton B. Goodlett Place
 4  City Hall, Room 234
    San Francisco, California 94102-4682
 5  Telephone:    (415) 554-4691
    Facsimile:    (415) 554-4747
 6  E-Mail:       sherri.kaiser@sfgov.org

 7  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
 8  MAYOR GAVIN NEWSOM and POLICE CHIEF
    HEATHER FONG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>        Defendants. | Case No. C09-2143 PJH<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION,<br>Fed. R. Civ. P. 12(b)(1)<br><br>Hearing Date:  September 23, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 5, 17th Floor |

1   Defendants hereby request judicial notice of the following document, attached hereto as
2   Exhibit A:

4   San Francisco General Order No. 1,587, section 22 (as amended by Order 2557,
5   approved July 19, 1892), printed in GENERAL ORDERS OF THE BOARD OF SUPERVISORS
6   at 35-36 (San Francisco 1898).

8   Judicial notice under Rule 201 of the Federal Rules of Evidence is warranted because the
9   contents of the former San Francisco law is "not subject to reasonable dispute."  Fed. R. Evid. 201(b).
10  Because the source of the law is a compendium of General Orders printed contemporaneously with the
11  period in which Section 22 remained operative, the accuracy of the document "cannot reasonably be
12  questioned."

14  Dated:  July 9, 2009

                                    DENNIS J. HERRERA
                                    City Attorney
                                    WAYNE SNODGRASS
                                    SHERRI SOKELAND KAISER
                                    Deputy City Attorneys


                             By:_____/s/_____.
                                    SHERRI SOKELAND KAISER

                                    Attorneys for Defendants City and County of San
                                    Francisco, Mayor Gavin Newsom and Police Chief
                                    Heather Fong