1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Glenn S. McRoberts - SBN 144852
   Hillary J. Green - S.B.N. 243221
3  MICHEL & ASSOCIATES, P. C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michelandassociates.com
6
7  Attorneys for Plaintiffs
8
9              IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION

12 | ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | ) ) ) ) ) ) ) ) ) | **CASE NO.: CV-09-2143-PJH** ORDER DENYING REQUEST FOR **TELEPHONIC APPEARANCE** AT ~~REQUEST FOR~~ **INITIAL CASE MANAGEMENT CONFERENCE**
---|---|---|---

              Plaintiffs

              vs.

   CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,

              Defendants.

TO THE PARTIES OF THE ABOVE ENTITLED ACTION: Pursuant to Local Rule 16-10(a) Plaintiffs' ESPANOLA JACKSON, et al., respectfully request to appear via telephone for the Initial Case Management Conference currently on calendar for Monday, August 27, 2009 at 2:30 p.m.

Date: August 12, 2009              **MICHEL & ASSOCIATES, P.C.**

                                   /S/
                                   C. D. Michel
                                   Attorneys for Plaintiffs'



8/14/09

2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>Defendants. | **CASE NO.: CV-09-2143-PJH**<br><br>**TELEPHONIC APPEARANCE REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of: **TELEPHONIC APPEARANCE REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2009.

/S/
C. D. Michel
Attorney for Plaintiffs

3