| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Glenn S. McRoberts - SBN 144852 |
| | Hillary J. Green - S.B.N. 243221 |
| 3 | MICHEL & ASSOCIATES, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michelandassociates.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, <br><br> Plaintiffs <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10, <br><br> Defendants. | CASE NO. C09-2143 PJH <br><br> **[PROPOSED] ORDER GRANTING MOTION TO STAY** <br><br> Hearing Date: October 21, 2009 <br> Time: 9:00 a.m. <br> Place: Courtroom 5, 17th Fl. <br><br> Hon. Phyllis J. Hamilton |

| | |
|---|---|
| 1 | The motion of Plaintiffs to stay this matter until thirty (30) days after the en |
| 2 | banc panel's decision becomes final in the rehearing of *Nordyke v. King* (Case No. |
| 3 | 07-15763), now pending before the Ninth Circuit Court of Appeals, has been |
| 4 | considered by this Court, and there being no opposition by Defendants, nor need |
| 5 | for further hearing on the matter, IT IS HEREBY ORDERED that Plaintiffs' |
| 6 | motion for stay is GRANTED. |
| 7 | |
| 8 | Dated: _____ |
| 9 | |
| 10 | _____ UNITED STATES DISTRICT JUDGE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-PJH<br><br>[PROPOSED] ORDER GRANTING MOTION TO STAY |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:
**[PROPOSED] ORDER GRANTING MOTION TO STAY**
on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B. Goodlett Place
San Francisco, CA 94102 - 4682

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2009.

/S/
C. D. Michel
Attorney for Plaintiffs

3

[Proposed] Order Granting Motion To Stay - CV-09-2143-PJH