UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 27, 2009                                            **JUDGE:** Phyllis J. Hamilton

**Case No:** C-09-2143 PJH

**Case Name:** Espanola Jackson, et al. v. City and County of San Francisco, et al..

**Attorney(s) for Plaintiff:**        C.D. Michel
**Attorney(s) for Defendant:**   Sherri Sokeland Kaiser

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held. The parties stipulate to staying action pending decision by the 9th Circuit in the Nordyke appeal. No motion to stay is necessary. The parties shall contact the court immediately upon the issuance of a decision. Defendants withdraw the pending motion to dismiss which was filed on 7/9/09. Upon the lifting of the stay by the court the defendants shall have 20 days to respond to the amended complaint. The hearing dates for the motion to stay and motion to dismiss are VACATED.

**Order to be prepared by:**    [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers