| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Glenn S. McRoberts - SBN 144852 |
| | Hillary J. Green - S.B.N. 243221 |
| 3 | MICHEL & ASSOCIATES, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michelandassociates.com |
| 6 | |
| 7 | Attorneys for Plaintiffs Jackson et al., |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | ) ) ) ) ) ) ) ) ) ) | CASE NO. C-09-2143<br><br>Related Case:<br><br>CASE NO. C-09-4493-CW<br><br>**NOTICE OF RELATED CASES**<br><br>[CIV.L.R. 3-12] |
| Plaintiffs, | ) | |
| vs. | ) | |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 3-12, notice is hereby given that the following cases pending in the Northern District of California are related:

*Jackson v. Newsom, et al,* Case No. C-09-2143 PJH, filed May 15, 2009

*Pizzo v. Newsom, et al*, Case No. C-09-4493 CW, filed September 23, 2009

## I. Applicable Standard under Civil L.R. 3-12

Under Civil Local Rule 3-12, an action is related to another when:

(1) the actions concern substantially the same parties, property, transaction, event, or question of law; and

(2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Civil L.R. 3-12(a)

A notice of related case must include: "(1) The title and case number of each related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(b); and (3) A statement addressing whether assignment to a single Judge is or is not likely to conserve judicial resources and promote an efficient determination of the action(s).

## II. Related Cases

The cases are related in each of the following respects:

1. Four of the defendants are common in each of the cases.

2. In both cases, the plaintiffs are bringing suit to challenge the validity of San Francisco Police Code §§ 4512, 1290, and 613.10(g) asserting that each of these code sections violates the Second Amendment.

3. Most, of the factual allegations, causes of action, legal issues, and legal arguments are the same.

4. Both cases raise legal issues and claims that are dependent upon a ruling by the United States Supreme Court in two companion pending cases, *McDonald v. Chicago* (08-1521), and *NRA v. Chicago* (08-1497). These companion cases will be decided by the Supreme Court this term. They address, and the Supreme Court will resolve, whether the Second Amendment of the Constitution should be incorporated into the 14th Amendment through the due process clause and thereby restrict state and local governments from infringing on the Second Amendment right to keep and bear arms. In June 2008 the Supreme

1  Court held that the Second Amendment protects a fundamental individual right. *District of Columbia v. Heller,* 128 S. Ct. 2783 (2008).

### III. Conclusion

The *Jackson* case has been stayed pending a decision from the Ninth Circuit *en banc* panel in *Nordyke v. King,* 575 F.3d 890 (9th Cir., 2009). *Nordyke* is in turn effectively stayed pending the Supreme Court's ruling in the above mentioned cases. The *Pizzo* case should also be stayed pending a ruling from the Supreme Court and a subsequent ruling from the *en banc* panel in *Nordyke* in response to the Supreme Court's decision.

Litigating either of these cases now would be a waste of time. Conducting these cases before different Judges would create an unduly burdensome duplication of labor and expense and a risk of conflicting results.

These cases should be deemed related, and possibly consolidated. *Pizzo* should be stayed.

Date: November 2, 2009                    MICHEL & ASSOCIATES, P.C.


                                          ___/S/_____
                                          C. D. Michel
                                          Attorney for Plaintiff

|     |     |     |
| --- | --- | --- |
| 1   | IN THE UNITED STATES DISTRICT COURT | |
| 2   | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 3   | SAN FRANCISCO DIVISION | |

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, <br><br> Plaintiffs <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF HEATHER FONG, in her official capacity, and Does 1-10, <br><br> Defendants. | CASE NO.: CV-09-2143-PJH <br><br> **NOTICE OF RELATED CASES** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:
**NOTICE OF RELATED CASES**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B. Goodlett Place
San Francisco, CA 94102 - 4682

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2009.

/S/
C. D. Michel
Attorney for Plaintiffs