1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Glenn S. McRoberts - SBN 144852
   Hillary J. Green - S.B.N. 243221
3  MICHEL & ASSOCIATES, PC
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 ESPANOLA JACKSON,  PAUL        ) **CASE NO.: CV-09-2143-RS**
   COLVIN, THOMAS BOYER,          )
12 LARRY BARSETTI, DAVID          ) **[PROPOSED] ORDER GRANTING**
   GOLDEN, NOEMI MARGARET         ) **MOTION FOR RELIEF FROM STAY**
13 ROBINSON, NATIONAL  RIFLE      )
   ASSOCIATION OF AMERICA,        )
14 INC. SAN FRANCISCO VETERAN     )
   POLICE OFFICERS                )
15 ASSOCIATION,                   )
                                  )
16                                )
                                  )
   Plaintiffs                     )
17                                )
   vs.                            )
18                                )
   CITY AND COUNTY OF SAN         )
19 FRANCISCO, MAYOR GAVIN         )
   NEWSOM, IN HIS OFFICIAL        )
20 CAPACITY; POLICE CHIEF         )
   HEATHER FONG, in her official  )
21 capacity, and Does 1-10,       )
                                  )
22 Defendants.                    )
                                  )
23 _____    )

24

25

26

27

28

                              1
       [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM STAY

1        This matter came on for hearing on July 22, 2010, on Plaintiffs duly noticed Motion for

2   Relief from Stay on the grounds that the resolution of the incorporation of the Second

3   Amendment, an issue in *Nordyke v. King* by which the above captioned case was stayed pending

4   its Ninth Circuit decision, will be resolved by the United States Supreme Court in *McDonald v.*

5   *City of Chicago* (No. 08-1521) by the end of this Term.  The Court has read the papers submitted

6   in support of [and in opposition to] the motion, and considered the arguments of counsel and the

7   authorities cited to the Court.

8        The Court has concluded that the Second Amendment incorporation issue will be

9   sufficiency resolved by the United States Supreme Court in *McDonald v. City of Chicago*,

10  causing the need for the *Nordyke* decision to be moot.

11       IT IS ORDERED THAT:

12       1.  The Motion of Plaintiff for Relief from Stay is GRANTED and the Stay is to be Lifted.

13       2.  The Defendants shall have 20 days to respond Plaintiffs Amended Complaint

14

15   Dated: _____

16                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM STAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON,  PAUL COLVIN, )<br>THOMAS BOYER, )<br>LARRY BARSETTI, DAVID GOLDEN, )<br>NOEMI MARGARET ROBINSON, )<br>NATIONAL  RIFLE ASSOCIATION OF )<br>AMERICA, INC. SAN FRANCISCO )<br>VETERAN POLICE OFFICERS )<br>ASSOCIATION, )<br> )<br> )<br>                Plaintiffs )<br> )<br>                        vs. )<br> )<br>CITY AND COUNTY OF SAN )<br>FRANCISCO, MAYOR GAVIN )<br>NEWSOM, IN HIS OFFICIAL )<br>CAPACITY; POLICE CHIEF HEATHER )<br>FONG, in her official capacity, and Does 1- )<br>10, )<br> )<br>                Defendants. ) | **CASE NO.: CV-09-2143-RS**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER GRANTING MOTION
FOR RELIEF FROM STAY**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
sherri.kaiser@sfgov.org
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2010.

_____/S/_____
C. D. Michel
Attorney for Plaintiffs'

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM STAY