UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**   7/22/10              **Time in Court: 14 min.**

**Case No.:** C 09-2143 RS

**Case Title:** Espanola Jackson, et al.,   v.  City and County of San Francisco, et al.,

**Appearances:**
For Plaintiff(s): Clint Monfort

For Defendant(s:) Sherri Sokeland Kaiser

**Deputy Clerk:** Corinne Lew          **Court Reporter:** S. McVickar

## *PROCEEDINGS*

Plaintiff's Motion for Relief from Stay


MOTION/MATTER:  ( ) Granted
( ) Denied request for Preliminary Injunction.
( ) Granted in part/Denied in part
**(X) Taken under submission**
( ) Withdrawn/Off Calendar
( ) Continued to:




Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X) Court**



.