# EXHIBIT A

## TO

### DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND EXCEED OTHERWISE APPLICABLE PAGE LIMITS

 **Stipulated consolidation of Jackson and Pizzo ?**
Sherri Kaiser   to: C.D. Michel, Gary W. Gorski, Geoffrey Graybill          09/13/2010 10:31 AM

Hello All:

Please see the attached ruling, issued this morning, lifting the stay in the Jackson case. Footnote one invites any party to pursue consolidation of the Jackson and Pizzo cases by noticed motion or by stipulation. As you all know, the City would like to consolidate the cases for assorted practical reasons. Last I heard, the plaintiffs in Jackson either sought consolidation or did not object to it (this has fluctuated), the plaintiff in Pizzo agreed to consolidation, and the State defendants took no position.

In light of this spectrum of opinion that indicates at least a general lack of opposition, would you all be willing to stipulate to consolidation? Please advise.

Best,
Sherri


Jackson order lifting stay.pdf

Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)
(415) 554-4747 (fax)

CONFIDENTIAL COMMUNICATION
This communication is subject to attorney-client and/or work product privilege. If you received it in error, please notify the sender and permanently delete it.