**EXHIBIT B**

**TO**

**DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND EXCEED OTHERWISE APPLICABLE PAGE LIMITS**

 RE: Stipulated consolidation of Jackson and Pizzo?
C.D. Michel
to:
Sherri Kaiser
09/13/2010 04:49 PM
Cc:
"Glenn S. McRoberts", "Clint B. Monfort", Sean Brady, "Hillary J. Green"
Show Details

History: This message has been forwarded.

1 Attachment


image001.gif

We would oppose consolidation at this stage.



| C.D. Michel<br>Senior Counsel<br><br>MICHEL & ASSOCIATES, P.C.<br>Attorneys at Law<br>Firearms - Environmental - Land Use - Employment Law | Direct: (562) 216-4441<br>Main: (562) 216-4444<br>Fax: (562) 216-4445<br>Email:<br>CMichel@michellawyers.com<br>Web:<br>www.michellawyers.com<br>180 E. Ocean Blvd.<br>Suite 200<br>Long Beach, CA 90802 |

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.