# EXHIBIT D

## TO

### DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND EXCEED OTHERWISE APPLICABLE PAGE LIMITS

 Jackson v. SF
C.D. Michel
to:
'Sherri Kaiser'
09/15/2010 06:08 PM
Cc:
"Clint B. Monfort", "Hillary J. Green", "Glenn S. McRoberts"
Show Details

History: This message has been replied to and forwarded.

1 Attachment


image001.gif

Sherri,

Based on our litigation schedule and according to local rules, we have been looking at possible dates to have our MSJ heard.

As you pointed out, FRCP 56(c)(1)(B) generally gives you 21 days after the motion is served or a responsive pleading is due, whichever is later, to file your opposition to an MSJ. As I'm sure you are aware however, this rule authorizes courts to alter this timeline through local rules or by court order. Local Rule 7-3 requires opposition to any motion to be filed not less than 21 days before the hearing date. And because Local Rule 7-2 also requires notice of the motion to be served not less than 35 days before the hearing, you will have 14 days to file your opposition once we file our MSJ.

Regardless, we are currently looking at a hearing date of December 2nd -- which is still more than 21 days out from when your responsive pleading is due, so this should alleviate any of your concerns.

Because available dates are filling up quickly, we have tentatively reserved this date for the hearing on our MSJ and intend to file by October 28th in accordance with local rules. By our calculations, this would set your opposition due date at November 11th.

Would that work for you?

Thanks,

Chuck



C.D. Michel
Senior Counsel

MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Firearms - Environmental - Land Use - Employment Law

Direct: (562) 216-4441
Main: (562) 216-4444
Fax: (562) 216-4445
Email:
 CMichel@michellawyers.com
Web:
 www.michellawyers.com
180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.