**EXHIBIT F**

**TO**

**DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND EXCEED OTHERWISE APPLICABLE PAGE LIMITS**



**RE: Jackson Motions**
C.D. Michel
to:
Sherri.Kaiser@sfgov.org
09/19/2010 03:27 PM
Cc:
"Glenn S. McRoberts", "Clint B. Monfort", "Hillary J. Green"
Show Details

History: This message has been replied to.

1 Attachment



image001.gif

Before I respond to your last email, I wonder if you could actually preview your 12(b) motion grounds. I do think it could make a difference.

I am also curious about your grounds to request consolidation. What has changed since our last request along these lines was denied?

Thank you,

Chuck



**C.D. Michel**
Senior Counsel

MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Firearms · Environmental · Land Use · Employment Law

Direct: (562) 216-4441
Main: (562) 216-4444
Fax: (562) 216-4445
Email:
CMichel@michellawyers.com
Web:
www.michellawyers.com
180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.