DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR GAVIN NEWSOM and POLICE CHIEF
GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>　　　　　　Defendants. | Case No. C09-2143 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND EXCEED OTHERWISE APPLICABLE PAGE LIMITS** |

1  On September 22, 2010, Defendants filed a combined motion to extend their time to file a
2 response to Plaintiffs' amended complaint (Civil Local Rule 6-3) and administrative motion for relief
3 from otherwise applicable page limits (Civil Local Rule 7-11).
4  The Court finds that Defendants have good cause for the relief they seek.  Accordingly, IT IS
5 ORDERED THAT Defendants' Motion to Enlarge Time to Respond to First Amended Complaint and
6 Exceed Otherwise Applicable Page Limits is GRANTED.  Defendants shall file their response to
7 Plaintiffs' First Amended Complaint no later than 30 days after the Court issues an order on
8 Defendants' Motion to Consolidate *Pizzo v. Newsom*, N.D. Cal. Case No. 09-4493 CW, which is
9 currently scheduled for hearing on December 9, 2010.  The opening brief shall not exceed 50 pages in
10 length.

13 Dated: _____, 2010

The Honorable Richard Seeborg
United States District Court Judge