**\*\*E-filed 9/27/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, et al., | No. C 09-2143 RS |
| Plaintiffs, | **ORDER RE MOTION TO EXTEND RESPONSE TIME AND PAGE LIMITS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rules 6-3 and 7-11, defendants seek an order, (1) extending their time to move to dismiss the complaint herein until 30 days after a ruling on their as-yet-unfiled motion to consolidate, and (2) enlarging the page limits on such motion to dismiss to 50 pages. Plaintiffs have filed a response indicating they do not oppose the relief requested, and asserting that the matter could have been resolved between counsel had defendants not acted precipitously in filing their motion.

Good cause appearing, it is hereby ordered that:

(1) Within 10 days from the date of this order, defendants shall file any motion to consolidate or, in the event the parties reach agreement on the issue, a stipulation to consolidate.

(2) Within 15 days from the date of this order, plaintiffs shall file any amended complaint, or a motion seeking leave to amend, in the event no stipulation to allow an amended complaint is reached.

(3) Defendants shall file a response to the complaint or the amended complaint no later than 20 days after the issue of consolidation is settled, or 60 days from the date of this order, whichever occurs first. In the event a motion to consolidate is on calendar or has been heard but not yet decided at the expiration of 60 days, defendants may seek a further extension by stipulation or by motion under Rule 6-3.

(4) Defendants' brief in support of their motion to dismiss shall not exceed 40 pages. Any opposition thereto also shall not exceed 40 pages. Any reply brief shall not exceed 20 pages.

IT IS SO ORDERED.

Dated: 9/27/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE