# APPENDIX C

# TO

# DEFENDANTS' MOTION TO CONSOLIDATE

## SEC. 1290. - DISCHARGE OF FIREARMS PROHIBITED—FIREWORKS.

No person or persons, firm, company, corporation or association shall fire or discharge any firearms or fireworks of any kind or description within the limits of the City and County of San Francisco.

Provided, however, that public displays of fireworks may be given with the joint written consent of the Fire Marshal and the Chief of Police.

*(Added by Ord. 1.075, App. 10/11/38)*