1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI SOKELAND KAISER, State Bar #197986
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4691
   Facsimile:     (415) 554-4747
6  E-Mail:        sherri.kaiser@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  MAYOR GAVIN NEWSOM and POLICE CHIEF
   GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>        Defendants. | Case No. C09-2143 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>Hearing Date:  December 9, 2010<br>Time:          1:30 p.m.<br>Place:         Judge Richard Seeborg<br>               United States District Court<br>               450 Golden Gate Avenue, Court Room 3, 17th Floor<br>               San Francisco, California<br><br>Trial Date:    None set |

      Defendants' Motion to Consolidate *Pizzo v. Newsom*, N.D. Cal. Case No. 09-4493 CW, with this action came on for hearing on December 9, 2010.  Having considered the briefing of the parties, the records in the two cases, and the arguments of counsel at the hearing, the Court now finds that the cases are suitable for consolidation because they share common questions of law, and that consolidation is desirable because it will conserve judicial resources, eliminate the risk of inconsistent adjudications, and promote all parties' convenience and economy.

      Accordingly, the Court hereby GRANTS the Defendants' Motion to Consolidate.

Dated:  _____, 2010

                                        The Honorable Richard Seeborg
                                        United States District Court Judge