DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:      (415) 554-4747
E-Mail:          sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR GAVIN NEWSOM and POLICE CHIEF
GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>           Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>           Defendants. | Case No. C09-2143 RS<br><br>**PROOF OF SERVICE OF DEFENDANTS' MOTION TO CONSOLIDATE ON COUNSEL IN *PIZZO V. NEWSOM*, CASE NO. C09-4493 CW**<br><br>Hearing Date:  December 9, 2010<br>Time:              1:30 p.m.<br>Place:             Judge Richard Seeborg<br>                   United States District Court<br>                   450 Golden Gate Avenue, Court Room 3, 17th Floor<br>                   San Francisco, California<br><br>Trial Date:      None set |

# PROOF OF SERVICE

I, Pamela Cheeseborough, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102-4682.

On September 27, 2010, I served the following document(s):

1. **NOTICE OF MOTION AND MOTION TO CONSOLIDATE, SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES ;**
2. **DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT THEREOF;**
3. **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE**

on the following persons at the locations specified:

[COUNSEL IN *PIZZO v. NEWSOM*; C09-04493 CW]

| | |
|---|---|
| GARY W. GORSKI<br>THE LAW OFFICES OF GARY W. GORSKI<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814<br>Telephone: (916) 965-6800<br>Facsimile: (916) 965-6801<br>Email: usrugby@pacbell.net<br>[COUNSEL FOR PLAINTIFF PIZZO] | DANIEL M. KARALASH<br>THE LAW OFFICE OF DANIEL M. KARALASH<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814<br>Telephone: (916) 787-1234<br>Facsimile: (916) 787-0267<br>Email: dmkaralash@surewest.net<br>[COUNSEL FOR PLAINTIFF PIZZO] |
| GEOFFREY LLOYD GRAYBILL<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 324-5465<br>Facsimile: (916) 324-8835<br>Email: geoffrey.graybill@doj.ca.gov<br>[COUNSEL FOR DEFENDANT EDMUND G. BROWN, State of California Attorney General] | CRAIG COX WEAVER<br>CC WEAVER & ASSOCIATES<br>P.O. Box 2275<br>Folsom, CA 95763<br>Telephone: (916) 941-5184<br>Facsimile: (916) 404-4867<br>Email: craigcweaver@ccweaver.com<br>[COUNSEL FOR PLAINTIFF PIZZO] |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

/ / /

/ / /

☒ **BY ELECTRONIC MAIL**: I caused a copy of such document to be transmitted via electronic mail in Portable Document Format ("PDF") Adobe Acrobat from the electronic address: pamela.cheeseborough@sfgov.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 27, 2010, at San Francisco, California.

Pamela Cheeseborough