| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | SHERRI SOKELAND KAISER, State Bar #197986 |
| 3 | Deputy City Attorneys |
| | 1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:   (415) 554-4691 |
| | Facsimile:    (415) 554-4747 |
| 6 | E-Mail:        sherri.kaiser@sfgov.org |
| 7 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | MAYOR GAVIN NEWSOM and POLICE CHIEF |
| | GEORGE GASCÓN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>　　　　　　Defendants. | Case No. C09-2143 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

　　　　In its September 27, 2010 Order re Motion to Extend Response Time and Page Limits, this Court provided that:

　　　　　　Defendants shall file a response to the complaint or the amended complaint no
　　　　　　later than 20 days after the issue of consolidation is settled, or 60 days from the

date of this order, whichever occurs first.  In the event a motion to consolidate is on calendar or has been heard but not yet decided at the expiration of 60 days, defendants may seek a further extension by stipulation or by motion under Rule 6-3.

The same day, defendants filed their motion to consolidate and scheduled it for hearing on December 9, 2010.

In light of the Court's suggestion that it may be appropriate to adjust the time for defendants to respond, and given that the motion to consolidate is scheduled to be heard shortly, the parties hereby stipulate and ask the Court to order as follows:

(1)  Defendants shall respond to plaintiffs' First Amended Complaint no later than 20 days after the Court rules on defendants' motion to consolidate; and

(2)  This agreement is intended solely to facilitate orderly case management and shall not be construed to indicate that the *Jackson* plaintiffs consent to any delay to their case as a result of consolidation.  Defendants explicitly waive any such argument.

Dated:  November 29, 2010

By: s/Sherri Sokeland Kaiser
SHERRI SOKELAND KAISER
Attorney for Defendants

Dated:  November 29, 2010

By:**s/Clint Monfort
CLINT MONFORT
Attorney for Plaintiffs

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED:

Date:  11/29/10

The Honorable Richard Seeborg
Judge of the United States District Court