UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  12/9/10                                    Time in Court: **15 min.**

**Case No.:** C 09-2143 RS

**Case Title:** Espanola Jackson, et al.,   v.  City and County of San Francisco, et al.,

**Appearances:**
       For Plaintiff(s): C.D. Michel

       For Defendant(s:) Sherri Sokeland Kaiser, Geoffrey Graybill

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Kathy Wyatt

### *PROCEEDINGS*

Plaintiff's Motion to Consolidate Held.

MOTION/MATTER:  ( ) Granted
                         ( ) Denied request for Preliminary Injunction.
                         ( ) Granted in part/Denied in part
                         **(X ) Taken under submission**
                         ( ) Withdrawn/Off Calendar
                         ( ) Continued to:

Order to be prepared by:         ( ) Plaintiff   ( ) Defendant   **(X) Court**

.