**\*\*E-filed 12/16/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, et al., | No. C 09-2143 RS |
| Plaintiffs, | **ORDER SETTING DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

In view of the denial of the motion to consolidate, the City shall file its response to the complaint no later than January 27, 2010.

Dated: 12/16/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE