| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
|  | Don B. Kates - S.B.N. 39193 |
| 2 | Glenn S. McRoberts - SBN 144852 |
|  | Clinton Monfort - S.B.N.255609 |
| 3 | MICHEL & ASSOCIATES, PC |
|  | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
|  | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
|  | Email: cmichel@michellawyers.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

ESPANOLA JACKSON, PAUL COLVIN, ) CASE NO. CV-09-2143-RS
THOMAS BOYER, LARRY BARSETTI, )
DAVID GOLDEN, NOEMI MARGARET ) **STIPULATION AND ORDER RE:**
ROBINSON, NATIONAL RIFLE ) **DISMISSAL OF PLAINTIFFS' FIFTH**
ASSOCIATION OF AMERICA, INC. SAN ) **CLAIM FOR RELIEF**
FRANCISCO VETERAN POLICE )
OFFICERS ASSOCIATION, )
) VALIDITY OF SFPC §§ 4512, 1290, and
) 613.10(g) Violation of the Right Self-Defense
) Under State Law
Plaintiffs, )
)
vs. )
)
CITY AND COUNTY OF SAN )
FRANCISCO, MAYOR GAVIN )
NEWSOM, IN HIS OFFICIAL CAPACITY;)
POLICE CHIEF GEORGE GASCON, in his)
official capacity, and Does 1-10, )
)
Defendants. )
_____ )

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and Northern District Local

Rule 7-12, the parties to this action, through their respective attorneys of record, do hereby

stipulate and agree as follows:

WHEREAS, Plaintiffs filed their amended complaint on August 24, 2009.

///

///

1  WHEREAS, Plaintiffs have decided to forego pursuing their fifth claim for relief, challenging the validity of San Francisco Police Code sections 4512, 1290, and 613.10(g) as a violation of the right to self-defense under Article 1 of the California Constitution and California Penal Code section 12026, in light of the United States Supreme Court's recent decision in *McDonald v. Chicago*, 130 S. Ct. 3020 (2010).

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel that the following claim in the above-titled action be dismissed without prejudice:

**FIFTH CLAIM FOR RELIEF:**
**VALIDITY OF SFPC §§ 4512, 1290, and 613.10(g)**
**Violation of the Right Self-Defense Under State Law**
(Cal. Const., art. 1 § 1, Cal. Penal Code § 12026)

Although this claim shall be dismissed without prejudice, the parties stipulate that Plaintiffs shall and hereby do waive their rights to pursue this claim, or any other state law claims, during the course of this litigation.

The parties further stipulate that Plaintiffs shall and hereby do waive any claim for fees and/or costs under section 1021.5 of the California Code of Civil Procedure.

Date: November 8, 2010        MICHEL & ASSOCIATES, PC


          /S/
       C. D. Michel
       Attorney for Plaintiffs ESPANOLA JACKSON, et al.

Date: November 8, 2010        DENNIS J. HERRERA
                              City Attorney
                              WAYNE SNODGRASS
                              SHERRI SOKELAND KAISER
                              Deputy City Attorneys


          /S/
       Sherri Sokeland Kaiser
       Attorneys for Defendants CITY AND COUNTY OF
       SAN FRANCISCO, MAYOR GAVIN NEWSOM, and
       POLICE CHIEF GEORGE GASCON

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3 | Date: 12/29/10
4 |                               The Honorable Richard Seeborg
                              United States District Court Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE DISMISSAL OF PLAINTIFFS' FIFTH CLAIM FOR RELIEF   CV-09-2143-RS