| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Glenn S. McRoberts - SBN 144852 |
| | Clinton Monfort - S.B.N.255609 |
| 3 | MICHEL & ASSOCIATES, PC |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF GEORGE GASCON, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO. CV-09-2143-RS<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFFS' FIFTH CLAIM FOR RELIEF**<br><br>VALIDITY OF SFPC §§ 4512, 1290, and 613.10(g) Violation of the Right Self-Defense Under State Law |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and Northern District Local Rule 7-12, the parties to this action, through their respective attorneys of record, do hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their amended complaint on August 24, 2009.

///

///

---

1

STIPULATION RE DISMISSAL OF PLAINTIFFS' FIFTH CLAIM FOR RELIEF   CV-09-2143-RS

1  WHEREAS, Plaintiffs have decided to forego pursuing their fifth claim for relief,
2  challenging the validity of San Francisco Police Code sections 4512, 1290, and 613.10(g) as a
3  violation of the right to self-defense under Article 1 of the California Constitution and California
4  Penal Code section 12026, in light of the United States Supreme Court's recent decision in
5  *McDonald v. Chicago*, 130 S. Ct. 3020 (2010).

6  IT IS HEREBY STIPULATED by and between the parties to this action through their
7  counsel that the following claim in the above-titled action be dismissed without prejudice:

**FIFTH CLAIM FOR RELIEF:
VALIDITY OF SFPC §§ 4512, 1290, and 613.10(g)
Violation of the Right Self-Defense Under State Law**
(Cal. Const., art. 1 § 1, Cal. Penal Code § 12026)

11  Although this claim shall be dismissed without prejudice, the parties stipulate that
12  Plaintiffs shall and hereby do waive their rights to pursue this claim, or any other state law claims,
13  during the course of this litigation.

14  The parties further stipulate that Plaintiffs shall and hereby do waive any claim for fees
15  and/or costs under section 1021.5 of the California Code of Civil Procedure.

16  Date: November 8, 2010            MICHEL & ASSOCIATES, PC

                                      ___/S/_____
                                      C. D. Michel
                                      Attorney for Plaintiffs ESPANOLA JACKSON, et al.

21  Date: November 8, 2010            DENNIS J. HERRERA
                                      City Attorney
                                      WAYNE SNODGRASS
                                      SHERRI SOKELAND KAISER
                                      Deputy City Attorneys


                                      ___/S/_____
                                      Sherri Sokeland Kaiser
                                      Attorneys for Defendants CITY AND COUNTY OF
                                      SAN FRANCISCO, MAYOR GAVIN NEWSOM, and
                                      POLICE CHIEF GEORGE GASCON

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | |
| 3 | Date: 12/29/10 |
| 4 | The Honorable Richard Seeborg<br>United States District Court Judge |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/29/10

_____
The Honorable Richard Seeborg
United States District Court Judge

Case 3:09-cv-02143-RS   Document 57   Filed 12/29/10   Page 3 of 3

STIPULATION RE DISMISSAL OF PLAINTIFFS' FIFTH CLAIM FOR RELIEF   CV-09-2143-RS