| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | SHERRI SOKELAND KAISER, State Bar #197986 |
| 3 | Deputy City Attorneys |
| | 1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:     (415) 554-4691 |
| | Facsimile:      (415) 554-4747 |
| 6 | E-Mail:          sherri.kaiser@sfgov.org |
| 7 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | MAYOR GAVIN NEWSOM and POLICE CHIEF |
| | GEORGE GASCÓN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>**DECLARATION OF SHERRI SOKELAND KAISER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Sherri Sokeland Kaiser, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am the attorney of record for all defendants in this case and make the following statements of my own personal knowledge unless otherwise indicated. If called to testify to the truth of these statements, I would and could testify competently thereto.

2. In its December 16, 2010 Order Setting Deadline to Respond to the Complaint, this Court ordered defendants to respond to plaintiffs' First Amended Complaint on or before January 27, 2011.

3. I fell significantly ill on Friday, January 21, 2011, and was not able to return to work until today, Wednesday, January 26.

4. On January 24, 2011, concerned that I would be unable to meet the January 27 deadline to respond to the first amended complaint due to my unanticipated illness, I emailed opposing counsel asking if he would stipulate to extend the filing deadline by seven days, and I offered to extend plaintiffs' time to file an opposition brief by the same amount. After a further exchange, we agreed that it would be mutually beneficial to extend each of our deadlines by 14 days, as opposing counsel was also recovering from illness and a resulting backlog of work.

5. There have been no prior modifications of time in this case other than the December 16, 2010 Order that lengthened the usual 20 days to respond and set the January 27, 2011 deadline.

6. I do not foresee any effect on the case schedule that will flow from this mutual 14 day extension.

I hereby declare under penalty of perjury that the foregoing statements are true and correct. Executed this 26th day of January 2011 at San Francisco, California.

    s/*Sherri Sokeland Kaiser*
    SHERRI SOKELAND KAISER