1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
3 | Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
4 | City Hall, Room 234
San Francisco, California 94102-4682
5 | Telephone:    (415) 554-4691
Facsimile:    (415) 554-4747
6 | E-Mail:       sherri.kaiser@sfgov.org

7 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
8 | MAYOR GAVIN NEWSOM and POLICE CHIEF
GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
|---|---|

1 In its December 16, 2010 Order Setting Deadline to Respond to the Complaint, this Court ordered defendants to respond to plaintiffs' First Amended Complaint on or before January 27, 2011.

As set forth in the accompanying Declaration of Sherri Kaiser, defendants' counsel is unable to comply with the January 27, 2011, deadline because of illness, and defendants therefore seek a brief extension of time to file their response to plaintiffs' First Amended Complaint.

Plaintiffs' counsel agrees to the defendants' request, provided that defendants' anticipated motion to dismiss is calendared to allow plaintiffs' counsel the same amount of additional time to file plaintiffs' opposition to that motion.

The parties therefore stipulate and ask the Court to order as follows:

(1) Defendants shall respond to plaintiffs' First Amended Complaint on or before February 10, 2011; and

(2) If defendants move to dismiss plaintiffs' First Amended Complaint, defendants shall calendar their motion for hearing on a date which affords plaintiffs at least four weeks to file their opposition to the motion.

Dated: January 26, 2011

By: s/Sherri Sokeland Kaiser
SHERRI SOKELAND KAISER
Attorney for Defendants

Dated: January 26, 2011

By: **s/Clint Monfort
CLINT MONFORT
Attorney for Plaintiffs

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED:

Date: 1/28/11

The Honorable Richard Seeborg
Judge of the United States District Court

STIP & ORDER EXTENDING TIME TO RESPOND    1    n:\govlit\li2011\091333\00676489.doc
USDC No. C09-2143 RS