1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI SOKELAND KAISER, State Bar #197986
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4691
   Facsimile:    (415) 554-4747
6  E-Mail:       sherri.kaiser@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  MAYOR EDWIN LEE and ACTING POLICE CHIEF
   JEFF GODOWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF JURISDICTION**<br><br>Hearing Date:  April 7, 2011<br>Time:          1:30 p.m.<br>Place:         Courtroom 3, 17th Floor |
|---|---|

Defendants hereby request judicial notice of the following document, attached hereto as Exhibit A:

> San Francisco General Order No. 1,587, section 22 (as amended by Order 2557, approved July 19, 1892), printed in GENERAL ORDERS OF THE BOARD OF SUPERVISORS at 35-36 (San Francisco 1898).

Judicial notice under Rule 201 of the Federal Rules of Evidence is warranted because the content of the former San Francisco law is "not subject to reasonable dispute." Fed. R. Evid. 201(b). Because the source of the law is a compendium of General Orders printed contemporaneously with the period in which Section 22 remained operative, the accuracy of the document "cannot reasonably be questioned."

Dated: February 10, 2011

        DENNIS J. HERRERA
        City Attorney
        WAYNE SNODGRASS
        SHERRI SOKELAND KAISER
        Deputy City Attorneys


By: s/Sherri Kaiser
        SHERRI SOKELAND KAISER

Attorneys for Defendants City and County of San Francisco, Mayor Edwin Lee and Acting Police Chief Jeff Godown