DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR EDWIN LEE and ACTING POLICE CHIEF
JEFF GODOWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF JURISDICTION**<br><br>Hearing Date:   April 7, 2011<br>Time:           1:30 p.m.<br>Place:          Courtroom 3, 17th Floor |

On August 24, 2009, the National Rifle Association (NRA), along with six San Francisco residents and the San Francisco Veteran Police Officers Association (SFVPOA) (collectively, plaintiffs), filed the amended complaint in this matter against the City and County of San Francisco, its Mayor, and its Chief of Police (collectively, defendants or the City).  Plaintiffs' suit is a pre-enforcement challenge to three local gun-related ordinances, each of which they allege to be in violation of the Second Amendment, and one of which they also believe to be unconstitutionally vague.  Defendants have moved to dismiss the amended complaint in its entirety for lack of subject-matter jurisdiction.

Plaintiffs' amended complaint fails to allege that the challenged statutes have been enforced against any of the plaintiffs, or even that any of them faces a particularized threat of enforcement. Accordingly, none of the plaintiffs has alleged an injury-in-fact, whether actual or imminent, sufficient to establish standing to seek relief in federal court.  Moreover, one of the challenged ordinances is a permit condition that only affects licensed San Francisco gun dealers.  None of the plaintiffs are alleged to be licensed gun dealers, nor do they allege that San Francisco gun dealers face significant obstacles to asserting their own rights if they so choose.  In the absence of such showings, plaintiffs do not have third-party standing to pursue those claims.

It is also evident that plaintiffs' claims are not ripe for judicial consideration.  The Court is not convinced that plaintiffs will ever suffer an injury-in-fact adequate to invoke this Court's jurisdiction. Nor does the Court believe that it should, as a matter of prudential ripeness, accept plaintiffs' invitation to engage in sensitive and unprecedented constitutional decision making that risks voiding a legislative enactment without the benefits of a developed factual context and the further guidance of sister courts that may develop if this controversy is allowed to mature.

For all of these reasons, the Court holds that the plaintiffs have failed to allege a sufficient factual basis to establish federal jurisdiction, and the amended complaint must be and hereby is DISMISSED.

IT IS SO ORDERED:

Date: _____

The Honorable Richard Seeborg
Judge of the United States District Court