1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI SOKELAND KAISER, State Bar #197986
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4691
   Facsimile:     (415) 554-4747
6  E-Mail:        sherri.kaiser@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  MAYOR EDWIN LEE and ACTING POLICE CHIEF
   JEFF GODOWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>*AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF JURISDICTION [Fed. R. Civ. P. 12(b)(1)]<br><br>Hearing Date:  April 14, 2011<br>Time:          1:30 p.m.<br>Place:         Courtroom 3, 17th Floor |
|---|---|

# AMENDED NOTICE OF MOTION

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:   Defendants hereby move to dismiss the amended complaint in this matter in its entirety under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.  The hearing on the motion is continued to and will take place at 1:30 p.m. on **Thursday, April 14, 2011**, or as soon thereafter as may be heard, before the Honorable Richard Seeborg in Courtroom 3 on the 17th Floor of the United States District Court, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.  The motion shall be based on this amended notice of motion, the supporting memorandum of points and authorities previously filed on February 10, 2011, request for judicial notice previously filed on February 10, 2011, the arguments of counsel at the hearing, and any such further matters as the Court deems appropriate.

Dated: February 17, 2011

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys


By:   s/Sherri Kaiser
SHERRI SOKELAND KAISER

Attorneys for Defendants City and County of San Francisco, Mayor Edwin Lee and Acting Police Chief Jeff Godown

AMENDED NOTICE OF MOTION TO DISMISS AM. COMPLAINT; USDC No. C09-2143 RS          1          n:\govlit\li2011\091333\00681624.doc