1  C. D. Michel - S.B.N. 144258
   Glenn S. McRoberts - S.B.N. 144852
2  Clinton Monfort - S.B.N. 255609
   MICHEL & ASSOCIATES, PC
3  180 E. Ocean Boulevard, Suite 200
   Long Beach, CA 90802
4  Telephone: 562-216-4444
   Facsimile: 562-216-4445
5  Email: cmichel@michellawyers.com

6

7  Attorneys for Plaintiffs

8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 ESPANOLA JACKSON, PAUL COLVIN, ) CASE NO.: CV-09-2143-RS
   THOMAS BOYER, LARRY BARSETTI, )
13 DAVID GOLDEN, NOEMI MARGARET  ) **REQUEST FOR JUDICIAL NOTICE**
   ROBINSON, NATIONAL RIFLE      ) **IN SUPPORT OF PLAINTIFFS'**
14 ASSOCIATION OF AMERICA, INC. SAN ) **OPPOSITION TO DEFENDANTS'**
   FRANCISCO VETERAN POLICE      ) **MOTION TO DISMISS**
15 OFFICERS ASSOCIATION,         )
                                 )
16                               ) Hearing Date: April 14, 2011
            Plaintiffs           ) Time:         9:00 a.m.
17                               ) Place:        Courtroom 5
            vs.                  )
18                               )
   CITY AND COUNTY OF SAN        )
19 FRANCISCO, MAYOR GAVIN        )
   NEWSOM, IN HIS OFFICIAL CAPACITY;)
20 POLICE CHIEF GEORGE GASCÓN, in his)
   official capacity, and Does 1-10, )
21                               )
            Defendants.          )
22 _____)

23

24

25

26

27

28

                        1
              Request for Judicial Notice

TO THE CLERK AND ALL PARTIES OF RECORD AND THEIR COUNSEL HEREIN:

Plaintiffs, Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association, Inc., and San Francisco Veteran Police Officers Association, by and through their attorneys of record, respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following facts and documents:

1. On or about March 3, 2011, Defendants' City & County of San Francisco, Gavin Newsom, Heather Fong and George Gascon filed an Answer to the Complaint in *Pizzo v. Newsom*. A true and correct copy of Defendant's Answer is attached hereto as Exhibit "A."

2. A copy of the *Pizzo v. Newsom* case docket sheet is attached as Exhibit "B."

Dated: March 23, 2011　　　　　　　　　　MICHEL & ASSOCIATES, P. C.

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　C. D. Michel
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

2
Request for Judicial Notice

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Sokeland Kaiser, Deputy City Attorney
sherri.kaiser@sfgov.org
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2011.

/S/
C. D. Michel
Attorney for Plaintiffs'

3
Request for Judicial Notice