**EXHIBIT "B"**
**REQUEST FOR JUDICIAL NOTICE**
**CASE NO. CO9-2143 PJH**

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:09-cv-04493-CW

Pizzo v. Newsom et al  
Assigned to: Hon. Claudia Wilken  
Referred to: Magistrate Judge Edward M. Chen (Settlement)  
Demand: $0  
Cause: 28:1331 Fed. Question  

Date Filed: 09/23/2009  
Jury Demand: Plaintiff  
Nature of Suit: 950 Constitutional - State Statute  
Jurisdiction: Federal Question  

**Plaintiff**

**Therese Marie Pizzo**   represented by   **Gary William Gorski**  
Law Offices of Gary W. Gorski  
8549 Nephi Way  
Fair Oaks, CA 95628  
(916)965-6800  
Fax: (916)065-6801  
Email: usrugby@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Craig Cox Weaver**  
CC WEAVER & ASSOCIATES  
P.O. Box 2275  
Folsom, CA 95763  
916-941-5184  
Fax: 916-404-4867  
Email: craigcweaver@ccweaver.com  
*ATTORNEY TO BE NOTICED*  

**Daniel Michael Karalash ,**  
Law Ofc Daniel M Karalash  
1207 Front St Ste 15  
Sacramento, CA 95814  
916-787-1234  
Fax: 916-787-0267  
Email: dankaralash@gmail.com  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Gavin Newsom**   represented by   **Sherri Sokeland Kaiser**  
*City & County of San Francisco Mayor, in both his individual & official capacities*  
Office of the City Attorney  
City & County of San Francisco  
#1 Dr. Carlton B. Goodlett Place  
City Hall, Room 234  
San Francisco, CA 94102-4682  
(415) 554-4691  
Fax: (415) 554-4747  
Email: sherri.sokeland.kaiser@sfgov.org  
*LEAD ATTORNEY*

**Defendant**

**Heather Fong**
*Former San Francisco Police Department Chief of Police, in both her individual & official capacities*

represented by **Sherri Sokeland Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George Gascon**
*San Francisco Police Department Chief of Police, in his official capacity*

represented by **Sherri Sokeland Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Hennessey**
*San Francisco Sheriff, in both his individual & official capacities*

represented by **Sherri Sokeland Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City & County of San Francisco**

represented by **Sherri Sokeland Kaiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmund G. Brown**
*State of California Attorney General, in his official capacity*

represented by **Geoffrey Lloyd Graybill**
California Attorney General's Office
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 324-5465
Fax: (916) 324-8835
Email: geoffrey.graybill@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Thomas Jacobs**

represented by **Craig Cox Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2009 | 1 | COMPLAINT for Monetary Damages, Declaratory & Injunctive Relief & Demand for Jury Trial & Notice of Unconstitutionality of Federal & State Statutes - [Summons Issued] against Edmund G. Brown, City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey & Gavin Newsom, [Filing Fee:$350.00, Receipt Number 34611036982] Filed by Plaintiff Therese Marie Pizzo. (tn, COURT STAFF) (Filed on 9/23/2009) (tn, COURT STAFF). (Additional attachment(s) added on 9/24/2009: # 1 Complaint - [Part 1]) (tn, COURT STAFF). (Additional attachment(s) added on 9/24/2009: # 2 Complaint - [Part 2]) (tn, COURT STAFF). (Entered: 09/24/2009) |
| 09/23/2009 | 2 | SUMMONS Issued as to Defendants Edmund G. Brown, City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey & Gavin Newsom.(tn, COURT STAFF) |

