# APPENDIX

(San Francisco Ordinance 50-11)

FILE NO. 101120

Amendment of the Whole – 2/3/11
ORDINANCE NO. **50-11**

1   [Police Code - Discharge of Fireworks; Firearms]

2

3   **Ordinance amending the San Francisco Police Code by amending Sections 1290, 4502,**

4   **and 4506 to consolidate the prohibitions on the discharge of firearms within the City**

5   **and to re-state the exceptions to those prohibitions.**

6   NOTE: Additions are *single-underline italics Times New Roman*;
        deletions are ~~*strike-through italics Times New Roman*~~.
7       Board amendment additions are <u>double-underlined</u>;
        Board amendment deletions are ~~strikethrough normal~~.
8

9   Be it ordained by the People of the City and County of San Francisco:

10  Section 1. The San Francisco Police Code is hereby amended by amending

11  Sections 1290, 4502, and 4506, to read as follows:

12  **SEC. 1290. DISCHARGE OF <u>FIREWORKS</u> ~~FIREARMS~~ PROHIBITED—~~FIREWORKS~~.**

13  No person or persons, firm, company, corporation or association shall fire or discharge

14  any ~~firearms or~~ fireworks of any kind or description within the limits of the City and County of

15  San Francisco.

16  Provided, however, that public displays of fireworks may be given with the joint written

17  consent of the Fire Marshal and the Chief of Police.

18

19  **SEC. 4502. DISCHARGE OF FIREARMS AND FIRING OF PROJECTILE WEAPONS.**

20  <u>Subject to the exceptions in Section 4506, it</u> ~~It~~ shall be unlawful for any person to at

21  any time fire or discharge, or cause to be fired or discharged, any firearm or any projectile

22  weapon ~~on or into any street, highway or other public place~~ within the City and County of San

23  Francisco.

24

25  / / /

**SEC. 4506. FIREARMS AND PROJECTILE WEAPONS; EXCEPTIONS.**

(a) The provisions of Section 4502 shall not apply to or affect:

(1) Sheriffs ~~sheriffs~~, constables, marshals, police officers, or other duly appointed peace officers in the performance of their official duties, <u>or</u> ~~nor to~~ any person summoned by such officer to assist in making arrests or preserving the peace while said person so summoned is actually engaged in assisting such officer;

(2) <u>Persons in lawful possession of a handgun who discharge said handgun in necessary and lawful defense of self or others while in a personal residence; or</u>

(3) <u>Persons in lawful possession of a firearm or projectile weapon who are expressly and specifically authorized by federal or state law to discharge said firearm or projectile weapon under the circumstances present at the time of discharge.</u>
~~nor to persons who are by federal or state law authorized to use such firearms or projectile weapons, nor to persons using said firearms or projectile weapons in necessary self defense.~~

(b) Use of firearms and projectile weapons may be permissible when integral to the pursuit of specific competitive and sporting events, including but not limited to events such as target and skeet shooting, upon issuance of a permit from the Chief of Police to persons conducting the event or engaged in the business of providing the location at which the event is to take place. The Chief of Police shall formulate criteria for the application, issuance, and renewal of such permits, and may require as a condition of approval the posting of any bond, or proof of adequate liability insurance.

APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

By: _____
THOMAS J. OWEN
Deputy City Attorney



**City and County of San Francisco**

**Tails**

**Ordinance**

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

---

**File Number:** 101120　　　　　　　　**Date Passed:** March 15, 2011

Ordinance amending the San Francisco Police Code by amending Sections 1290, 4502, and 4506 to consolidate the prohibitions on the discharge of firearms within the City and to re-state the exceptions to those prohibitions.

February 03, 2011 Public Safety Committee - AMENDED, AN AMENDMENT OF THE WHOLE BEARING NEW TITLE

February 03, 2011 Public Safety Committee - RECOMMENDED AS AMENDED

February 15, 2011 Board of Supervisors - PASSED, ON FIRST READING
   Ayes: 11 - Avalos, Campos, Chiu, Chu, Cohen, Elsbernd, Farrell, Kim, Mar, Mirkarimi and Wiener

March 01, 2011 Board of Supervisors - CONTINUED ON FINAL PASSAGE
   Ayes: 11 - Avalos, Campos, Chiu, Chu, Cohen, Elsbernd, Farrell, Kim, Mar, Mirkarimi and Wiener

March 08, 2011 Board of Supervisors - CONTINUED ON FINAL PASSAGE
   Ayes: 11 - Avalos, Campos, Chiu, Chu, Cohen, Elsbernd, Farrell, Kim, Mar, Mirkarimi and Wiener

March 15, 2011 Board of Supervisors - FINALLY PASSED
   Ayes: 8 - Avalos, Chiu, Chu, Elsbernd, Farrell, Kim, Mar and Wiener
   Excused: 3 - Campos, Cohen and Mirkarimi

File No. 101120

I hereby certify that the foregoing Ordinance was FINALLY PASSED on 3/15/2011 by the Board of Supervisors of the City and County of San Francisco.

_____
Angela Calvillo
Clerk of the Board

_____
Mayor Edwin Lee

_____3/16/11_____
Date Approved