**\*\*E-filed 4/8/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ESPANOLA JACKSON, et al.,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 09-2143 RS

**ORDER CONTINUING HEARING DATE AND REQUESTING FURTHER BRIEFING**

In this action, plaintiffs challenge the constitutionality of three San Francisco Police Code ("SFPC") sections regulating firearms and ammunition. Defendants have moved to dismiss, contending that plaintiffs lack standing and that the claims are not ripe. After the motion was filed, one of the three challenged SFPC sections was amended in a manner that defendants contend addresses plaintiffs' complaints, and thereby moots the controversy as to that section.[1] In light of this development, the hearing on defendants' motion to dismiss is continued to April 28, 2011. No

---

[1] Plaintiffs apparently were unaware that the amendment had taken effect shortly before they filed their opposition.

later than April 15, 2011, plaintiffs shall file a supplemental brief, not to exceed seven pages, setting forth their position on the effect of the amendment.

IT IS SO ORDERED.

Dated: 4/8/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE