CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

SHERRI KAISER
Deputy City Attorney

DIRECT DIAL:  (415) 554-4691
E-MAIL:       sherri.kaiser@sfgov.org

April 26, 2011

The Honorable Richard Seeborg
United States District Court
450 Golden Gate Avenue
Court Room 3, 17th Floor
San Francisco, CA  94102

    Re:    *Jackson v. City and County of San Francisco*; N.D. Cal. No. C09-2143 RS

Dear Judge Seeborg:

    The Court is scheduled to hear the City's motion to dismiss the amended complaint in *Jackson v. City and County of San Francisco* for lack of jurisdiction on this Thursday, April 28. In regard to that motion, I write to bring to the Court's attention a document filed just last week in *Pizzo v. Newsom*, N.D. Cal. Case No. 09-4493 CW, as Document No. 41.  That document contains the declaration of Gary W. Gorski, counsel for plaintiff Pizzo, opposing the National Rifle Association's motion for status as an amicus curiae in the *Pizzo* case.  I have attached that document as Exhibit 1 to this letter.

    Exhibit A to Mr. Gorski's declaration is an amicus brief in *Silveira v. Lockyer*, Ninth Cir. Case No. 01-15098, filed by C.D. Michel.  Mr. Michel is lead counsel to the plaintiffs in this case.  In the *Silveira* brief, Mr. Michel takes the same position before the Ninth Circuit that the City takes in its current motion to dismiss.  Before this Court, he opposes that position.

    Mr. Michel filed the *Silveira* brief on behalf of the California Rifle & Pistol Association (CPRA).  While the NRA, rather than the CRPA, is a plaintiff in *Jackson*, the CRPA represents itself on the "Member Benefits and Services" page of its website as "the official NRA State Association."  *See* http://www.crpa.org/_e/page/1003/membership_benefits_1.htm, attached as Exhibit 2.  The CRPA also publicly represents itself as partnering with the NRA in filing *Jackson*, "continu[ing] to aggressively litigate" against the City, and providing financial support for the litigation.  *See* http://www.crpa.org/_e/page/1623/mr04_07_11.htm, attached as Exhibit 3.

    Very truly yours,

    DENNIS J. HERRERA
    City Attorney

    /s/ *Sherri Sokeland Kaiser*

    Sherri Kaiser
    Deputy City Attorney

CITY HALL, ROOM 234 · 1 DR. CARLTON B. GOODLETT PLACE · SAN FRANCISCO, CALIFORNIA  94102-4682
RECEPTION: (415) 554-4700  FACSIMILE: (415) 554-4747

n:\govlit\li2011\091333\00695968.doc