# EXHIBIT 2

## TO

## LETTER TO THE HONORABLE RICHARD SEEBORG, DATED 4/26/2011

Items in the shopping cart: 0 Current total: $0.00   MY ACCOUNT | LOG IN/REGISTER NOW

Entire Site    [GO]

| HOME | ABOUT US | CONTACT US | MY ACCOUNT | MY BASKET | CHECKOUT |

**Follow Us!**

- CLICK HERE TO JOIN OR REJOIN
- **MEMBERSHIP BENEFITS & SERVICES**
  - BENEFITS
  - MISSION STATEMENT
  - WHY JOIN?
  - RANGES, CLUBS, AND FFLS
- **CRPA STORES**
  - CRPA MERCHANDISE
  - DONATIONS AND SWEEPSTAKES ENTRIES
  - 2011 GUN LAW BOOK
- **LEGISLATION AND LITIGATION**
- **2011 SHOOTING EVENTS**
  - CLICK FOR SCHEDULE
  - CRPA SHOOTING DISCIPLINES
  - CRPA DISTINGUISHED MARKSMANSHIP PROGRAM
- **PUBLICATIONS, MEDIA, AND NEWS ALERTS**
- **LAW ENFORCEMENT AGREE AND CRPA**
- **SAFETY & EDUCATION**
- **SHOOTING ACTIVITIES**
- **HUNTING/WILDLIFE CONSERVATION**
- **LAW POLICY AND RESEARCH**
- **REGISTER TO VOTE**



*Society is safer when criminals don't know who's armed.*

# CRPA
## Member Benefits and Services

**THE CRPA...**

1. **REPRESENTS CALIFORNIA FIREARMS OWNERS.**
2. **DEFENDS THE RIGHT TO SELF-DEFENSE.**
3. **FIGHTS CRIME AND VIOLENCE.**
4. **GETS YOUR MESSAGE OUT.**
5. **TRAINS GUN OWNERS.**
6. **PROMOTES SAFE GUN OWNERSHIP & USE.**
7. **SANCTIONS CHAMPIONSHIP SHOOTING COMPETITIONS.**
8. **PROTECTS THE HUNTING AND SHOOTING SPORTS.**
9. **KEEPS YOU INFORMED.**

**With Your Membership in the CRPA You Will:**

**Receive**
the informative monthly magazine, *The Firing Line*. It's timely, educational and has the information you've asked for, want and need.

**Learn**
about the most recent voting records of political candidates - know who your pro-gun representatives are - it's your valuable election guide.

**Obtain for Free**

1. a copy of Know Your California Gun Laws and It's a Matter of Safety and Frequently Asked Questions Booklet
2. your CRPA Member decal

**Participate**
in CRPA supported State competitive shooting events

**Additionally the CRPA continually:**

**Protects**
your right to keep and use firearms - for sports, hobby, and peace of mind.

**Maintains**
your right to self-defense - protect yourself when no one else will.

**Submit Articles**

**THE FIRING LINE**
To submit a letter or an article to *The Firing Line* Magazine click here.

Or attach and e-mail your letter to here.

**SIGN UP FOR FREE E-MAIL ALERTS**

**CHANGE OF ADDRESS**
Click here to change your address



**Related Links**
- Hunting & Wildlife Links
- Legislation & Litigation-Related Links
- Publication Links & Other Resources
- Policy & Research Links
- Safety & Education Links
- Shooting Sports Links
- CRPA's Affiliates In Other States
- Industry Links

**Honors**
America's firearms heritage - It's your constitutional legacy.

**Fights**
fanatical firearms restrictions - Your voice does make a difference.

**Promotes**
and supports organized, competitve and recreational shooting activities.

**Supports**
The only California based gun owner's rights organization with a full-time, salaried legislative advocate in Sacramento.

**Combats**
firearms abuse through enhanced criminal penalties and law enforcement.

**Supports**
youth firearm activities such as the Jr. Olympics Training Camps, Junior State Championships and safety training.





**NATIONAL RIFLE ASSOCIATION OF AMERICA**
**Incorporated 1871**
**11250 Waples Mill Road**
**Fairfax, VA. 22030**

**WAYNE R. LAPIERRE, JR.**
**EXECUTIVE VICE PRESIDENT**

Dear NRA Member:

I take great pleasure and pride in writing to encourage you to become a member of the California Rifle and Pistol Association Inc., an action that will strengthen gun owners' clout in California. Since its founding in 1875, the CRPA has worked with NRA vigorously opposing all State and local legislation designed to discourage hunting and the use of firearms for recreation and self-defense.

As the official NRA State Association, the California Rifle and Pistol Association is a major organization for coordinating efforts and programs to improve and preserve firearms ownership rights in California. Through CRPA, you will be provided with timely and valuable state and local pro-gun information and services that you need and want, via the CRPA monthly magazine *The Firing Line*.

CRPA is currently conducting major campaigns focusing on California Legislation.

You can help by joining our state association in this effort on behalf of California firearms owners and all law-abiding citizens. The California Rifle and Pistol Association needs you as a member to help support, preserve, and expand your right to keep and bear arms in California.

**For the cost of just one box of ammunition, you can strengthen the defense of your gun ownership rights. I encourage you to join with us in defending our freedoms by becoming a CRPA member.**

Sincerely,

WAYNE R. LAPIERRE
EXECUTIVE VICE PRESIDENT

Privacy Policy | Legal Notice

California Rifle and Pistol Association, Inc.
271 Imperial Highway, Suite 620 Fullerton, California 92835 (714) 992-CRPA (2772) PHONE (714) 992-2996 FAX
Power by flashecom.com ecommerce software

