| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
|   | SHERRI SOKELAND KAISER, State Bar #197986 |
| 3 | Deputy City Attorneys |
|   | 1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
|   | San Francisco, California 94102-4682 |
| 5 | Telephone:     (415) 554-4691 |
|   | Facsimile:      (415) 554-4747 |
| 6 | E-Mail:          sherri.kaiser@sfgov.org |
| 7 | Attorneys for Defendants |
|   | CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | MAYOR EDWIN LEE and former ACTING POLICE CHIEF |
|   | JEFF GODOWN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | Case No. C09-2143 RS |
| | ***AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF JURISDICTION [Fed. R. Civ. P. 12(b)(1)]** |
| Plaintiffs, | Hearing Date:     May 5, 2011 |
| vs. | Time:                   1:30 p.m. |
| | Place:                  Courtroom 3, 17th Floor |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10, | |
| Defendants. | |

*AMENDED* NOTICE OF MOTION TO DISMISS AM.                           n:\govlit\li2011\091333\00696489.doc
COMPLAINT; USDC No. C09-2143 RS

## AMENDED NOTICE OF MOTION

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby move to dismiss the amended complaint in this matter in its entirety under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. The hearing on the motion is continued to and will take place at 1:30 p.m. on **Thursday, May 5, 2011**, or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg in Courtroom 3 on the 17th Floor of the United States District Court, San Francisco Division, 450 Golden Gate Ave., San Francisco, California. The motion shall be based on this amended notice of motion, the supporting memorandum of points and authorities previously filed on February 10, 2011, request for judicial notice previously filed on February 10, 2011, the reply papers filed on or about March 31, 2011, the pleadings and exhibits on file in this action, the arguments of counsel at the hearing, and any such further matters as the Court deems appropriate.

Dated: April 28, 2011

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys

By: s/Sherri Kaiser
SHERRI SOKELAND KAISER

Attorneys for Defendants City and County of San Francisco, Mayor Edwin Lee and former Acting Police Chief Jeff Godown