| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
|   | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton Monfort - S.B.N. 255609 |
|   | MICHEL & ASSOCIATES, PC |
| 3 | 180 E. Ocean Boulevard, Suite 200 |
|   | Long Beach, CA 90802 |
| 4 | Telephone: 562-216-4444 |
|   | Facsimile: 562-216-4445 |
| 5 | Email: cmichel@michellawyers.com |
| 6 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Civil L.R. 7-3(d)(2)**<br><br>Hearing Date: May 5, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 5 |

TO THE CLERK AND ALL PARTIES OF RECORD AND THEIR COUNSEL HEREIN:

Please take notice that Plaintiffs, Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association, Inc., and San Francisco Veteran Police Officers Association, by and through their attorneys of record, hereby lodge and respectfully note, pursuant to Civil Local Rule 7-3(d)(2), the issuance of a recent opinion by the United States Court of Appeals for the District of Columbia in a case similar to the present action, *Dearth, et al. v. Holder*, Case No. 1:00-5062. A true and correct copy of the Court of Appeals' opinion in *Dearth v. Holder* is attached hereto as Exhibit "A."

In reversing and remanding the District Court's ruling in that case, the Court of Appeals for the District of Columbia held that a plaintiff alleging violations of Second Amendment rights has standing to sue, irrespective of enforcement or pre-enforcement activities. Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs' Statement of Recent Decision is timely filed and provides notice of a decision issued subsequent to the filing of Plaintiffs' Opposition and Defendants' Reply.[1]

Dated: May 3, 2011

Respectfully submitted,
MICHEL & ASSOCIATES, P. C.

  /S/
C. D. Michel
Attorney for Plaintiffs

---

[1] Although the Opinion was issued on April 15, 2011, the same day Plaintiffs' Supplemental Brief was filed pursuant to the Court's Order requesting Plaintiffs' address Defendants' amendments to San Francisco Police Code section 1290, Plaintiffs were not yet aware of Court of Appeals' opinion in *Dearth v. Holder* at the time of filing.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Sokeland Kaiser, Deputy City Attorney
sherri.kaiser@sfgov.org
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2011.

                                     /S/
                                   C. D. Michel
                                   Attorney for Plaintiffs'