DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-Mail: sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR EDWIN LEE and ACTING POLICE CHIEF
JEFF GODOWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | Case No. C09-2143 RS<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>Hearing Date: May 5, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor |

1  Defendants hereby submit this week's decision in *Nordyke v. King*, 9th Cir. Case No. 07-15763 (May 2, 2011) in support of their motion to dismiss the amended complaint for lack of jurisdiction, and direct the Court's attention to the discussion of the varying legal treatment of "fundamental" rights in section II.C, at pp. 5642-5644.  The decision is attached.

Due to an ongoing family medical emergency, defendants learned of the decision for the first time late last night and have had no opportunity to submit it to the Court before now.

Dated:  May 5, 2011

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys

By:   s/Sherri Kaiser
SHERRI SOKELAND KAISER

Attorneys for Defendants City and County of San Francisco, et al.