UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  5/5/11                              Time in Court: **35  min.**

**Case No.:** C 09-02143 RS

**Case Title:** Jackson, et al., v.  City and County of San Francisco

**Appearances:**

    For Plaintiff(s): Clint Monfort

    For Defendant(s): Sherri Sokeland Kaiser

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Defendants Motion to Dismiss Hearing Held.

**SUMMARY**

MOTION/MATTER:  ( ) Granted

        ( ) Denied request for Preliminary Injunction.

        ( ) Granted in part/Denied in part

        **(X) Taken under submission**

        ( ) Withdrawn/Off Calendar

        ( ) Continued to:

Order to be prepared by:         ( ) Plaintiff    ( ) Defendant    **(X) Court**