| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton Monfort - S.B.N. 255609 |
| | MICHEL & ASSOCIATES, PC |
| 3 | 180 E. Ocean Boulevard, Suite 200 |
| | Long Beach, CA 90802 |
| 4 | Telephone: 562-216-4444 |
| | Facsimile: 562-216-4445 |
| 5 | Email: cmichel@michellawyers.com |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 11 | ESPANOLA JACKSON, PAUL COLVIN, ) | CASE NO.: CV-09-2143-RS |
| | THOMAS BOYER, LARRY BARSETTI, ) | |
| 12 | DAVID GOLDEN, NOEMI MARGARET ) | STIPULATION AND ORDER RE: |
| | ROBINSON, NATIONAL RIFLE ) | ADMINISTRATIVE RELIEF FOR |
| 13 | ASSOCIATION OF AMERICA, INC. SAN ) | LEAVE TO FILE STATEMENT OF |
| | FRANCISCO VETERAN POLICE ) | RECENT DECISION |
| 14 | OFFICERS ASSOCIATION, ) | |
| | ) | |
| 15 | ) | |
| | Plaintiffs ) | |
| 16 | ) | |
| | vs. ) | |
| 17 | ) | |
| | CITY AND COUNTY OF SAN ) | |
| 18 | FRANCISCO, MAYOR EDWIN LEE, in ) | |
| | his official capacity; ACTING POLICE ) | |
| 19 | CHIEF JEFF GODOWN, in his official ) | |
| | capacity, and Does 1-10, ) | |
| 20 | ) | |
| | Defendants. ) | |
| 21 | _____ ) | |

22

23

24

25

26

27

28

---

1

STIPULATION AND ORDER FOR ADMINISTRATIVE RELIEF    CV-09-2143-RS

Pursuant to Civil Local Rule 7-11, the parties to this action, through their respective attorneys of record, do hereby stipulate and agree as follows:

WHEREAS, pursuant to Civil Local Rule 7-3(d)(2), parties are permitted to file a Statement of Recent Decision to alert the Court of a relevant judicial opinion published after the filing of opposition and reply papers, but prior to the hearing date;

WHEREAS, a hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction was held on May 5, 2011, and a decision has yet to be rendered on that motion;

WHEREAS, the Seventh Circuit decision in *Ezell v. City of Chicago*, Case No. 10-3525, was published on July 6, 2011, and it addresses the issue of individual standing in the Second Amendment context;

IT IS HEREBY STIPULATED that Plaintiffs be granted administrative relief for leave to file a Statement of Recent Decision. Defendants further request the parties be given the opportunity to address the *Ezell* decision in the event the Court intends to rely on it in rendering its decision on Defendants' Motion to Dismiss.

Date: July 8, 2011   MICHEL & ASSOCIATES, PC

   \_\_/S/_____
   C. D. Michel
   Attorney for Plaintiffs

Date: July 8, 2011   DENNIS J. HERRERA
   City Attorney
   WAYNE SNODGRASS
   SHERRI SOKELAND KAISER
   Deputy City Attorneys


   \_\_/S/_____
   Sherri Sokeland Kaiser
   Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

   _____
   The Honorable Richard Seeborg
   United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION AND ORDER RE: ADMINISTRATIVE RELIEF FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2011.

/S/
C. D. Michel
Attorney for Plaintiffs'