DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-Mail: sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR EDWIN LEE and POLICE CHIEF GREG SUHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; POLICE CHIEF GREG SUHR, in his official capacity, and Does 1-10, <br><br> Defendants. | Case No. C09-2143 RS <br><br> **NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Sherri Sokeland Kaiser, attorney of record for the Defendants City and County of San Francisco, Mayor Edwin Lee and Police Chief Greg Suhr will be unavailable during the period of time beginning July 13, 2011 through and including July 25, 2011; and August 1, 2011 through and including August 5, 2011.

Ms. Kaiser is the sole attorney representing Defendants. As such, she is uniquely familiar with the history of the case and Defendants' legal arguments. During said period of time there is no one responsible for or similarly competent to attend court hearings, draft pleadings, respond to motions, respond to discovery requests, attend depositions, or provide legal services in the above matter.

Dated: July 11, 2011

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys

By: s/Sherri Kaiser
SHERRI SOKELAND KAISER

Attorneys for Defendants City and County of San Francisco, Mayor Edwin Lee and Police Chief Greg Suhr