*E-Filed 7/12/11*

| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
|   | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton Monfort - S.B.N. 255609 |
|   | MICHEL & ASSOCIATES, PC |
| 3 | 180 E. Ocean Boulevard, Suite 200 |
|   | Long Beach, CA 90802 |
| 4 | Telephone: 562-216-4444 |
|   | Facsimile: 562-216-4445 |
| 5 | Email: cmichel@michellawyers.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | CASE NO.: CV-09-2143-RS |
| | STIPULATION AND ORDER RE: ADMINISTRATIVE RELIEF FOR LEAVE TO FILE STATEMENT OF RECENT DECISION |
| Plaintiffs | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10, | |
| Defendants. | |

---

1

STIPULATION AND ORDER FOR ADMINISTRATIVE RELIEF CV-09-2143-RS

Pursuant to Civil Local Rule 7-11, the parties to this action, through their respective attorneys of record, do hereby stipulate and agree as follows:

WHEREAS, pursuant to Civil Local Rule 7-3(d)(2), parties are permitted to file a Statement of Recent Decision to alert the Court of a relevant judicial opinion published after the filing of opposition and reply papers, but prior to the hearing date;

WHEREAS, a hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction was held on May 5, 2011, and a decision has yet to be rendered on that motion;

WHEREAS, the Seventh Circuit decision in *Ezell v. City of Chicago*, Case No. 10-3525, was published on July 6, 2011, and it addresses the issue of individual standing in the Second Amendment context;

IT IS HEREBY STIPULATED that Plaintiffs be granted administrative relief for leave to file a Statement of Recent Decision. Defendants further request the parties be given the opportunity to address the *Ezell* decision in the event the Court intends to rely on it in rendering its decision on Defendants' Motion to Dismiss.

Date: July 8, 2011          MICHEL & ASSOCIATES, PC


                            __/S/_____
                            C. D. Michel
                            Attorney for Plaintiffs

Date: July 8, 2011          DENNIS J. HERRERA
                            City Attorney
                            WAYNE SNODGRASS
                            SHERRI SOKELAND KAISER
                            Deputy City Attorneys


                            __/S/_____
                            Sherri Sokeland Kaiser
                            Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 7/12/11

_____
The Honorable Richard Seeborg
United States District Court Judge