C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Clinton Monfort - S.B.N. 255609
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>　　　　Plaintiffs<br><br>　　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR EDWIN LEE, in his official capacity; ACTING POLICE CHIEF JEFF GODOWN, in his official capacity, and Does 1-10,<br><br>　　　　Defendants. | CASE NO.: CV-09-2143-RS<br><br>NOTICE OF SUBMITTED MATTER |

1  Pursuant to Civil Local Rule 7-13, Plaintiffs Espanola Jackson, Paul Colvin, Thomas Boyer,
2  Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association, Inc., and
3  San Francisco Veteran Police Officers Association (collectively, "Plaintiffs"), through their
4  attorneys of record, hereby respectfully submit notice that 120 days have passed since May 5,
5  2011, when Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction was submitted
6  for the Court's consideration. As of this date, that matter remains under submission. A copy of the
7  Court's civil minute order, dated May, 5, 2011, is attached hereto as Exhibit A.

Date: September 16, 2011        MICHEL & ASSOCIATES, PC


           /S/
        C. D. Michel
        Attorney for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | **IN THE UNITED STATES DISTRICT COURT** |
| 3 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| 4 | **SAN FRANCISCO DIVISION** |

ESPANOLA JACKSON, PAUL COLVIN, ) CASE NO.: CV-09-2143-RS
THOMAS BOYER, LARRY BARSETTI, )
DAVID GOLDEN, NOEMI MARGARET )
ROBINSON, NATIONAL RIFLE ) **CERTIFICATE OF SERVICE**
ASSOCIATION OF AMERICA, INC. SAN )
FRANCISCO VETERAN POLICE )
OFFICERS ASSOCIATION, )
)
)
    Plaintiffs )
)
    vs. )
)
CITY AND COUNTY OF SAN )
FRANCISCO, MAYOR EDWIN LEE, in )
his official capacity; ACTING POLICE )
CHIEF JEFF GODOWN, in his official )
capacity, and Does 1-10, )
)
    Defendants. )
_____ )

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF SUBMITTED MATTER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2011.

                                                          /S/
                                                          C. D. Michel

| | |
|---|---|
| 1 | Attorney for Plaintiffs' |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |