# EXHIBIT "A"
# CASE NO.: 09-02143

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  5/5/11                    Time in Court: **35  min.**

**Case No.:** C 09-02143 RS

**Case Title:** Jackson, et al., v.  City and County of San Francisco

**Appearances:**

   For Plaintiff(s): Clint Monfort

   For Defendant(s): Sherri Sokeland Kaiser

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Jim Yeomans

## **PROCEEDINGS**

Defendants Motion to Dismiss Hearing Held.

## **SUMMARY**

MOTION/MATTER:  ( ) Granted

   ( ) Denied request for Preliminary Injunction.

   ( ) Granted in part/Denied in part

   **(X) Taken under submission**

   ( ) Withdrawn/Off Calendar

   ( ) Continued to:

Order to be prepared by:        ( ) Plaintiff    ( ) Defendant    **(X) Court**