**\*\*E-filed 10/6/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, et al., | No. C 09-2143 RS |
| Plaintiffs, | **ORDER SETTING DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

In light of plaintiffs' election not to amend, defendants shall answer the First Amended Complaint no later than October 17, 2011.

Dated: 10/6/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE