C.D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Clinton Monfort - S.B.N. 255609
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1
STIPULATION- CV-09-2143-RS

1  Pursuant to Civil Local Rules 7-12 and 16-2(e), Plaintiffs respectfully request, and
2  Defendants stipulate, to a continuance of the Case Management Conference currently scheduled
3  for November 3, 2011 to allow Plaintiffs' counsel of record, Clinton Monfort, to attend to family
4  health matters, and because Plaintiffs' lead counsel, C. D. Michel, will be out of the country and
5  unavailable until November 11, 2011. In light of the foregoing, the parties request the Case
6  Management Conference be continued fourteen (14) days, until November 17, 2011.
7  Accordingly, IT IS HEREBY STIPULATED by all parties that the Joint Case
8  Management Conference currently scheduled for November 3, 2011 be continued to November
9  17, 2011 or as soon thereafter as the Court's calendar permits.

Date: October 25, 2011                MICHEL & ASSOCIATES, PC


                                       By: s/C. D. Michel
                                       C. D. MICHEL

Date: October 25, 2011                CITY & COUNTY OF SAN FRANCISCO


                                       ** s/Sherri Sokeland Kaiser
                                       SHERRI SOKELAND KAISER
                                       Attorney for Defendants

                                       **pursuant to GO 45, the electronic signatory has
                                       obtained approval from this signatory.


Pursuant to Stipulation, IT IS SO ORDERED.

  Date: _____

                                       _____
                                       United States District Court Judge

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in his official capacity; POLICE CHIEF GEORGE GASCÓN, in his official capacity, and Does 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2011.

                                      /S/
                                  C. D. Michel
                                  Attorney for Plaintiffs