*E-Filed 10/26/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ESPANOLA JACKSON,                                   No. C 09-02143 RS

    Plaintiff,

  v.                                                                  **CLERK'S NOTICE**

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference in the instant case scheduled on November 3, 2011 shall be continued to November 17, 2011 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 10/26/11                                    For the Court,
                                                   RICHARD W. WIEKING, Clerk

                                                   By:  /s/ Corinne Lew
                                                   Courtroom Deputy Clerk