| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton Monfort - S.B.N. 255609 |
| | MICHEL & ASSOCIATES, PC |
| 3 | 180 E. Ocean Boulevard, Suite 200 |
| | Long Beach, CA 90802 |
| 4 | Telephone: 562-216-4444 |
| | Facsimile: 562-216-4445 |
| 5 | Email: cmichel@michellawyers.com |
| 6 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>    Plaintiffs<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>    Defendants. | CASE NO.: CV-09-2143-RS<br><br>**[*PROPOSED*] ORDER GRANTING MOTION TO STRIKE PORTIONS OF DEFENDANTS' ANSWER**<br><br>**Fed. R. Civ. P. 12(f)**<br><br>Hearing: December 15, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 3 - 17TH Floor<br>       San Francisco Courthouse<br>       450 Golden Gate Ave.<br>       San Francisco, CA 94102 |

1     Plaintiffs' Motion to Strike Portions of Defendants' Answer was came on for hearing
2 before this Court on December 15, 2011, C.D. Michel and Clinton Monfort appearing for
3 Plaintiffs and Sherri Sokeland Kaiser appearing for Defendants. After consideration of the briefs
4 and arguments of counsel, and all other matters presented, the Court finds that Defendants'
5 renewed ripeness and standing challenges are insufficient as a matter of law because neither raise
6 proper affirmative defenses and because no disputed fact or issue of law exists that would allow
7 Defendants to succeed.

8     The Court hereby GRANTS Plaintiffs' Motion to Strike Portions of Defendants' Answer.
9 Defendants' first and second affirmative defenses and the phrase "Plaintiffs lack standing, their
10 claims against Section 4512 and 613.10(g) are unripe, and" of paragraph 10, lines 10-11, are
11 hereby stricken from Defendants' Answer. The Court further orders: _____
12 _____
13 _____
14 _____
15 _____

16     IT IS SO ORDERED.

17 Date: _____

18                                      Honorable Judge Richard Seeborg
19                                      United States District Court Judge

|   |   |
|---|---|
| 1 | **IN THE UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN FRANCISCO DIVISION** |

| | | |
|---|---|---|
| 4 | ESPANOLA JACKSON, PAUL COLVIN, ) | **CASE NO.: CV-09-2143-RS** |
| 5 | THOMAS BOYER, LARRY BARSETTI, )<br>DAVID GOLDEN, NOEMI MARGARET ) | |
| 6 | ROBINSON, NATIONAL RIFLE )<br>ASSOCIATION OF AMERICA, INC. SAN ) | **CERTIFICATE OF SERVICE** |
| 7 | FRANCISCO VETERAN POLICE )<br>OFFICERS ASSOCIATION, ) | |
| 8 | Plaintiffs ) | |
| 9 | vs. ) | |
| 10 | CITY AND COUNTY OF SAN ) | |
| 11 | FRANCISCO, THE MAYOR OF )<br>SAN FRANCISCO, AND THE CHIEF ) | |
| 12 | OF THE SAN FRANCISCO POLICE )<br>DEPARTMENT, in their official capacities, ) | |
| 13 | and DOES 1-10, ) | |
| 14 | Defendants. ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**[*PROPOSED*] ORDER GRANTING MOTION AND MOTION TO STRIKE PORTIONS OF DEFENDANTS' ANSWER; POINTS AND AUTHORITIES IN SUPPORT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Sherri Kaiser, Deputy City Attorney
City and County of San Francisco
Office of the City Attorney
City Hall 1 Drive Carlton B.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2011.

/S/
C. D. Michel
Attorney for Plaintiffs'

---

3
[PROPOSED] ORDER CV-09-2143-RS