| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
|  | Glenn S. McRoberts - SBN 144852 |
| 2 | Clinton B. Monfort - S.B.N. 255609 |
|  | MICHEL & ASSOCIATES, LLP |
| 3 | 180 E. Ocean Boulevard, Suite 200 |
|  | Long Beach, CA 90802 |
| 4 | Telephone: 562-216-4444 |
|  | Facsimile: 562-216-4445 |
| 5 | Email: cmichel@michellawyers.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>Defendants. | CASE NO. C09-2143-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING PARTIES |

---

1

STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING PARTIES

1   Pursuant to Northern District Local Rule 7-12, the parties to this action, through their
2   respective attorneys of record, do hereby stipulate and agree as follows:
3   WHEREAS, Plaintiffs' First Amended Complaint named as Defendants then San
4   Francisco Mayor Gavin Newsom, in his official capacity, and then San Francisco Police Chief
5   Heather Fong, in her official capacity;
6   WHEREAS, the particular individuals holding those offices have changed since the
7   amended complaint was field and may change again before this action is resolved;
8   WHEREAS, the current Mayor for the City and County of San Francisco is Edwin Lee,
9   and the current San Francisco Police Chief is Greg Suhr;
10  IT IS HEREBY STIPULATED by all parties that the individual defendants at any given
11  time should be deemed to be the Mayor and Chief of Police then in office. It is further stipulated
12  that all subsequently filed pleadings shall reflect and name as Defendants the City and County of
13  San Francisco, the Mayor of San Francisco, and the Chief of the San Francisco Police
14  Department, in their official capacities.

15  Date: November 7, 2011                MICHEL & ASSOCIATES, PC

17                                         s/ C. D. Michel
18                                         C. D. Michel
                                           Attorney for Plaintiffs

19  Date: November 7, 2011                CITY & COUNTY OF SAN FRANCISCO

21                                         s/Sherri Sokeland Kaiser
22                                         Sherri Sokeland Kaiser
                                           Attorney for Defendants

23  Pursuant to stipulation, IT IS SO ORDERED.
24  Date: __11/8/11_____

25                                         _____
                                           Honorable Richard Seeborg
                                           United States District Court Judge