UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 11/17/11                              **Time in Court:** **10 min.**

**Case No.:** C 09-02143 RS

**Case Title:** Jackson, et al., v. City and County of San Francisco

**Appearances:**

> For Plaintiff(s): C.D. Michel

> For Defendant(s): Sherri Sokelund Kaiser

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Not Reported

## **PROCEEDINGS**

Further Case Management Conference Held.

## **SUMMARY**

Case Management Conference Scheduling Order to follow.