*E-Filed 11/18/11*

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ESPANOLA JACKSON, et al.                          No. C 09-02143 RS

        Plaintiffs,                    **CASE MANAGEMENT**
   v.                                              **SCHEDULING ORDER**

CITY & COUNTY OF SAN FRANCISCO, et
al.,

        Defendant.
_____/

     Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

Management Conference on November 17, 2011.  After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

     1.     DISCOVERY.

     On or before August 15, 2012, all non-expert discovery shall be completed by the parties.

Discovery shall be limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five

(25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

for production of documents or for inspection per party; and (d) a reasonable number of requests for

admission per party.

2. **EXPERT WITNESSES.** The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before September 1, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before September 15, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before October 1, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. **FURTHER CASE MANAGEMENT CONFERENCE.** A Further Case Management Conference shall be held on **August 23, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6. **PRETRIAL MOTIONS.** All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than December 13, 2012.

7. **PRETRIAL STATEMENTS.** At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 31, 2013, counsel shall file a Joint Pretrial Statement.

8. **PRETRIAL CONFERENCE.** The final pretrial conference will be held on **February 14, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

9. **TRIAL DATE.** Trial shall commence on **February 25, 2013, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

CASE MANAGEMENT SCHEDULING ORDER

2

1

2       DATED:  11/18/11

3                                                    _____
                                                     RICHARD SEEBORG
4                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                   CASE MANAGEMENT SCHEDULING ORDER

28

**United States District Court**
For the Northern District of California

3