| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton B. Monfort - S.B.N. 255609 |
| | Anna M. Barvir - S.B.N. 268728 |
| 3 | MICHEL & ASSOCIATES, P.C. |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | ) ) ) ) ) ) ) ) | **CASE NO. C09-2143-RS** **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS; DECLARATION OF CLINTON B. MONFORT IN SUPPORT** |
| Plaintiffs | ) | **PART 2 OF 2; EXHIBITS J - T** |
| vs. | ) ) | Hearing: July 12, 2012 |
| CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, | ) ) ) ) ) ) | Time: 1:30 p.m.<br>Place: Courtroom 3 - 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| Defendants. | ) ) ) | |

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN FRANCISCO DIVISION | |

| | | |
|---|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>    Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO.: CV-09-2143-RS**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

   I am not a party to the above-entitled action. I have caused service of

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS; DECLARATION OF CLINTON B. MONFORT IN SUPPORT**

**PART 2 OF 2; EXHIBITS J - T**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

   I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2012.

                                        /s/ C. D. Michel
                                        C. D. Michel
                                        Attorney for Plaintiffs

---

1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE   C-09-2143-RS