1  C. D. Michel - S.B.N. 144258
   Glenn S. McRoberts - S.B.N. 144852
2  Clinton B. Monfort - S.B.N. 255609
   Anna M. Barvir - S.B.N. 268728
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com
6
   Attorneys for Plaintiffs
7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 | ESPANOLA JACKSON, PAUL COLVIN, | ) | **CASE NO. C09-2143-RS** |
   | THOMAS BOYER, LARRY BARSETTI, | ) | |
12 | DAVID GOLDEN, NOEMI MARGARET | ) | **NOTICE OF ERRATA TO PLAINTIFFS'** |
   | ROBINSON, NATIONAL RIFLE | ) | **REQUEST FOR JUDICIAL NOTICE IN** |
13 | ASSOCIATION OF AMERICA, INC., SAN | ) | **SUPPORT OF MOTION FOR PARTIAL** |
   | FRANCISCO VETERAN POLICE | ) | **JUDGMENT ON THE PLEADINGS;** |
14 | OFFICERS ASSOCIATION, | ) | **DECLARATION OF CLINTON B.** |
   | | ) | **MONFORT IN SUPPORT** |
15 |             Plaintiffs | ) | **PART 2 OF 2; EXHIBITS J - T** |
   | | ) | |
16 |             vs. | ) | Hearing:   July 12, 2012 |
   | | ) | Time:     1:30 p.m. |
17 | CITY AND COUNTY OF SAN | ) | Place:    Courtroom 3 - 17th Floor |
   | FRANCISCO, THE MAYOR OF | ) | 450 Golden Gate Ave. |
18 | SAN FRANCISCO, AND THE CHIEF | ) | San Francisco, CA 94102 |
   | OF THE SAN FRANCISCO POLICE | ) | |
19 | DEPARTMENT, in their official capacities, | ) | |
   | and DOES 1-10, | ) | |
20 | | ) | |
   |             Defendants. | ) | |
21 | | ) | |
   | | ) | |
22 |_____ | ) | |

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that Plaintiffs Espanola Jackson et al. hereby request the Court

2    take notice of the following errata:

3    On May 18, 2012, Plaintiffs filed a Request for Judicial Notice in Support of Motion for

4    Partial Judgment on the Pleadings; Declaration of Clinton B. Monfort in Support – Part 2 of 2;

5    Exhibits J - T.  Plaintiffs inadvertently omitted a copy of Exhibit "R" from that request.  For the

6    Court's convenience, attached hereto as Exhibit "R" is a true and correct copy of New Mexico

7    Department of Game & Fish, *New Mexico Big-Game and Furbearer Rules & Information 2012-*

8    *2013 License Year* 16 (2012), *available* at http://www.wildlife.state.nm.us/publications/

9    documents/rib/2012/2012 BIgGame.pdf (last accessed May 16, 2012).

10    Date: May 18, 2012                    **MICHEL & ASSOCIATES, P.C.**

11

12                                     s/ C. D. Michel
                                      _____
13                                    C. D. Michel
                                      Attorney for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE  C-09-2143-RS

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 4 | ESPANOLA JACKSON, PAUL COLVIN, ) | **CASE NO.: CV-09-2143-RS** |
| 5 | THOMAS BOYER, LARRY BARSETTI, ) DAVID GOLDEN, NOEMI MARGARET ) | |
| 6 | ROBINSON, NATIONAL RIFLE ) ASSOCIATION OF AMERICA, INC., SAN) | **CERTIFICATE OF SERVICE** |
| 7 | FRANCISCO VETERAN POLICE ) OFFICERS ASSOCIATION, ) | |
| 8 | Plaintiffs ) | |
| 9 | vs. ) | |
| 10 | CITY AND COUNTY OF SAN ) | |
| 11 | FRANCISCO, THE MAYOR OF ) SAN FRANCISCO, AND THE CHIEF ) | |
| 12 | OF THE SAN FRANCISCO POLICE ) DEPARTMENT, in their official capacities, ) | |
| 13 | and DOES 1-10, ) | |
| 14 | Defendants. ) | |

15  IT IS HEREBY CERTIFIED THAT:

16      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

17

18      I am not a party to the above-entitled action. I have caused service of

19  **NOTICE OF ERRATA TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS;
DECLARATION OF CLINTON B. MONFORT IN SUPPORT
PART 2 OF 2; EXHIBITS J - T**

20

21  on the following party by electronically filing the foregoing with the Clerk of the District Court
using its ECF System, which electronically notifies them.

22

23  Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney

24  Office of the City Attorney
1 Drive Carlton B. Goodlett Place

25  City Hall, Room 234
San Francisco, CA 94102

26      I declare under penalty of perjury that the foregoing is true and correct. Executed on May
18, 2012.

27

28                        /s/ C. D. Michel
                      C. D. Michel
                      Attorney for Plaintiffs