| | | |
|---|---|---|
| 09/23/2009 | 3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 1/4/2010 & InitialCase Management Conference set for 1/11/2010 at 1:30 PM.. (tn, COURT STAFF) (Filed on 9/23/2009) (Entered: 09/24/2009) |
| 09/23/2009 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 09/24/2009) |
| 10/01/2009 | 4 | ORDER OF DISQUALIFICATION. Signed by Judge Thelton E. Henderson on 09/30/09. (rbe, COURT STAFF) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/02/2009 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Claudia Wilken for all further proceedings. Judge Hon. Thelton E. Henderson no longer assigned to the case. Signed by Executive Committe on 10/2/09. (mab, COURT STAFF) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/06/2009 | 6 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE: Case Management Conference set for 4/6/2010 02:00 PM.. Signed by Judge Claudia Wilken on 10/6/09. (scc, COURT STAFF) (Filed on 10/6/2009) (Entered: 10/06/2009) |
| 10/08/2009 | 7 | STIPULATION *Extending Time to Respond to Complaint* by Edmund G. Brown, Therese Marie Pizzo. (Graybill, Geoffrey) (Filed on 10/8/2009) Modified on 10/9/2009 (cp, COURT STAFF). (Entered: 10/08/2009) |
| 10/14/2009 | 8 | STIPULATION *Extending Time to Respond to Complaint [L.R. 6-1(a)]* by City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom, Therese Marie Pizzo. (Kaiser, Sherri) (Filed on 10/14/2009) Modified on 10/15/2009 (cp, COURT STAFF). (Entered: 10/14/2009) |
| 11/24/2009 | 9 | Request for Stay of Proceedings pursuant to STIPULATION re 1 Complaint by Edmund G. Brown. (Attachments: # 1 Exhibit Exhibit A - Other Signatories)(Graybill, Geoffrey) (Filed on 11/24/2009) Modified on 11/25/2009 (kc, COURT STAFF). (Entered: 11/24/2009) |
| 11/24/2009 | 10 | Declaration of Geoffrey L. Graybill in Support of 9 Stipulation *for Request to Stay Proceedings* filed byEdmund G. Brown. (Related document(s) 9 ) (Graybill, Geoffrey) (Filed on 11/24/2009) (Entered: 11/24/2009) |
| 11/24/2009 | 11 | Proposed Order re 9 Stipulation *Granting Stay of Proceedings* by Edmund G. Brown. (Graybill, Geoffrey) (Filed on 11/24/2009) (Entered: 11/24/2009) |
| 12/10/2009 | 12 | ORDER by Judge Claudia Wilken GRANTING 9 Request to Stay. Signed by Judge Claudia Wilken, on 12/10/09. (scc, COURT STAFF) (Filed on 12/10/2009) Modified on 12/11/2009 (jlm, COURT STAFF). (Entered: 12/10/2009) |
| 03/22/2010 | 13 | NOTICE by Craig Cox Weaver *of Association of Counsel* (Weaver, Craig) (Filed on 3/22/2010) Modified on 3/23/2010 (cp, COURT STAFF). (Entered: 03/22/2010) |
| 04/02/2010 | 14 | STIPULATION *of the Parties to Continue the Case Management Conference* by City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom, Edmund G. Brown,. (Kaiser, Sherri) (Filed on 4/2/2010) Modified on 4/5/2010 (cp, COURT STAFF). (Entered: 04/02/2010) |
| 04/02/2010 | 15 | STIPULATION by Therese Marie Pizzo. (Gorski, Gary) (Filed on 4/2/2010) (Entered: 04/02/2010) |
| 04/05/2010 | 16 | ORDER re 14 Granting Stipulation of the Parties to Continue the Case Management Conference.Initial Case Management Conference set for 7/13/2010 02:00 PM.Signed by Judge Claudia Wilken on 04/05/2010. (scc, COURT STAFF) (Filed on 4/5/2010) (Entered: 04/05/2010) |
| 04/05/2010 | | ***Deadlines terminated. 6 Case Management Scheduling Order. (scc, COURT STAFF) (Filed on 4/5/2010) (Entered: 04/05/2010) |

| | | |
|---|---|---|
| 04/16/2010 | 17 | NOTICE by Thomas Jacobs *RELATED CASES NOTICE* (Weaver, Craig) (Filed on 4/16/2010) (Entered: 04/16/2010) |
| 04/21/2010 | 18 | NOTICE by Thomas Jacobs *TO DISREGARD NOTICE OF RELATED CASES* (Weaver, Craig) (Filed on 4/21/2010) (Entered: 04/21/2010) |
| 07/13/2010 | 23 | Minute Entry: Initial Case Management Conference held on 7/13/2010 before Claudia Wilken (Date Filed: 7/13/2010). (Court Reporter Sarah Goekler.) (ndr, COURT STAFF) (Date Filed: 7/13/2010) (Entered: 07/16/2010) |
| 07/14/2010 | 19 | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE. Signed by Judge Claudia Wilken on 7/14/2010. (cwlc2, COURT STAFF) (Filed on 7/14/2010) (Entered: 07/14/2010) |
| 07/15/2010 | 20 | STIPULATION *of the Parties to Set Aside Order of July 14, 2010 for Failure to Appear and to Reset the Case Back on the Case Management Conference Calendar; (Proposed) Order* by Therese Marie Pizzo, Edmund G. Brown, City & County of San Francisco, Heather Fong, George Cascon, Michael Hennessey, Gavin Newsom, . (Gorski, Gary) (Filed on 7/15/2010) Modified on 7/16/2010 (cp, COURT STAFF). (Entered: 07/15/2010) |
| 07/15/2010 | 21 | Letter from Counsel for Defendants City and County of San Francisco, et al. *Objecting to Filing of 7/15/2010 Stipulation to Set Aside Order*. (Kaiser, Sherri) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 22 | NOTICE *of Withdraw of Docket Entry 20 Stipulation of the Parties to Set Aside Order of July 14, 2010 for Failure to Appear and to Reset the Case Back on the Case Management Conference Calender"* by Therese Marie Pizzo. (Gorski, Gary) (Filed on 7/15/2010) Modified on 7/16/2010 (cp, COURT STAFF). (Entered: 07/15/2010) |
| 07/20/2010 | 24 | *Amended Stipulation of the Parties to Set Aside Order of July 14, 2010 for Failure to Appear and to Reset the Case Back on the Case Management Conference Calendar; (Proposed) Order* by Therese Marie Pizzo, Edmund G. Brown, City& County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom, . (Gorski, Gary) (Filed on 7/20/2010) Modified on 7/21/2010 (cp, COURT STAFF). (Entered: 07/20/2010) |
| 07/22/2010 | 25 | ORDER re 24 Granting Stipulation of the Parties to Set Aside Order of July 14, 2010 for Failure to Appear and to Reset the Case Back on the Case Management Conference Calendar. Case Management Conference set for 10/5/2010 02:00 PM. Signed by Judge Claudia Wilken on 7/22/2010. (ndr, COURT STAFF) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 09/21/2010 | 26 | STATUS REPORT by Therese Marie Pizzo. (Gorski, Gary) (Filed on 9/21/2010) (Entered: 09/21/2010) |
| 09/28/2010 | 27 | SEPARATE FURTHER CASE MANAGEMENT STATEMENT filed by City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom. (Kaiser, Sherri) (Filed on 9/28/2010) Modified on 9/29/2010 (kc, COURT STAFF). (Entered: 09/28/2010) |
| 09/28/2010 | 28 | Declaration of Sherri Kaiser in Support of 27 Case Management Statement filed byCity & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 27 ) (Kaiser, Sherri) (Filed on 9/28/2010) (Entered: 09/28/2010) |
| 09/28/2010 | 29 | SUPPLEMENTAL CASE MANAGEMENT STATEMENT filed by Edmund G. Brown. (Graybill, Geoffrey) (Filed on 9/28/2010) Modified on 9/29/2010 (kc, COURT STAFF). (Entered: 09/28/2010) |
| 10/04/2010 | 30 | CLERKS NOTICE CONTINUING CASE MANAGEMENT CONFERENCE. Initial Case Management Conference set for 1/4/2011 02:00 PM. (ndr, COURT STAFF) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 12/21/2010 | 31 | JOINT CASE MANAGEMENT STATEMENT filed by Therese Marie Pizzo, Edmund G. |

| | | |
|---|---|---|
| | | Brown, City & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom. (Gorski, Gary) (Filed on 12/21/2010) Modified on 12/23/2010 (cp, COURT STAFF). (Entered: 12/21/2010) |
| 12/30/2010 | 32 | Ex Parte Application filed by Therese Marie Pizzo. (Gorski, Gary) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 01/03/2011 | 33 | ORDER by Judge Claudia Wilken granting 32 Ex Parte Application (ndr, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 01/04/2011 | 34 | Minute Entry and Case Management Order: Initial Case Management Conference held on 1/4/2011 before Claudia Wilken (Date Filed: 1/4/2011), CASE REFERRED to Magistrate Judge for Settlement Conference. Case Management Statement due by 7/19/2012. Further Case Management Conference (to be held whether or not motion filed) set for 7/26/2012 02:00 PM. Final Pretrial Conference set for 9/25/2012 02:00 PM. Jury Selection set for 10/9/2012 08:30 AM before Hon. Claudia Wilken. Jury Trial (3 day) set for 10/9/2012 08:30 AM before Hon. Claudia Wilken. (to be filed) Dispositive Motion Hearing set for 7/26/2012 02:00 PM before Hon. Claudia Wilken. (to be filed) Motion to Dismiss Hearing set for 4/7/2011 02:00 PM before Hon. Claudia Wilken. (Court Reporter Raynee Mercado.) (ndr, COURT STAFF) (Date Filed: 1/4/2011) (Entered: 01/05/2011) |
| 03/03/2011 | 35 | ANSWER to Complaint byEdmund G. Brown. (Graybill, Geoffrey) (Filed on 3/3/2011) (Entered: 03/03/2011) |
| 03/03/2011 | 36 | ANSWER to Complaint byCity & County of San Francisco, Heather Fong, George Gascon, Michael Hennessey, Gavin Newsom. (Kaiser, Sherri) (Filed on 3/3/2011) (Entered: 03/03/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2011 16:43:45 | | | |
| PACER Login: | tm0137 | Client Code: | NRA.JACKSON |
| Description: | Docket Report | Search Criteria: | 4:09-cv-04493-CW |
| Billable Pages: | 5 | Cost: | 0.40 |