# EXHIBIT "R"



# New Mexico Big-Game & Furbearer Rules & Information

**GO PAPERLESS! APPLY ONLINE!**

ATTENTION HUNTERS! NEW FOR 2012-2013

- Deer
- Elk
- Pronghorn Antelope
- Ibex
- Oryx
- Javelina
- Bighorn Sheep
- Barbary Sheep
- Bear
- Cougar
- Turkey
- Furbearers

## 2012 - 2013 LICENSE YEAR

Visit Our Website
www.wildlife.state.nm.us

/nmdgf

# Table of Contents

1    **What's New In 2012-2013**

3    **Changes To How You Apply For And Purchase a License**

5    **Draw Hunts and Hunter Ed.**

6    **Definitions and Terms**

8    **License Information**

11    **General Rules**

13    **Federal, Tribal and State Lands**

15    **Unique Hunting Opportunities**

16    **Hunting Information**

17    **Outfitted Hunts**

18    **Big-game Unit Map**

19    **Population Management Hunts**

20    **Open Gate Program**

21    **Deer** 

31    **Elk**

42    **Pronghorn Antelope**

46    **Bighorn Sheep**

47    **Ibex**

48    **Turkey**

49    **Javelina**

49    **Barbary Sheep**

50    **Oryx**

53    **Bear**

55    **Cougar**

57    **Wolf Country**

58    **Furbearers**

60    **OGT & Donation Certificate**

61    **Off Highway Vehicles & Form 3**






---

## What's New in 2012-2013

### ▶ SIGNIFICANT CHANGES To This Year's Hunting Rules:

- New draw hunt quotas,
- Applications for draw hunts will be accepted only online or by phone,
- New Annual Game-hunting License required,
- Nonresident hunting restrictions,
- Full fee required at time of application.

### ALL HUNTERS - Read pages 3-4 of this booklet before applying for or purchasing <u>any</u> hunting license.

### NEW Application Deadlines:

**February 1** is the deadline to apply for bear WMA permits and turkey draw permits. Applications must be made BEFORE 5 p.m. Mountain Standard Time.

**March 28** is the deadline to apply for oryx, deer, elk, pronghorn antelope, ibex, Barbary sheep, javelina, bighorn sheep draw licenses and all population management hunts. Applications must be made BEFORE 5 p.m. Mountain Daylight Time.

---

### Customer ID Number

Anyone applying for a draw hunt, any student registering for a hunter/bowhunter education class, or hunters and trappers reporting their harvest, first must obtain their unique Customer Identification Number (CIN). It's available free online on the Department's website at: www.wildlife.state.nm.us.

**Applicants must make certain the information in their CIN Account is current and correct BEFORE applying, registering or reporting.**

# Information

## Important Phone Numbers

- **Public Information and Outreach..........(505) 476-8000**
- To Obtain Publications and Forms....................(800) 862-9310
- Hunter Education............................................(505) 222-4731
- Special Hunts License Sales............................(505) 476-8087
- Special Hunts Fax..........................................(505) 476-8180
- Wildlife Management.......................................(505) 476-8038
- Depredation Hotline........................................(888) 727-4883 or
  (505) 476-8047
- Bear and Cougar Harvest Hotline.......................(877) 950-5466
- Law Enforcement............................................(505) 476-8066
- To Report Poaching.........................................(800) 432-4263
- Fisheries Management......................................(505) 476-8055
- Conservation Services......................................(505) 476-8101
- TDD (number for hearing impaired)......(505) 476-8143
- **To Report Mandatory Hunter/Trapper Results**
  (Beginning Jan. 4)........................................(888) 248-6866
- **To Apply For Draw Hunts**
  (Available Feb. 2 - March 20 - 12 PM - 8 PM)......(888) 248-6866

## Web Address and Offices

Department of Game <u>and</u> Fish and Mandatory Hunter/
Trapper Reporting website: **www.wildlife.state.nm.us**

**Main Office**
P.O. Box 25112, Santa Fe, N.M. 87504 or
1 Wildlife Way, Santa Fe, N.M. 87507
(505) 476-8000
Jim Lane, Director
R.J. Kirkpatrick, Assistant Director-Resources
Pat Block, Assistant Director-Support Services

**Northwest Office**
3841 Midway Pl. NE, Albuquerque, N.M. 87109
(505) 222-4700 Fax (505) 222-4720

**Southwest Office**
2715 Northrise Dr., Las Cruces, N.M. 88011
(575) 532-2100 Fax (575) 522-8382

**Northeast Office**
215 York Canyon Rd., Raton, N.M. 87740
(575) 445-2311 Fax (575) 445-5651

**Southeast Office**
1912 W. Second St., Roswell, N.M. 88201
(575) 624-6135 Fax (575) 624-6136

## State Game Commissioners

**Jim McClintic**, Chair
P.O. Box 21027
Albuquerque, N.M. 87154

**Dr. Tom Arvas**
7905 Spain NE
Albuquerque, N.M. 87109

**Scott Bidegain**
Tucumcari
scott_bid@plateautel.net

**Robert V. Hoffman**
P.O. Box 1292
Mesilla Park, N.M. 88047
RVHoffmandgf@live.com

**Thomas "Dick" Salopek**
975 Holcomb Rd.
Las Cruces, N.M. 88007
DickSalopek@hotmail.com

**William "Bill" Montoya**
125 Little Creek Hills Road
Alto, N.M. 88312-9503
billmontoya@hotmail.com

**Robert Espinoza, Sr.**
P.O. Box 6792
Farmington, N.M. 87499
robert_nmgf@live.com

## Important Dates

**Feb. 1** Deadline to apply for Bear Draw Permits and Turkey Draw Permits.

**Feb. 15** Deadline for ALL deer and elk hunters to report their hunting results.

**Feb. 29** Results of Bear Draw Permits and Turkey Draw Permits available on the Department's website **www.wildlife.state.nm.us** or in person at any Department office.

**March 14** Draw results available by phone for Bear Draw Permits and Turkey Draw Permits.

**March 28** Deadline to apply for public land deer draw licenses, Units 2A, 2B, 2C, 4 and 5A private land-only deer licenses, elk, oryx, pronghorn antelope, ibex, Barbary sheep, javelina, bighorn sheep draw licenses and population management hunts.

**April 7** Deadline for ALL furbearer trappers and hunters to report their trapping and hunting results via **www.wildlife.state.nm.us**. Deer, elk and furbearer hunters and trappers who do not report, will be ineligible for **ALL** draw hunts, population management authorizations, private land authorizations or trapper licenses the following year.

**May 9** Draw results for public land deer draw licenses, Units 2A, 2B, 2C, 4 and 5A private land only deer licenses, elk, oryx, pronghorn antelope, ibex, Barbary sheep, javelina and bighorn sheep available on the Department's website **www.wildlife.state. nm.us** or in person at any Department office.

**May 23** Draw results available by phone for public land deer draw licenses, Units 2A, 2B, 2C, 4 and 5A private land only deer licenses, elk, oryx, pronghorn antelope, ibex, Barbary sheep, javelina and bighorn sheep.

**June 5** Elk E-PLUS landowner list and Pronghorn antelope A-PLUS landowner list available on Department's website **www. wildlife.state.nm.us**.

2

# Important Changes

## Changes To New Mexico Law Affects All Hunters

In 2011, the State Legislature made changes that impact all residents and nonresidents who hunt in New Mexico. The changes include:

### 1. All Hunters Must Purchase A New License
All hunters wishing to purchase or apply for any big game or turkey license, MUST FIRST PURCHASE an annual **Game-hunting License** or combination **Game-hunting and Fishing License**. By itself, a Game-hunting License is valid for hunting all small game, both upland and migratory game birds. The purchase of a Game-hunting and Fishing License is valid for fishing in addition to hunting small game.

### 2. ALL Youth Hunters Must Have a Hunter Education Certification Number
All youth hunters, younger than 18, must have a Hunter Education certification number from New Mexico or another state, prior to purchasing their **Game-hunting License** or **Game-hunting and Fishing License**. This certification number is required even if they only will be applying for an **Archery Draw Hunt**.

### 3. New Draw Quotas Established
State Law now requires:
- 84% of public draw hunt licenses go to New Mexico residents,
- 10% of public draw hunt licenses go to residents and nonresidents contracting with a New Mexico Registered Outfitter,
- 6% of public draw hunts go to nonresidents who choose not to use a New Mexico Registered Outfitter.

### 4. New Mexico Residents Only
Only New Mexico residents are eligible to apply for Antlerless (A) Elk Draw Licenses.

Nonresidents are allowed to apply for Either Sex (ES) and Mature Bull (MB) Elk Draw Licenses and they are allowed to hunt any legal elk on private lands.

### 5. WMA Hunt Restrictions
Only New Mexico residents will be allowed to apply for hunts held exclusively on State Game Commission-owned Wildlife Management Areas (WMA).

Nonresidents may still apply for hunts that occur concurrently on both WMAs and public lands.

### 6. Ten Percent Applicant Pool
To be eligible to apply for the 10% outfitted applicant pool, all applicants must have a signed contract with a New Mexico Outfitter PRIOR to applying.

### 7. New Outfitter Requirements
Outfitters have new requirements regarding business registration and practices in New Mexico. See page 17.

## Hunters' Code of Ethics

- I will consider myself an invited guest of the landowner, seeking his permission, and so conduct myself that I may be welcome in the future. I shall leave his land as I found it.

- I will obey the rules of safe gun handling and will insist that others who hunt with me do the same.

- I will obey all game laws and regulations, and will insist that my companions do likewise.

- I will acquire the marksmanship and hunting skills which ensure clean, sportsman-like kills.

- I will promote fair chase and ethical hunting standards and abide by the rules of fair chase. I will make every attempt to locate a wounded animal and assist a fellow hunter to do the same.

- I will give due respect to any animals taken and transport them in a fashion that is least likely to offend others.

- I will support conservation efforts, which can assure good hunting for future generations.

- I will pass along to younger hunters the attitudes and skills essential to be a true outdoors man or woman.

3

# Important Changes

# Other Changes The Department Initiated

## 1. Going Paperless

The Department is going paperless for ALL draw applications. **The paper application no longer exists.**



Hunters wishing to apply for a draw hunt (except for a Bear or Turkey Draw Permit) must:
• Purchase an annual **Game-hunting License** or combination **Game-hunting and Fishing License**.
• Apply for a draw hunt license online or via the telephone.

The Department will provide a telephone call center (888) 248-6866 for help in completing and accepting applications. **The call center will be available Feb. 2 - March 20 from 12 noon to 8 PM, Mountain Standard Time.**

From February through March, the Department will host "application training sessions" at computer centers throughout the state to help applicants apply online.

## 2. Full Fees Up Front

The application fee and full license fee will be charged at the time the application is submitted. Credit cards, debit cards and "electronic checks" are acceptable forms of payment.

**Applicants will NOT be able to edit their applications once their application has been paid for; they will only be able to delete**. If an applicant deletes an application, they may reapply. However, they again will be charged an application fee **AND** the full license fee. Deleted applications will be refunded in May. Therefore, it is **very** important that the application is complete and correct (it includes all hunters in the party, hunt codes are correct, etc.) before submitting it.

## 3. Oryx Draw Deadline Moved

The deadline to apply for oryx draw licenses or oryx population management hunts has been moved to the second spring draw, **March 28, 2012**. The results of the drawing will be posted at the same time as all other big-game draw results.

## 4. Hunters Must Show Proof of Game License

If hunters wish to purchase a bear, cougar, private-land deer or turkey license from one of our statewide license vendors, the hunter will have to show proof of possessing a Game-hunting or Game-hunting and Fishing License prior to purchasing a bear, cougar, private-land deer or turkey license and carcass tag.

If the hunter cannot show proof, they will be required to purchase a Game-hunting or Game-hunting and Fishing License in order to purchase their desired big-game license.

## 5. An Authorization Number To Go Fishing

An authorization number will be provided to residents who select the combination **Game-hunting and Fishing License** by April 1st. This authorization number will serve as their legal fishing license beginning April 1st. Be aware that applicants selecting any combination Game-hunting and Fishing License will not be able to fish legally **UNTIL** they have received their authorization number. Customers can obtain their authorization number by accessing their customer account online.

## 6. Game-hunting License Refund

Residents and nonresidents who choose a **Game-hunting License** with the refund option and are successful in drawing a Big-game License, will receive an authorization number and printable license when the draw results are announced. No refunds will be issued for licenses with an authorization number.



## 7. Hunters Are Encouraged to USE IT!

Hunters who are unsuccessful in the drawing are encouraged to keep their **Game-hunting License** and use it for hunting small game during open seasons. If requested at time of application, refunds will be offered for the Game-hunting License, but NOT the combination Game-hunting and Fishing License. Refunds will be issued in May.

## 8. Resident Reduced-fee Licenses

Resident youth, senior and handicapped hunters have the choice to purchase the following reduced-fee licenses:
• **Junior Game-hunting,**
• **Junior Game-hunting and Fishing,**
• **Senior Game-hunting,**
• **Senior Game-hunting and Fishing,**
• **Handicapped Game-hunting,**
• **Handicapped Game-hunting and Fishing,**
• **Military Game-hunting and Fishing.**

The automated system will offer the correct junior or senior prices based upon the applicant's date of birth.

Applicants also have the option to purchase a Habitat Management and Access Validation, Habitat Stamp and/or Harvest Information Program (HIP) number.

4

# Draw Hunts & Hunter Education

## Introduction

To obtain a public land license for deer, elk, pronghorn antelope, javelina, ibex, Barbary sheep, bighorn sheep and oryx; hunters must first purchase a **Game-hunting License** or combination **Game-hunting and Fishing License.** Hunters may then apply for a draw license or draw permit online. Alternatively, **hunters may apply via the phone at (888) 248-6866 from Feb. 2 - March 20, 12 noon - 8 PM, Mountain Standard Time.** Turkey and bear draw permit applications are available only online.

## Draw Hunt System

All draw applications are entered into a random computerized system that determines which applicants are successful. Applications are drawn one at a time.

The system attempts to award an applicant's first choice, then second choice, then third choice until one of the applicant's choices is filled. If all of the applicant's hunt choices are filled by a previous applicants, the computer advances to the next application. New Mexico does not grant preference to unsuccessful applicants.

If an applicant listed a fourth choice deer or elk hunt, they are placed in a pool from which some hunts may be awarded by random drawing of unfilled and available hunts. If an applicant is awarded a fourth choice hunt, they will be charged the corresponding hunt fee.

Successful draw applicants will be mailed licenses. Please allow one month after drawing results are posted on the Department's website to receive licenses.

## Drawing Quotas

New Mexico's hunt drawing is based on a quota to allocate hunting opportunities on public lands.

Residents receive 84% of the available draw licenses or permits. Residents and nonresidents who choose to use registered New Mexico outfitters will receive up to 10% of the available draw licenses or permits. Nonresidents who apply to hunt without outfitters will receive up to 6% of the available draw licenses or permits.

### Hunts Affected By The Quota Include:

Draw licenses for deer, elk, pronghorn antelope, Barbary sheep and javelina; and draw permits for bear and turkey.

### Hunts Not Affected By The Quota Include:

Over-the-counter licenses for elk, bear, turkey, cougar, Barbary sheep and off Florida Mountain hunt for ibex (IBX-1-528; elk and pronghorn antelope licenses obtained via private land authorizations; private land deer licenses; private land deer draw licenses in Units 2A, 2B, 2C, 4 and 5A; draw licenses for oryx, ibex and bighorn sheep; and population management hunts.

## Refunds and Transfers

**No hunt, including fourth choice deer or elk hunts, can be exchanged for another hunt or refunded.** The Director may grant the refund or transfer of a hunting license or permit if the licensee has died, sustained a severe injury or life-threatening illness that prevents them from participating in their hunt or if the hunter has been deployed by the United States military prior to the start of the hunt, prohibiting the licensee from hunting. The Director may grant the transfer of a license or permit to a person who has been qualified through a nonprofit wish-granting organization. For more information, call the Special Hunts Office at (505) 476-8087.

## Hunter Education

All youth hunters, younger than 18, must have a hunter education number from New Mexico or another state, prior to purchasing their **Game-hunting License** or combination **Game-hunting and Fishing License.** A hunter education number is required even if they only will be applying for an Archery Draw Hunt.

While hunting in New Mexico, youth hunters must carry their current Customer Identification Number (CIN) card reflecting a hunter education number or other proof of having passed a state certified hunter education course.

All hunters on Fort Bliss, including McGregor Range, are required to have proof of passing a state hunter education course prior to hunting.

There is no minimum age to sign up for a course. However, an adult must accompany students younger than 11 years of age. Students must complete a homework packet before the first class session. Homework can be completed online or by obtaining a hardcopy manual. Students must attend all class sessions and pass both a written exam and a firearm proficiency evaluation before becoming certified and issued a hunter education number.

Courses are offered year round and statewide. Don't wait until the last minute to register or you may miss the deadline to apply for a hunt. Visit the Department's website at **www.wildlife.state. nm.us/education/hunter_ed/index.htm** for complete information on course dates and locations, course homework, course requirements and course content.

**All students wishing to register for a hunter/ bowhunter education course must obtain and use their Customer Identification Number (CIN), available online on the Department's website.**

To obtain a copy of your New Mexico hunter education number, log into your CIN account at **https://onlinesales.wildlife. state.nm.us/login** and print your CIN card. Hunter education numbers are reflected on a student's CIN card once they have successfully passed a New Mexico hunter education course.

Please contact the New Mexico Hunter Education Program at (505) 222-4731 if you need assistance with obtaining class information or a hunter education number.

Bowhunter education is not mandatory for archers in New Mexico, but the Department highly recommends it. Other states may have different requirements. Be certain to check their requirements.

## Please Become A Volunteer Instructor

The Hunter Education Program is always looking for volunteer instructors. If you are interested in contributing to and preserving our hunting heritage, please call the Hunter Education Office in Albuquerque at (505) 222-4731.

Case3:09-cv-02143-RS Document119-1 Filed05/18/12 Page8 of 30

# Definitions and Terms

**Ammunition**
Hunters may use only soft-nosed or hollow-point bullets. Full metal-jacketed and tracer bullets are not legal. The use of sabots is legal in muzzleloading rifles, except restricted muzzleloader hunts. See page 7 for definition of restricted muzzleloaders.

**Antler Point Restricted Elk (APRE/6)**
A legal APRE/6 elk must have six or more points of any length on at least one antler for an APRE/6 hunt. A brow tine or eye guard counts as one point. A burr at the base of the antler does not count as a point.

**Antlerless Deer or Elk (A)**
Any male or female deer or elk without antlers.

**Big-game Species**
Include deer, elk, bear, cougar, pronghorn antelope, Barbary sheep, bighorn sheep, javelina, oryx and ibex.

**Bighorn Sheep Ram**
Any male bighorn sheep.

**Bighorn Sheep Ewe**
Any female bighorn sheep.

**Bow and Arrow**
Bows include compound, recurved and longbows. Sights on bows may not magnify targets or project light. Arrows must have broadheads (fixed or mechanical) with steel cutting edges. No drugs may be used on arrows. Arrows cannot be driven by explosives.

**Broken-Horn Oryx**
An oryx of either sex that has one or more horns missing at least 25% of its normal growth.

**Crossbow and Bolt**
Crossbow use is legal during "Any Legal Sporting Arm" hunts and "Muzzleloader" hunts. Sights on crossbows may not magnify targets or project light. Bolts must have broadheads with steel cutting edges. No drugs may be used on bolts. Bolts cannot be driven by explosives.

**Depredation Damage Fee**
A fee required of all big-game hunters that has been included in the price of each big-game license. The fee is $3 for each resident and $10 for each nonresident big-game license. Money generated is being used to develop permanent solutions to chronic wildlife depredation problems throughout the state.

**Either Sex (ES)**
Any male or female of the big-game species.

**Either Sex White-tailed Deer (ESWTD)**
Any male or female white-tailed deer.

**Established Road**
A road built and/or maintained by equipment and which shows no evidence of ever having been closed to vehicular traffic by such means as berms, ripping, scarification, reseeding, fencing, gates, barricades or posted closures.

**Female or Immature Ibex (F-IM)**
An ibex with horns less than 15 inches long.

**Female or Immature Pronghorn Antelope (F-IM)**
A pronghorn antelope without horns or with both horns shorter than its ears.

**Fork-Antlered Deer (FAD)**
Any deer possessing an antler which has a definite fork, showing two or more distinct points. A burr at the base does not constitute a point or fork.

**Fork-Antlered Mule Deer (FAMD)**
Any mule deer possessing an antler which has a definite fork, showing two or more distinct points. A burr at the base does not constitute a point or fork.

**Fork-Antlered White-tailed Deer (FAWTD)**
Any white-tailed deer possessing an antler which has a definite fork, showing two or more distinct points. A burr at the base does not constitute a point or fork.

**Fourth Choice Deer or Elk Hunt**
Applicants marking a fourth choice indicate they WILL accept a deer or elk license for ANY HUNT in a specific quadrant of the state. Be aware that success rates for some fourth choice hunts may be low due to small, localized populations of deer or elk. A hunter drawing a fourth choice elk hunt could receive a license with an antlerless bag limit even if their first three choices were for bull licenses and vice versa. No refunds will be made to successful applicants. The fourth choice assignment will always be for the same sporting arm type as the first choice on an application. See pages 21 and 32 for more information. Not all hunts are included in the fourth choice pool.

**Game-hunting or combination Game-hunting and Fishing License**
An annual **Game-hunting License** is valid for hunting all small game, both upland and migratory game birds. An annual combination **Game-hunting and Fishing License** is valid for fishing in addition to hunting small game. Both types of licenses may be purchased at license vendors statewide including all Department offices and online at the Department's website.

**All hunters must purchase one of these licenses in order to apply for any big game license or before purchasing any over-the-counter big game or turkey license.**

**Habitat Management and Access Validation**
All hunters, trappers and anglers on any lands must purchase and possess a $4 Habitat Management and Access Validation once during the year (April 1-March 31). Fees will be used to lease private land for public use, provide public access to land-locked areas of public land and provide for the improvement, maintenance, development and operation of property for fish and wildlife habitat management. This fee will NOT be charged to anglers or trappers younger than 12 years of age. 100% Disabled Resident Veterans or resident anglers 70 years of age and older will not be charged for this validation in conjunction with their free licenses. This Validation does NOT replace the Habitat Stamp. See page 9.

**Handicapped Hunter**
To obtain a reduced-fee Game-hunting or Game-hunting and Fishing License, a handicapped hunter must have a severe physical impairment that substantially limits one or more major life activities. See page 9.

**High-Demand or (HD) Hunt**
An elk or deer draw hunt which had at least 22% nonresident applicants for the previous two license years.

**Junior Elk or Junior Deer Hunting License**
Reduced-fee elk or deer licenses are available to resident hunters younger than 18 years of age. See page 8 for fees.

**License Year**
A 12 month period, April 1 through March 31.

**6**

# Definitions and Terms continued

**Landowner Permission**
It is unlawful to hunt, fish or trap on private land without possessing valid written permission from the landowner whose property the hunter or angler is hunting, fishing or trapping unless otherwise allowed in rule. The landowner's signature with a date and telephone number written on a valid license, land owner tag or other piece of paper, shall constitute valid written permission.

**Mature Buck Pronghorn Antelope (MB)**
A pronghorn antelope with at least one horn longer than its ear.

**Mature Bull Elk (MB)**
A male elk with at least one brow tine extending six or more inches from the main beam or at least one forked antler with both branches six or more inches long. A spike bull is not considered a legal mature bull elk.

**Mentor/Youth-only Hunt**
A draw hunt consisting of one adult (18 years of age or older) and up to three youths (younger than 18 years of age as of the opening day of the hunt). Exception: The Valles Caldera Mentor Hunts allow only one youth and one adult per application.

**Military Only Hunt**
Applicants must be on full-time active duty in the military and must provide proof of current military assignment to the Special Hunts Office in Santa Fe, by the application deadline.

**Muzzleloader**
Includes rifles and shotguns in which the charge and projectile are loaded through the muzzle. Only black powder, Pyrodex or an equivalent substitute may be used. Smokeless powder is illegal. Legal muzzleloading shotguns are those capable of being fired from the shoulder only. Muzzleloaders may use in-line ignition, pelleted powder, sabots, belted bullets and scopes. See Restricted Muzzleloader, next column.

**Nongame Hunting**
Nongame species include: prairie dogs, rabbits, ground squirrels, coyotes, skunks and Himalayan tahr. **Residents** are not required to have any license to take nongame species. **Nonresidents** may hunt and/or possess nongame species but first, must purchase a Nonresident Nongame License or have any current New Mexico nonresident hunting license. Nongame hunting is not permitted on any Wildlife Management Areas unless specifically permitted by rule.

**Once-in-a-Lifetime License**
A draw license that can only be issued once in an applicant's lifetime. This license may not be applied for if an applicant has previously held one.

**Over-the-Counter or OTC License**
A license available from vendors, Department offices statewide and the Department's web site. No drawing is required to purchase these licenses.

**Population Management Hunt**
A hunt designed to manage the number of deer, elk, pronghorn antelope or oryx on public or private lands when they damage property or interfere with military operations.

**Private Land Authorization**
Documentation from a private landowner that allows a hunter to purchase an elk or pronghorn antelope license.

**Private Land Only Deer License**
A license authorizing hunters to hunt deer only on private land with written permission for a specific GMU.

**Protected Furbearers**
A Trapper License is required for all residents 12 or older, all nonresidents who trap protected furbearers and all nonresidents who trap and possess unprotected furbearers such as coyotes or skunks. Residents ages 12-17 may purchase a Junior Trapper License. Protected furbearers are raccoon, badger, weasel, fox, ringtail, bobcat, beaver, muskrat and nutria.

**Protected Species**
Protected species include all big game, turkey, squirrels and game birds. A hunter must have a Game-hunting or Game-hunting and Fishing License. If hunting big game, hunters also must have a specific big-game species license with attached carcass tag. Hunters also may need to have a Turkey or Bear Permit. See page 48 or 53. Hunters must have, in their possession, ALL appropriate licenses and/or permits in the field while hunting any of these species.

**Quality or (Q) Hunt**
These are hunts designed to provide an increased opportunity to achieve a successful harvest, a harvest from a wider selection of mature deer or elk or a pleasurable experience based on timing of the hunt and hunter density. Quality hunts are determined by the State Game Commission.

**Restricted Muzzleloader (for certain deer hunts)**
Any muzzleloading rifle (including a smoothbore flintlock or musket) using open sights in which the charge and projectile are loaded through the muzzle. Only black powder, Pyrodex or an equivalent substitute may be used. Smokeless powder, in-line ignition, pelleted powder, sabots, belted bullets, multiple projectiles and scopes are illegal.

**Senior Hunting Licenses**
Reduced-fee licenses are available to resident hunters 65 years of age and older. See page 8 for fees.

**Spike Bull Elk**
A spike bull elk is a male elk with antlers having a single beam without branches. A spike elk may be legally harvested ONLY with an either sex license.

**Standard or (S) Hunt**
These are deer or elk hunts in which the fee charged for a license is the regular fee as opposed to a Quality or High-Demand fee.

**State Trust Land**
Lands administered by the Commissioner of Public Lands and granted to the State of New Mexico from the Federal Government for the economic support of public institutions such as public schools and universities.

**Wildlife Management Area (WMA)**
Properties owned or managed and under the control of the State Game Commission.

**Youth-only Hunt**
To be eligible for a Youth-only hunt, each applicant must be younger than 18 years old on the beginning date of the hunt. No one younger than 18 years of age may hunt with a firearm or purchase or apply for a firearm hunting license without first obtaining a certificate attesting that they have passed New Mexico's or another state's hunter education course.

# License Information

## Over-the-Counter (OTC) Licenses, Stamps

Licenses, stamps and validations are available through the Department's website, from local vendors, any Department office or by mail using Form 3. See page 10, for eligibility requirements for Jr/Sr/Handicapped/ Veteran reduced-fee licenses. For information about Habitat Stamps and Habitat Management and Access Validations, see pages 9-10.

> **All hunters must purchase a Game-hunting or Game-hunting and Fishing License before applying for any big game draw license or before purchasing any over-the-counter big game or turkey license.**

| License Type | Resident | Nonresident |
| --- | --- | --- |
| Game-hunting<br>Squirrel and game birds other than turkey. | $15 | $65 |
| Game-hunting and Fishing<br>Squirrel and game birds (other than turkey) and fishing | $30 | Not Issued |
| Junior Game-hunting | $10 | $15 |
| Junior Game-hunting and Fishing | $15 | Not Issued |
| Senior or Handicapped Game-hunting | $15 | Not Issued |
| Senior, Handicapped or Military Game-hunting and Fishing<br>(Military available only at Department offices) | $20 | Not Issued |
| Disabled Veteran Game-hunting and Fishing<br>(Available only at Department offices) | $10 | Not Issued |
| Private Land Deer (Standard) | $34 | $270 |
| Private Land Deer (Quality) | $34 | $355 |
| Private Land Junior/Senior Deer<br>The above deer licenses are valid only for deer hunting on private land. | $22 | Not Issued |
| Turkey (spring or fall) | $25 | $100 |
| Bear | $47 | $260 |
| Cougar | $43 | $290 |
| Oryx (Private land and off-WSMR only) | $153 | $1,610 |
| Barbary Sheep<br>Available ONLY at a Department office, on the Department's web site or via Form 3. | $103 | $360 |
| Ibex (off Florida Mountains only)<br>Available ONLY at a Department office or via Form 3. | $103 | $1,610 |
| Temporary Game-hunting (4 days)<br>Squirrel and game birds other than turkey. This temporary license does NOT allow the purchaser to apply for any big game hunting license or bear or turkey draw permit. | NA | $33 |
| Trapper<br>All trapper licenses are sold only at Department offices, on the Department's website or via Form 3. | $20 | $345 |
| Junior Trapper (Residents age 12-17)<br>Apply ONLY at a Department office, on the Department's website or via Form 3. | $9 | Not Issued |
| Nongame Hunting<br>Rabbits, ground squirrels, etc. Does not include trapping coyotes or skunks. See page 7. | Not Required | $65 |
| Habitat Stamp<br>Mandatory on all U.S. Forest Service and Bureau of Land Management properties. See page 9. | $5 | $5 |
| Habitat Management and Access Validation<br>This fee will NOT be charged to anglers or trappers younger than 18 years of age, 100% Disabled Resident Veterans or residents anglers 70 years of age and older will not be charged for this validation in conjunction with their free licenses. This Validation does NOT replace the Habitat Stamp. See page 9. | $4 | $4 |
| Duplicate License (For lost or destroyed license) | $6 | $6 |

## Draw Licenses/Permits

Fees below include the nonrefundable application fee. A Habitat Stamp is required for hunting, fishing and trapping on U.S. Forest Service and BLM lands and must be purchased separately. A Habitat Management and Access Validation is required and must be purchased separately and possessed while hunting. These must be purchased only once per year.

### Elk Licenses
Residents age 18 to 64 and all Nonresidents

| Bag Limit | Fee Type | Resident | Nonresident |
| --- | --- | --- | --- |
| A-Antlerless | S-Standard | $61 | Not issued |
| MB-Mature Bull | S-Standard | $91 | $555 |
| ES-Either Sex | S-Standard | $91 | $555 |
| A-Antlerless | Q-Quality | $61 | Not issued |
| MB-Mature Bull | Q-Quality | $91 | $780 |
| ES-Either Sex | Q-Quality | $91 | $780 |
| A-Antlerless | HD-High Demand | $61 | Not issued |
| MB-Mature Bull | HD-High Demand | $91 | $780 |
| ES-Either Sex | HD-High Demand | $91 | $780 |

### Junior/Senior Elk Licenses*

| Bag Limit | Fee Type | Resident | Nonresident |
| --- | --- | --- | --- |
| A-Antlerless | All | $59 | Not issued |
| MB-Mature Bull | All | $59 | Not issued |
| ES-Either Sex | All | $59 | Not issued |

*See pages 6 and 7 for eligibility requirements

### Deer Licenses

| Bag Limit | Fee Type | Resident | Nonresident |
| --- | --- | --- | --- |
| ALL | S-Standard | $42 | $290 |
| ALL | Q-Quality | $42 | $375 |
| ALL | HD-High Demand | $42 | $375 |
| ALL | Junior/Senior | $30 | Not issued |

### Pronghorn Antelope Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| ALL | $61 | $290 |

### Javelina Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| ALL | $66 | $185 |

### Bighorn Sheep Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| Ram | $161 | $3,180 |
| Ewe | $86 | $3,180 |

### Oryx Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| ALL | $161 | $1,630 |

### Ibex Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| ALL | $111 | $1,630 |

### Barbary Sheep Licenses

| Bag Limit | Resident | Nonresident |
| --- | --- | --- |
| ALL | $111 | $380 |

### Bear Draw Permits**

| | Resident | Nonresident |
| --- | --- | --- |
| Application Fee Only | $8 | $20 |

### Turkey Draw Permits**

| | Resident | Nonresident |
| --- | --- | --- |
| Application Fee only | $8 | $20 |

**Successful applicants for these draw permits also must purchase a Game-hunting or Game-hunting and Fishing License plus an over-the-counter license.

8

# License Information continued

## Habitat Management and Access Validation

A $4 Habitat Management and Access Validation must be purchased and possessed by hunters, anglers and trappers. This once-per-license year fee will be used to lease private land for public use, provide public access to landlocked areas of public land and provide for the improvement, maintenance, development and operation of property for fish and wildlife habitat management. This fee will NOT be charged to those younger than 18 years of age. 100% Disabled Resident Veterans or resident anglers 70 years of age and older will not be charged for this validation in conjunction with their free licenses.

## Habitat Stamp

All anglers, hunters and trappers who use U.S. Forest Service (including the Valles Caldera) and BLM lands in New Mexico must have a current Habitat Stamp. Only one stamp is required per license year to hunt, fish or trap on these lands. The stamp is not required on other public property (such as state, county or municipal lands or parks or on other federal lands, such as Bureau of Reclamation or Army Corps of Engineers), on private property or on military reservations. The stamp is NOT required in Unit 28, which is largely Bureau of Land Management property under military withdrawal. This fee will NOT be charged to anglers or trappers younger than 12 years of age. 100% Disabled Resident Veterans or resident anglers 70 years of age and older will not be charged for this validation in conjunction with their free licenses.

Habitat Stamps must be for the current license year (April 1-March 31). Users must sign the stamp across the face in ink, affix it to a current fishing, hunting or trapping license and have it in their possession while fishing, hunting or trapping on U.S. Forest Service or BLM lands. Alternatively, users can buy the stamp with the license and sign the license.

A $5 Habitat Stamp is available from the Department, by using Form 3, online or from license vendors statewide. Stamps are not transferable to other persons and no one may use a stamp signed by another person. Funds derived from these stamps go for improving wildlife habitat. Note: It is not necessary to purchase a Habitat Stamp when applying for a draw hunt. However, you must purchase one after receiving the license or permit if you will be hunting where one is required.

## A New Mexico Resident Is:

1. A United States citizen who, for a period of not less than 90 days immediately preceding the date of application for the license, has been domiciled in New Mexico and does not claim residency elsewhere for any purpose. Temporary or seasonal residents, who maintain a primary residence outside of New Mexico, DO NOT qualify for resident licenses;

2. A citizen of another country who is legally within the United States and has actually lived in New Mexico for 90 days immediately preceding his license application;

3. A student who has attended an educational institution in New Mexico and has actually lived in the state for at least 1 full term immediately preceding license application and who presents, at the time of purchase, a certificate or letter of their enrollment and attendance signed by the proper authorities of such institution;

4. A member of the U.S. Armed Forces permanently assigned to a military installation located within New Mexico and who presents with their application, a certificate or letter verifying their military assignment signed by their commanding officer;

5. A member of the U.S. Armed Forces, who presents with their application, a certificate or letter verifying their military assignment signed by their commanding officer and who is officially stationed at a military reservation located partially in New Mexico and an adjacent state, but only for a special license valid only for hunting and fishing in New Mexico and only on those reservations.

## Reduced-Fee Resident Handicapped Licenses

A reduced-fee **Game-hunting** or combination **Game-hunting and Fishing License** is available to any New Mexico resident that has a severe physical or developmental disability. To qualify, an applicant must have one or more disabilities that substantially limit one or more major life activities. This license requires the holder to purchase and possess a Habitat Stamp and Habitat Management and Access Validation as required (see pages 7 and 13). All other laws and rules must be followed.

Once a handicapped licensee has clearly wounded a legal game animal, another person may assist in tracking, retrieving and killing the game. Reasonable accommodation to shoot from a stationary vehicle or receive other assistance may be granted on an individual basis. Call (505) 476-8030 or write to the Human Resources Division, P.O. Box 25112, Santa Fe, N.M. 87504.

## Mobility-impaired Certification (MI)

To apply for MI designated pronghorn antelope, oryx, deer or elk hunts, the individual must be registered with the Department PRIOR to submitting an application.

To qualify for MI certification, an individual must have a permanent impairment that limits their mobility to a walker, wheelchair, two crutches, severely restricts the movement in both arms or have a combination of permanent mobility type disabilities that cause comparable substantial functional limitation which they are unlikely to recover. This form may be obtained by calling (505) 476-8087 or online at **www.wildlife.state. nm.us/**. This form must be signed by the applicant's physician attesting that one of the above mobility-impaired conditions applies.

The MI card allows the licensee to shoot from a stationary vehicle that is not on a public road or highway. Once the licensee has clearly wounded a legal game animal, another person may assist in tracking, killing and retrieving the game. The MI card requires the holder to purchase and possess a Habitat Stamp and Habitat Management and Access Validation as required (see pages 7 and 13). All other laws and rules must be followed.

## Reduced-Fee Junior Licenses

A reduced fee **Junior Game-hunting** or **Junior Game-hunting and Fishing** or **Junior Deer License** or **Junior Elk License** is available only to residents who have

# continued License Information

NOT reached their 18th birthday. Junior hunters wishing to take advantage of any reduced-fee license to hunt deer or elk on public land must apply for a Deer Draw or Elk Draw License by the application deadline of **March 28**. Junior licenses to be used for hunting deer on private land can be purchased at local license vendors, at any Department office, with Form 3 or online at the Department's website. It is recommended the hunter not purchase the private land deer only license until the hunter knows whether they were successful in the draw.

## Reduced-Fee Senior Licenses
A reduced-fee **Senior Game-hunting** or **Senior Game-hunting and Fishing License** and a **Senior Elk License** or **Senior Deer License** is available only to residents age 65 or older. Senior hunters wishing to take advantage of any reduced-fee license to hunt deer or elk on public land must apply for a Deer Draw or Elk Draw License by the application deadline of **March 28**. Senior licenses to be used for hunting deer on private land can be purchased at local license vendors, at any Department office, with Form 3 or online at the Department's website. It is recommended the hunter not purchase the private land deer only license until the hunter knows whether they were successful in the draw.

## Military and Veteran Licenses and Hunt Opportunities
New Mexicans who serve their country as members of the armed services earn more than the state's appreciation and respect when it comes to hunting and fishing privileges. The Department of Game and Fish rewards active military and disabled veterans with several discounted licenses and special hunting opportunities. Information about veteran and active military hunting and fishing opportunities and necessary documentation are available on the Department's website at **www.wildlife.state.nm.us**, or by calling (505) 476-8000.

### Free Licenses For 100% Disabled Veterans
New Mexico residents who are 100 percent disabled as a result of having served in the armed services are eligible for a free, lifetime **Game-hunting and Fishing License**. Disabled veterans can apply for a Disabled American Veteran card, issued by the Department, which allows the card holder to fish, hunt small game and to receive a Deer Hunting License, free of charge. Card holders **do not** need to buy or possess a Habitat Stamp or Habitat Management and Access Validation when hunting small game or deer, or fishing. Hunters who apply for a Public-land Deer License will not be charged an application fee.

### Disabled Veterans Small Game & Fishing Licenses
Resident veterans who have a service-related disability of less than 100 percent are eligible for a $10 combination **Game-hunting and Fishing**, a savings of $23. Veterans can obtain these licenses by presenting a copy of their Veterans Administration Award Letter or by presenting proof of a service related disability to any Department office.

### Discounted Licenses For Active-Duty Military
New Mexico residents who are active-duty members of the U.S. Armed Forces or the National Guard and who are on leave for 30 days or less are eligible for reduced-fee temporary licenses.

A Four-day Temporary Small Game License is available for $16. A Five-day Temporary Fishing license is available for $12.

A **Game-hunting and Fishing License** is available for $20. All of these licenses are sold only at Department offices. Applicants must provide a current, valid military identification card and proof of New Mexico residency. A Habitat Stamp and Habitat Management and Access Validation are required.

### Resident Veteran Game-Hunting & Fishing License
New Mexico residents who are members of the National Guard or the U.S. Armed Forces and were called to active duty on or after April 3, 2003, are eligible for a free **Game-hunting and Fishing License** for the year following their deactivation and return to the state. Proof of service must be presented at any Department office. A Habitat Management and Access Validation and Habitat Improvement stamp are not required.

### Oryx Hunts For Iraq-Afghanistan Returnees
Once-in-a-lifetime oryx hunts are available through a drawing limited to resident applicants who are returning from service in Iraq or Afghanistan. Applicants must submit a copy of their orders or DD-214 with their draw application by mail, fax or e-mail before the application deadline. Please call (505) 476-8087 for more information.

### Fort Bliss Opportunities
Active-duty soldiers stationed at Fort Bliss in El Paso can purchase hunting and fishing licenses at New Mexico resident prices for activities that occur on portions of the Fort Bliss military reservation in New Mexico. Proof of assignment is required to be submitted before the draw. For more information call (505) 476-8087.

### Military Rehabilitation Fishing License
Members or veterans of the U.S. Armed Forces who are undergoing a rehabilitation program that involves learning and practicing fishing skills are eligible for free fishing licenses. The rehabilitation program must be sponsored by the federal government or a nonprofit organization authorized by the federal government and it must be under the direction of a military or federal Veteran's Administration rehabilitation center. The Habitat Management and Access Validation and the Habitat Improvement Stamp are not required. For more information contact Special Permits at 505-476-8064.

### Nonresident Disabled Active Duty And Veteran Licenses For Rehabilitation Enrollees
Nonresident active-duty or veterans of the U.S. Armed Forces who are undergoing a rehabilitation program that involves hunting activities are eligible for resident pricing on deer, elk, antelope, javelina and turkey licenses. The rehabilitation program must be sponsored by the federal government, or a nonprofit organization authorized by the federal government and it must be under the direction of a military or federal Veteran's Administration rehabilitation center. This benefit is not available through the public draw. Proof of eligibility must be provided. This benefit is available at Game and Fish offices. Information: (505) 476-8000.

# General Rules

## It Is Illegal to:

New Mexico state law makes the following unlawful: reckless and careless handling of firearms; improper handling of fire; property damage; polluting streams, lakes and other water; discarding refuse on public or private property without permission; damaging telephone wires by gunfire or otherwise interfering with communications; and hunting while intoxicated.

### Furthermore, it is illegal to:

• Kill more than one of the following: elk, pronghorn antelope, cougar, Barbary sheep, bighorn sheep, javelina, oryx, ibex, bear, deer or turkey during any license year except as permitted by rule.

• Apply for, buy or use more than one license or tag for any big-game species during any license year, except as permitted by rule.

• Take or attempt to take any game for another person or to use a license issued to another.

• Take or attempt to take game species over ground baited with any material or scent distributed there to entice the animals, except quail on private land. Scent-masking agents may be used on one's person, but not to attract big game.

• Use live animals as blinds or decoys to take or try to take game species.

• Use any electronically or mechanically recorded calling device to take or try to take protected species except protected furbearers, cougars and nongame species.

• Park any motor vehicle or camp within 300 yards of any man-made water hole, water well or watering tank used by wildlife or domestic stock without prior consent of the private landowner, private land lessee or public land management agency.

• Shoot at, wound, take, attempt to take or kill any protected species or artificial wildlife (decoy) on, from or across any graded and maintained public road or to shoot at game from within the fenced right-of-way of any paved road or highway or from within 40 feet of the pavement or maintained surface if no right-of-way fence exists.

• Shoot at, pursue, harass, harry, drive or rally any protected species by use of or from a motor-driven vehicle, powerboat, sailboat or aircraft.

• Hunt from, signal game's location to hunters from or harass game with aircraft; hunt game observed from aircraft within 48 hours of observation; or hunt game the same day of air travel, except by commercial airline or direct flight to a landing strip.

• Shine spotlights or other artificial lights into areas where big game or livestock might be, if persons using the light have in possession any firearm or implement capable of killing big game or livestock.

• Discharge a firearm within 150 yards of a dwelling or building, not including abandoned or vacated buildings on public land, during the hunting seasons, without permission of the owner or lessee thereof.

• Take any animals that are protected by law but not listed as game species and those that are listed as endangered or threatened species.

## License Privileges Can Be Revoked

A varying number of points are assessed based on the type of violation committed, including providing false information on a harvest report. Any person accumulating 20 points or more within any consecutive three-year period, shall be considered for revocation and suspension of all hunting, fishing and trapping license privileges or guiding and outfitting registration or for revocation and suspension of any permit or certificate issued under Chapter 17 and its implementing rules.

Defendants may request a hearing by an outside Hearing Officer if they disagree. Recommendations for point assessment are made to the State Game Commission, which in turn, can revoke a person's license privileges.

As a state participating in the interstate "Wildlife Violator Compact", New Mexico may recognize the suspension of license privileges of a person listed as a wildlife violator by another participating state. Contact the Law Enforcement Division for specific revocation information at (505) 476-8065.

## Forfeitures

Sporting arms may be seized and forfeited if they are used in taking, attempting to take, illegally possessing or transporting big game during closed season, exceeding the bag limit on big game during open season or taking or attempting to take big game by use of spotlight or artificial light. Vehicles and sporting arms used by anyone charged with spotlighting or hunting with the aid of artificial light may be confiscated at the scene and are subject to forfeiture and sale at auction upon conviction.

### Substantial Civil Assessments for Poaching

The State Game Commission has adopted substantial civil assessments for the illegal taking of trophy game animals to recover the loss of public trust resources. Maximum assessments are:

| | |
|---|---|
| • **Elk** | **$10,000** |
| • **Deer** | **$10,000** |
| • **Bighorn sheep** | **$10,000** |
| • **Ibex** | **$10,000** |
| • **Oryx** | **$10,000** |
| • **Pronghorn antelope** | **$8,000** |
| • **Barbary sheep** | **$6,000** |
| • **Turkey** | **$500** |
| • **Trout** | **$150** |

In addition to the above civil assessments, poachers may incur criminal fines listed below.

### Criminal Fines for First Offense

• Illegally taking or attempting to take elk, bighorn sheep, oryx, ibex or Barbary sheep; illegally selling big-game meat: **$1,000**;

• Illegally taking or attempting to take deer, pronghorn antelope, javelina, bear or cougar; exceeding the big-game bag limit; falsely purchasing a resident license: **$400**;

• Hunting with artificial light: **$300**;

• Attempting to exceed the big-game bag limit after having tagged a similar species: **$200**;

• Hunting without a license, using another person's license: **$100**;

• Hunting without a Habitat Stamp or Habitat Management and Access Validation: **$50 to $500**;

Fines for other offenses can be up to $500 and/or six months in jail, fines for second, third and subsequent offenses are increased.

**11**

## Possession, Donation or Sale of Game

It is unlawful to possess game without a proper license or other evidence that game was legally taken. Carcasses, meat and internal organs of game mammals or game birds may be donated, but not sold or bartered. Only the skin, head, antlers, horns and claws of legally taken protected species and feathers from nonmigratory game birds may be donated, sold or bartered. The person conveying any of the above to another person must supply the recipient with a written statement showing a description of the skin, head, antlers, horns, claws or feathers or kind and number of the game, the date and county where the item was taken, the disposer's name and address, number of the hunting license under which the hunter took the item and the date and place of the transaction or donation. See page 60 for an example of a donation certificate. It is unlawful to possess the head, horns or antlers of all big-game species found in the field (except for obviously shed antlers) without a receipt from the Department.

## Waste of Game

Anyone who takes a deer, elk, pronghorn antelope, bighorn sheep, Barbary sheep, ibex or oryx, must transport the edible portions of the meat from the field for human consumption. "Edible portions" of game mammals include all four quarters with 90% of the meat taken, backstraps, tenderloins and at least 75% of the neck meat. Hunters are not required to remove the rib cage or organs from the field. Anyone who takes a turkey, must remove the breast, legs and thigh meat from the field. Anyone who wounds or may have wounded any big-game species must make a reasonable attempt to track the animal and reduce it to possession. This requirement does not authorize trespass.

## Proof of Legal Game

You must keep proof of sex with all game species until you get the game to the place where it will be consumed or placed in cold storage. The antlers or horns (or the scalp and both ears of female or immature animals) of any deer, elk, pronghorn antelope, bighorn sheep or Barbary sheep, ibex or oryx must remain attached to the skull or skull plate. The external genitalia of any bear or cougar must remain attached to the hide and be readily visible until the hide has been inspected and tagged by a Department of Game and Fish representative. The beard and a small patch of feathers surrounding the beard of a turkey must remain attached when the bag limit is a bearded turkey.

## Use of Dogs

Dogs may not be used to hunt big game except bear and cougar. Furbearers may be hunted with dogs. Certain exceptions apply. See specific species sections. When dogs are used during a hunt, the licensed hunter intending to harvest the bear or cougar must be present continuously once any dog is released. Leashed dogs may be used to locate wounded or dead pronghorn antelope, elk, deer or javelina. Hunters must register at the local Department Area Office <u>before</u> their hunt begins.

## Federal Laws

Transporting illegally taken game across state lines is a violation of the federal Lacey Act. Such transport, if done in connection with commercial activity, may be classified as a felony.

## Carcass Tag

A carcass tag must be attached to all big game and turkeys by the person who killed the animal.
1. Immediately after killing any big game or turkey, notch out the month and date of kill from the carcass tag.
2. Attach the tag, NOT THE LICENSE, to the carcass. The tag must remain attached to the carcass when the carcass is left unattended in the field, is in camp, is in any vehicle, is at a residence or is at a place of storage. To prevent its loss, you may temporarily remove the notched tag from the carcass while you are removing the animal from the field to a camp or vehicle, but you must immediately reattach the tag upon arrival. If you have to make numerous trips to remove the carcass from the field, the tag should remain attached to the portion of the carcass you leave in a camp or vehicle.
3. Bear, cougar and bobcats also must be tagged with a pelt tag. In addition, bear and cougar must be tagged with a carcass tag provided with the hunting license. See pages 53, 55 and 58.
4. Every bighorn sheep ram head taken in or imported into New Mexico must have a seal inserted into one horn by the Department or other wildlife agency. The seal authorizes possession and transportation of the head within New Mexico. Bighorn sheep heads found in the field in New Mexico remain the property of the State. See page 42.

## Storage

Big game and turkey carcass tags must remain with the meat. They authorize possession and storage for one year from the date of kill. To store or possess meat after this date, you must have a storage permit from the Department of Game and Fish.

Trophies taken to a taxidermist should be accompanied by a written statement showing the kind and number of game involved, the name and hunting license number of the person who took it and the date of delivery to the taxidermist.

## Transportation of Horses

All horses being transported must be inspected by your local livestock inspector. Nonresidents with horses must have proof of ownership. More information is available from the Livestock Board in Albuquerque, N.M. at (505) 841-6161.

## Blaze Orange

There is no state law requiring hunters to wear blaze orange, but it is highly recommended. However, all hunters on military properties and youth hunters participating in firearm hunts on the Valles Caldera National Preserve must wear at least 244 square inches of blaze orange, approximately the size of a hunting vest. See specific requirements for each military reservation.

## Transportation of Game

Game properly carcass tagged or accompanied by a written statement may be transported within and outside the state. However, bighorn sheep ram heads must have a seal; bear, cougar and bobcat hides must have a pelt tag. It is unlawful to transport portions of dead deer or elk taken in designated areas in which chronic wasting disease (CWD) has been confirmed. See page 22.

**12**

# Federal, Tribal and State Lands

## Federal Lands
### General Information
New Mexico has 9 million acres of National Forest lands and about 13 million acres of BLM lands. Much of New Mexico's public land is mixed with privately-owned property. The private landowner has the right to control the use of private land. Sportsmen must get written landowner permission to cross private land where no public access exists to get to the public land. It is unlawful to post or otherwise restrict lawful uses of public land.

## National Wildlife Refuges
Most are closed to hunting. Others allow hunting in limited areas. Contact each refuge for more information.

## National Parks and Monuments
New Mexico has 17 national parks, monuments, trails, historical parks, and heritage parks. Hunting is not allowed within any national park or monument unless expressly allowed. Visitors must obey all federal, state, and local laws appropriate to the park they are visiting.

## U.S. Forest Service Lands
### General Information
New Mexico has 9 million acres of National Forest lands, most are open to public hunting. There are vehicle use restrictions on some USFS property. The USFS has closed various roads to vehicular traffic in the National Forests to protect natural resources. It is unlawful to use vehicles in areas that are closed under agreements executed under the Habitat Protection Act. Outfitters and guides providing services in the National Forests must have a permit issued to them by the USFS authorizing them to provide such services on forest lands. Hunters may encounter prescribed burns while hunting in National Forests. The fires are tools to keep forest fuels at safe levels; to provide a diverse, healthy forest ecosystem; and to improve wildlife habitat.

**Sandia Ranger District of the Cibola National Forest**
No firearm hunting is allowed.

**Valle Vidal of the Carson National Forest**
The Valle Vidal is seasonally closed to public entry, off-road travel is strictly prohibited and camping is restricted. Dates of closure are: West Side-May 1 through June 30, East Side-Jan. 1 through March 31. Other restrictions may apply. Contact the USFS Office in Questa at (575) 586-0520 for more information.

**Valles Caldera National Preserve**
All of Unit 6B is closed to hunting and trapping, except elk and turkey. See page 31 and 48.

If you wish to know more about USFS lands, contact one of the following USFS offices: **Carson National Forest** (575) 785-6200, **Cibola National Forest** (505) 346-3900, **Gila National Forest** (575) 388-8201, **Lincoln National Forest** (575) 257-4095, or **Santa Fe National Forest** (505) 438-5300. Visit the USFS website at **www.fs.fed.us**.

## Bureau of Land Management Lands
### General Information
Most lands under the jurisdiction of the Bureau of Land Management (BLM) are open to public hunting. Off-road

vehicle travel may be restricted or prohibited on BLM lands depending on location. Check with the local BLM office. Obey all posted rules. It is your responsibility to know the restrictions and where they apply.

**Wild Rivers Recreation Area, Taos Overlook and Orilla Verde**
These areas may have restrictions on hunting and trapping. Please contact the **Taos BLM Office** at (575) 758-8851 for more information.

**Santa Cruz Lake Recreation Area**
A portion of land extending 1/4 mile from the shoreline of Santa Cruz Lake and on either side of Rio Medio upstream is closed to hunting and trapping.

If you wish to know more about BLM lands, contact one of the following BLM offices: **Albuquerque** (505) 761-8700, **Carlsbad** (575) 887-6544, **Farmington** (505) 599-8900, **Las Cruces** (575) 525-4300, **Roswell** (575) 627-0272, **Socorro** (575) 835-0412, **Taos** (575) 758-8851, or **Santa Fe** (505) 954-2000. Visit the BLM website at: **www.blm.gov/nm/st/en.html**.

## Military Reservations
Hunting is allowed on some military reservations through cooperation of the U.S. Department of Defense, which controls access to these areas. Hunters must obtain permission and conditions of access to these military reservations directly from each reservation. Due to security concerns, the Director of the Department may change or cancel all hunts on such lands.

**Kirtland Air Force Base**
No access is allowed within the fenced area.

## Native American Lands
Permission to hunt or fish must be obtained from tribal officials before going on any tribal lands. A New Mexico license is not required to hunt or fish on Reservation Trust Lands. Game or fish taken on or from a reservation must be accompanied by an official tribal document, such as a license or receipt, showing lawful possession. Tribal reservations and pueblos may have firearms, ammunition and travel restrictions. It is advisable to completely separate any firearm from its ammunition when traveling across these lands. Hunters should contact tribes directly for specific information on hunting and fishing season dates, transporting firearms, permits and travel restrictions. **Acoma** (505) 552-9866, **Jicarilla Apache** (575) 759-3255, **Mescalero Apache** (575) 464-7448 or (575)-464-9770, **Navajo** (928) 871-6450, **Taos** (575) 758-3883, **Zuni** (505) 782-5851.

## State Trust Lands
The State Game Commission has an easement lease for hunting, fishing and trapping ONLY on State Trust Lands. Certain State Trust lands are under a business lease and may be withdrawn by the Commissioner of Public Lands. As such, they are not available for hunting, fishing or trapping. For specific locations, contact the State Land Office in Santa Fe at (505) 827-5760, or visit: **nmstatelands.org**.

To assure access and create larger, definable hunting areas, hunting and trapping privileges on some State Trust lands have

## State Trust Lands continued

been exchanged for the same privileges on private land. These ranches are posted with signs advising that the private land has been unitized. Watch for these signs and contact the landowner if you have any question about the location of the land open to public use.

**If you are allowed access to State Trust Lands:**

**You May:**
- Scout for big game seven days prior to the open season.
- Hunt big game or take protected furbearers, during open hours and seasons.
- Hunt unprotected species on State Trust Lands only during the period in which your license is valid for protected species on those lands.
- Camp with the agricultural lessee's permission unless otherwise authorized by the Commissioner of Public Lands.
- Take up to three guests per license holder on your hunt.

**You Must:**
- Have in your possession, if required, a valid hunting, fishing or trapping license and upon demand present it to an employee of either the State Land Office or the Department.
- Respect other uses, such as surface or mineral leases.
- Drive ONLY on established roads.
- Close gates.
- Pack out trash.

**You Must Not:**
- Drive off-road for any reason.
- Enter at any time other than to scout for big game before open season and during open season and hunting hours for species for which you are licensed.
- Use private roads or cross private lands without prior written permission of the landowner.
- Remove wood, sand or gravel or conduct other commercial or personal activities.
- Harass or injure livestock or wildlife or damage private property such as dwellings or range improvements.

### If You Are Denied Access

The right of entry to State Trust Land is assured if access is available by public road (defined in Section 67-2-1, NMSA 1978) or across other public lands or trails. If you are denied access, contact the State Land Office in Santa Fe at (505) 827-5760, giving complete details, including location, date, time and the name(s) of the person(s) denying access.

## State Game Commission-Owned Lands

**All Wildlife Management Areas (WMA) are closed unless specifically open.**
- Only New Mexico residents are allowed to apply for hunts held exclusively on WMA. Nonresidents may still apply for hunts that occur concurrently on both WMA and public land.
- Camping, parking, travel, fire, horse, burro and pet restrictions apply on Department lands. Check for rules that may be posted in each area. Trash barrels will not be provided.
- Vehicle traffic is restricted on some WMA. Closed roads are

conspicuously posted. Hunting and retrieving kills must be by foot or horseback on all WMA.
- No hunting is allowed for rabbits, coyotes, prairie dogs, etc unless specifically allowed.

Visit the Department's website at **www.wildlife.state. nm.us/conservation/wildlife_management_areas/ index.htm** for more information on each WMA.

## Other State Areas

**Jornada Experimental Station** in Doña Ana County is closed to all unescorted public access. **New Mexico State University Chihuahuan Desert Rangeland Research Center** (College Ranch) in Doña Ana County is closed to public access. For more information visit: **http:// chihuahuansc.nm.su.edu/index.htm**.

## Vehicle Travel on Public or Private Lands

It is illegal to drive a motor-driven vehicle off established roads or two-track roads in a hunting, trapping or angling area if the vehicle bears a person licensed to hunt, trap or fish for species on which season is open in that area. It is illegal for a person so licensed to ride in or upon such a vehicle. The Department defines an "established road". See page 6.

It is also illegal to use motor-driven vehicles on any roads or areas closed to vehicular traffic under the Habitat Protection Act or other state or federal regulations, including anywhere within the boundaries of any designated U.S. Forest Service or Bureau of Land Management wilderness area or National Monument including Tent Rocks National Monument. Obey all postings and know the regulations of the appropriate land management agency.

The U.S. Forest Service is considering new regulations that will prohibit cross-country motorized vehicle travel on many U.S. Forest Service lands, once routes are designated. The Southwest Regional Office (505) 842-3292 can direct you to the appropriate Ranger District for current information regarding the GMU you wish to hunt. Currently, off-road vehicle travel, for any reason, is not permitted in the Lincoln and portions of other National Forests. You may not take vehicles more than 100 yards off established roads in areas protected under the Habitat Protection Act.

You may take vehicles off established roads on certain public lands (except State Land) and private lands to retrieve legally taken and tagged big-game carcasses, provided that state or federal regulations do not prohibit such use. These regulations do not restrict landowners, lessees or their employees from driving off-road on private or leased State Trust Land while in connection with legitimate agricultural activities.

**For More Information About Off-highway Vehicle Laws and Requirements, See Page 61.**

**14**

# Unique Hunting Opportunities

## Big-game Enhancement Packages

Two big-game authorization packages will be auctioned; one by the Rocky Mountain Elk Foundation and one by the Wild Sheep Foundation. All proceeds go toward big-game habitat enhancement, conservation and protection projects in New Mexico. Each package will consist of 5 authorizations one for each of the following species: deer, elk, ibex, oryx and pronghorn antelope. More information is provided on the Department's website.

## Bighorn Sheep Enhancement Licenses

The Wild Sheep Foundation (WSF) is assisting the Department with an auction of one bighorn sheep authorization and the New Mexico Wild Sheep Foundation (NMWSF) will be assisting the Department with the raffle of one bighorn sheep authorization. Proceeds from the auction and raffle are used for bighorn sheep research, management and propagation in New Mexico.

One authorization to hunt a Rocky Mountain or desert bighorn sheep ram will be auctioned during the WSF National Convention at the Reno-Sparks Convention Center, Reno, NV, Jan. 19-21, 2012. For more information, please visit their website at www.wildsheepfoundation.org/. By June 1, 2012, the successful auction winner will choose one of the hunts offered below. The license and stamp fees are included for the successful auction winner. See below for detailed hunt information.

A second authorization will be awarded through a raffle. The successful raffle winner will choose one of the remaining hunts not chosen by the auction winner. The license and stamp fees are included for the successful raffle winner. See below for detailed hunt information. The date and location of the drawing will be announced.

Raffle tickets will be sold through NMWSF for $20 each. Deadline to purchase tickets is June 15. To purchase tickets, send a check or money order to Lanny Rominger, 9117 Luna del Oro NE, Albuquerque, N.M. 87111 or call him at (505) 821-5064. Ticket stubs will not be provided. NMWSF will complete and enter all orders not accompanied by tickets. The raffle winner does not have to be present to win. Authorizations may be used either by the recipient or any individual of the recipient's choice through sale, barter or gift.

The bag limit for these hunts is any one ram. These hunts do not count as once-in-a-lifetime hunts.

The winning hunter may choose one of the following hunts listed as open on page 46.

## Gould's Turkey Enhancement Permits

Up to two Gould's turkey enhancement permits may be made available through the National Wild Turkey Federation via lottery and auction. For more information on these permits, send an email to: nmturkeyhunt@bajabb.com.

## Deer Enhancement Authorizations

The Rocky Mountain Elk Foundation (RMEF) is assisting the Department with the auction of one deer authorization. RMEF will conduct the auction for one deer authorization at their annual Elk Camp, Feb. 2-4, 2012 at the Riviera Hotel Casino, Las Vegas, NV. Please visit the RMEF website at www.rmef.org/.

A second authorization will be raffled through the Mule Deer Foundation. For more information, contact Scott Hampel at shampel@muledeer.org/.

Proceeds from the auction and raffle will be used for deer habitat enhancement and management in New Mexico.

Each authorization will be valid for use from Sept. 1, 2012 through Jan. 31, 2013 with any legal sporting arm. These authorizations will be valid statewide on public land where hunting is allowed (including State Game Commission-owned WMAs) and private land with prior written landowner permission. Authorizations may be used either by the recipient or any individual of the recipient's choice through sale, barter or gift. The bag limit for these hunts is one buck deer.

## Elk Enhancement Authorizations

The Rocky Mountain Elk Foundation (RMEF) is assisting the Department with an auction and raffle of two bull elk authorizations.

RMEF will conduct the auction for one elk authorization at their annual Elk Camp, Feb. 2-4, 2012 at the Riviera Hotel Casino, Las Vegas, NV. Please visit the RMEF website at www.rmef.org/.

Raffle tickets for the other authorization will be sold for $20 each through the New Mexico Chapter of RMEF. For more information, contact Bill Kenney at (505) 407-2299 or bkenney@rmef.org. The raffle drawing will be held on a date and location to be announced. Visit the Department's website for more information.

Authorizations may be used either by the recipient or any individual of the recipient's choice through sale, barter or gift. The bag limit for these hunts is one bull elk. These hunts do not count as once-in-a-lifetime hunts.

Proceeds from the auction and raffle are used for elk habitat enhancement and management in New Mexico. The authorizations will be valid for use from Sept. 1, 2012 through Jan. 31, 2013 with any legal sporting arm.

### Win An Elk Or Oryx Incentive Authorization

Hunters may be selected by drawing to receive an elk or oryx incentive authorization. To participate, hunters must bring in freshly harvested deer or elk heads to any Department office or field collection station so tissues can be collected for chronic wasting disease testing. To be eligible, hunters are required to deliver the head before brain and lymph tissues decompose, which is less than 48 hours in warm weather. Incentive authorizations may be used either by the recipient or any individual of the recipient's choice through sale, barter or gift.

# Hunting Information

## Legal Sporting Arms

Sporting arms legal for hunting big-game species are listed on the individual species' pages. Exceptions to the following descriptions are noted where applicable.

Hunters may use only soft-nosed or hollow-pointed bullets. Full metal-jacketed or tracer bullets are illegal. No fully automatic arms may be used.

Sights on bows may not magnify targets or project light. Arrows must have broadheads (fixed or mechanical) with steel cutting edges. No drugs may be used on a hunting arrow and arrows cannot be driven by explosives.

Crossbow use is legal during "Any Legal Sporting Arm" hunts and "Muzzleloader" hunts. Sights on crossbows may not magnify targets or project light. Bolts must have broadheads (fixed or mechanical) with steel cutting edges. No drugs may be used on bolts. Bolts cannot be driven by explosives.

Scopes, sabots, in-line ignition and belted bullets may be used with muzzleloaders but not Restricted Muzzleloaders. See page 7 for definition.

## Criminal Trespass Is Against the Law!

A. Criminal trespass consists of knowingly entering or remaining upon posted private property without possessing written permission from the owner or person in control of the land. The provisions of this subsection do not apply if:

    1. The owner or person in control of the land has entered into an agreement with the Department granting access to public hunters for the purpose of taking any game animals, birds or fish by hunting, fishing or trapping; or

    2. A person is in possession of a landowner authorization given to him by the owner or person in control of the land that grants access to that particular private land for the purpose of taking any game animals, birds or fish by hunting, fishing or trapping.

B. Criminal trespass also consists of knowingly entering or remaining upon the unposted lands of another knowing that such consent to enter or remain is denied or withdrawn by the owner or occupant thereof. Notice of no consent to enter shall be deemed sufficient notice to the public and evidence to the courts, by the posting of the fenced property at all vehicular access entries.

C. Criminal trespass also consists of knowingly entering or remaining upon lands owned, operated or controlled by the state or any of its political subdivisions knowing that consent to enter or remain is denied or withdrawn by the custodian thereof.

D. Any person who enters upon the lands of another without prior permission and injures, damages or destroys any part of the realty or its improvements, including buildings, structures, trees, shrubs or other natural features, is guilty of a misdemeanor and shall be liable to the owner, lessee or person in lawful possession for civil damages in an amount equal to double the value of the damage to the property injured or destroyed.

E. Whoever commits criminal trespass is guilty of a misdemeanor. Additionally, any person who violates the provisions of Subsection A, B or C of this section, in connection with hunting, fishing or trapping activity, shall have his hunting or fishing license revoked by the State Game Commission for a period of not less than three years, pursuant to the provisions of NMSA Chapter 17-3-34, 1978.

F. Whoever knowingly removes, tampers with or destroys any "No Trespassing" sign is guilty of a petty misdemeanor; except when the damage to the sign amounts to more than $1,000,

## Criminal Trespass continued

in which case he or she is guilty of a misdemeanor and shall be subject to imprisonment in the county jail for a definite term less than one year or a fine not more than $1,000 or to both imprisonment and fine, at the discretion of the judge.

## Unlawful Taking of Game On Private Property

It is unlawful to hunt, capture, take, attempt to take or kill any game animal or furbearer on posted private property without written permission of the landowner or person in control of the land or if consent to remain on the property has been denied or withdrawn.

## Unlawful Taking of Game On Unposted Private Property

It is unlawful to knowingly enter upon any private property to hunt, capture, take, attempt to take or kill any game animal or furbearer without written permission of the landowner or person in control of the land. Any game animals or furbearers taken in violation of the above, shall be subject to seizure.

## Military Closures

The U.S. Forest Service and the Military may delay or cancel hunts in portions of GMUs 10, 13, 18, 19, 20 and 28 due to concerns for public safety. Closures of these areas could occur on several occasions throughout the year and may affect a number of hunts listed in this booklet.

Closures typically will occur between the hours of 3 am and 8 am. Evacuation of all people from these areas is required. Roadblocks will be positioned along all roads leading into the closed areas.

The area subject to closure in GMU 10 includes approximately 29 square miles of the Mount Taylor Ranger District, Cibola National Forest, located in the Zuni Mountains directly south and east of Fort Wingate Launch Complex and south of I-40.

The area subject to closure in GMU 13 includes approximately 200 square miles of the western portion of the Magdalena Ranger District, Cibola National Forest, located in the Datil Mountains north of U.S. Highway 60 and northeast of Datil, N.M.. Authority for the closures is 36 CFR 261.53 (E) and 36 CFR 261.54 (E) New Mexico.

## Law Prohibits Harassing Legal Hunters

New Mexico has a law (NMSA 1978, Chapter 17-2-7.1) prohibiting "hunter harassment" or interfering with another person who is lawfully hunting, trapping or fishing in an area where those activities are permitted. The first offense is a petty misdemeanor, the second a misdemeanor.

If a person who commits interference possesses a license, certificate or permit issued to him/her by the State Game Commission, the license, certificate or permit will be subject to revocation.

**Interference means:**
1. Intentionally placing yourself in a location where a human presence may affect the behavior of a game animal, bird or fish or the feasibility of killing or taking a game animal, bird or fish, with the intent of interfering with or harassing another person who is lawfully hunting, trapping or fishing.
2. Intentionally creating a visual, aural, olfactory or physical stimulus for the purpose of affecting the behavior of a game animal, bird or fish, with the intent of interfering with or harassing another person who is lawfully hunting, fishing or trapping.
3. Intentionally affecting the condition or altering the placement of or removing personal property used for the purpose of killing or taking a game animal, bird or fish.

**16**

# Outfitted Hunts

## Outfitted Hunts

The Department of Game and Fish regulates registered outfitters. An "outfitter" is any person who holds himself out for hire and accepts compensation for providing equipment and/or services for hunting activities. A "New Mexico Outfitter" is a person who has met very specific qualifications as set forth in law. See New Mexico Outfitters below.

New Mexico's draw quota for big-game licenses and permits allocates them among residents and nonresidents. Residents and nonresidents who choose to use a New Mexico Outfitter and apply for a hunt may receive up to 10% of the available licenses or permits.

Landowners and their agents are exempt from registration requirements when guiding a hunter on the landowner's deeded property.

A list of registered outfitters is provided on the Department's website at: www.wildlife.state.nm.us/enforcement or by calling the Outfitter and Guide Registrar at (505) 222-4711. Hunters hiring an outfitter should fully research prospective candidates and obtain references prior to contracting with them.

## Hunters

To be eligible to apply for the 10% applicant pool, ALL applicants must have a signed contract in place with a New Mexico Outfitter PRIOR to applying for the hunt. The contract must designate the terms, compensation and services to be provided by the outfitter. The contract must be signed and dated by all parties.

It is unlawful to apply in the special drawing pool using a New Mexico outfitter number prior to having a valid, signed contract with the same New Mexico outfitter. It is also unlawful to hunt with a license obtained through the special drawing pool designated for New Mexico outfitters without having a valid, signed contract with the same New Mexico outfitter prior to making the application

Any applicant who receives a valid license by applying with a New Mexico Outfitter's number, must be accompanied in the field with that outfitter or their registered guide for at least two (2) days. Those who apply using an outfitter's number and choose to hunt on their own, may be prosecuted for hunting without a valid license.

## New Mexico Outfitters

To become a New Mexico Outfitter, a person must prepare, sign and submit an affidavit to the Department signifying that the New Mexico Outfitter: (1) has a valid New Mexico state, county or municipal business registration; (2) has a valid outfitter license issued by the Department; (3) has paid property taxes or rent on real property in New Mexico, (4) paid gross receipts taxes and at least one other tax administered by the NM Taxation and Revenue Department in each of the preceding three years; (5) that a majority of the business is owned by a person who has resided in New Mexico during the immediately preceding three years; (6) employs at least 80% New Mexico residents; (7) has either leased property for 10 or more years or purchased property in New Mexico for more than $50,000; (8) possesses all required federal or state land use permits for the hunt; and (9) operates as a hunting guide service during which they accompany the hunter at least two days in the area where the hunter's license is valid.

## Legal Shooting Hours

Legal shooting hours are from **1/2 hour before sunrise to 1/2 hour after sunset** for all big game and turkey unless otherwise prohibited. **Warning** – It is illegal to cast the rays of an artificial light in areas where big game or livestock can be found **and**, at the same time, be in possession of a sporting arm capable of taking such animals. If you are using a flashlight and walking back to camp from the field, you should separate and store their ammunition separately from your firearm or quiver their arrows. Anyone actively pursuing or attempting to take game after dark with a light and a sporting arm will be subject to prosecution.

### Albuquerque Area Sunrise and Sunset Times

Mountain Daylight Time (MDT), shown in colored blocks, **begins at 2 am, March 11, 2012 and ends at 2 am, November 4, 2012.** Other times are Mountain Standard Time. For areas west of Albuquerque, add one minute for each 12 miles. For areas east of Albuquerque, subtract one minute for each 12 miles.

| DATE | RISE | SET | DATE | RISE | SET |
|------|------|-----|------|------|-----|
| Jan. 1 | 7:15 | 5:05 | July 1 | 5:56 | 8:25 |
| 5 | 7:15 | 5:09 | 5 | 5:58 | 8:24 |
| 10 | 7:15 | 5:13 | 10 | 6:01 | 8:23 |
| 15 | 7:15 | 5:15 | 15 | 6:04 | 8:21 |
| 20 | 7:13 | 5:23 | 20 | 6:07 | 8:18 |
| 25 | 7:11 | 5:28 | 25 | 6:11 | 8:15 |
| Feb. 1 | 7:06 | 5:35 | Aug. 1 | 6:16 | 8:09 |
| 5 | 7:03 | 5:39 | 5 | 6:19 | 8:05 |
| 10 | 6:58 | 5:44 | 10 | 6:23 | 8:00 |
| 15 | 6:53 | 5:49 | 15 | 6:27 | 7:55 |
| 20 | 6:48 | 5:54 | 20 | 6:31 | 7:48 |
| 25 | 6:42 | 5:58 | 25 | 6:34 | 7:42 |
| Mar. 1 | 6:35 | 6:03 | Sept. 1 | 6:40 | 7:33 |
| 5 | 6:30 | 6:06 | 5 | 6:43 | 7:27 |
| 10 | 6:23 | 6:11 | 10 | 6:46 | 7:20 |
| 15 | 7:17 | 7:15 | 15 | 6:50 | 7:13 |
| 20 | 7:10 | 7:19 | 20 | 6:54 | 7:06 |
| 25 | 7:03 | 7:23 | 25 | 6:57 | 6:58 |
| April 1 | 6:53 | 7:29 | Oct. 1 | 7:02 | 6:50 |
| 5 | 6:47 | 7:32 | 5 | 7:05 | 6:44 |
| 10 | 6:40 | 7:36 | 10 | 7:09 | 6:37 |
| 15 | 6:34 | 7:40 | 15 | 7:13 | 6:31 |
| 20 | 6:28 | 7:44 | 20 | 7:17 | 6:25 |
| 25 | 6:22 | 7:48 | 25 | 7:22 | 6:19 |
| May 1 | 6:15 | 7:53 | Nov. 1 | 7:28 | 6:12 |
| 5 | 6:11 | 7:56 | 5 | 6:32 | 5:08 |
| 10 | 6:06 | 8:00 | 10 | 6:37 | 5:04 |
| 15 | 6:02 | 8:04 | 15 | 6:42 | 5:01 |
| 20 | 5:59 | 8:08 | 20 | 6:47 | 4:58 |
| 25 | 5:56 | 8:11 | 25 | 6:52 | 4:56 |
| June 1 | 5:53 | 8:16 | Dec. 1 | 6:57 | 4:55 |
| 5 | 5:52 | 8:18 | 5 | 7:01 | 4:54 |
| 10 | 5:52 | 8:21 | 10 | 7:04 | 4:55 |
| 15 | 5:52 | 8:23 | 15 | 7:08 | 4:56 |
| 20 | 5:53 | 8:24 | 20 | 7:11 | 4:58 |
| 25 | 5:54 | 8:25 | 25 | 7:13 | 5:01 |

www.timeanddate.com

There are additional requirements to become a New Mexico Outfitter. For more information, visit Department's website at: **www.wildlife.state.nm.us/enforcement** or call the Department's Outfitter and Guide Registrar at (505) 222-4711.

Case 3:09-cv-02145-RS   Document 119-1   Filed 05/18/12   Page 20 of 30

# Big-game Unit Map

## Game Management Unit Map

Individual unit maps can be downloaded from the Department's website at **www.wildlife.state.nm.us**. Do not use this map to determine exact unit boundaries.



| | 0   25   50   100 Miles |
| | 0   30  60   120 Kilometers |

### Game Management Units

**New Mexico**
**Surface Management**

US Bureau of Land Management
US Bureau of Reclamation
US Dept. of Defense
US Dept. of Energy
US Forest Service

US Fish & Wildlife Service
Tribal Lands
US National Park Service
Private Lands
NM State Land Office
NM Game & Fish
NM State Park

**18**

# Population Management Hunts

## General Application Information

• Residents and nonresidents must first purchase a **Game-hunting** or **Game-hunting and Fishing License** before applying for any Population Management Hunt.

• Residents and nonresidents wishing to be on a list for Population Management Hunts must apply online by **March 28** or via the telephone at (888) 248-6866 **Feb. 2** through **March 20.**



• Residents and nonresidents interested in being placed on a list to be considered for a Population Management Hunt for deer, elk, pronghorn antelope, Barbary sheep and oryx must do so by choosing the 5th choice option on their application. By choosing the 5th choice option, hunters are indicating that, if unsuccessful in drawing their 1st, 2nd, 3rd or 4th choice, they are willing to accept being placed on a list of eligible hunters for that species.

• Applicants **must** apply for at least one regular draw hunt choice if they wish to be eligible for the population management hunt **of the same species**.

• If a population management hunt becomes necessary, a Department official will contact hunters and notify them of the hunt areas, dates, bag limit, allowable sporting arm and any other special restrictions.

• The hunter will be asked to accept or decline. If a hunter declines a hunt, another hunter will be contacted.

• Bag limits for these hunts will be **primarily female animals**. Hunters will be used to reduce populations in specific areas.

• Applicants may ask questions or update their personal information by calling the Depredation Line at (505) 476-8047.

• **Choosing a Population Management Hunt option does not guarantee you will be contacted for a hunt.**

## Population Management Hunt Fees

• If a hunter is asked and accepts a hunt, they will be required to purchase the appropriate licenses for the species that they will hunt. See page 8 for license fees.

• In addition to licenses, a hunter 18 years or older, will be required to purchase a Habitat Management and Access Validation and may be required to purchase a Habitat Stamp if they will be hunting on U.S. Forest Service or BLM land.

• White Sands Missile Range and Jornada Experimental Station charge a $150 access fee to all oryx hunters. Other Federal agencies may charge access fees.

• Choosing the Oryx Population Management Hunt implies acceptance of additional fees should a hunter be called for one of these hunts.

### Win An Elk Or Oryx Incentive Authorization

Hunters may be selected by drawing to receive an elk or oryx incentive authorization. To participate, hunters must bring in freshly harvested deer or elk heads to any Department office or field collection station so tissues can be collected for chronic wasting disease testing. To be eligible, hunters are required to deliver the head before brain and lymph tissues decompose, which is less than 48 hours in warm weather. Incentive authorizations may be used either by the recipient or any individual to the recipient's choice through sale, barter or gift.

**Title VI Funding**
Certain programs of the New Mexico Department of Game and Fish receive federal funds from the U.S. Department of the Interior. These programs are therefore subject to requirements of the New Mexico Human Rights Act and Title VI of the 1964 Civil Rights Act, which prohibit discrimination because of ancestry, sex, race, color, religion, national origin, age or physical or mental handicap. If you believe you have been discriminated against in any program, activity or facility, please send a detailed description of the incident by certified mail to the New Mexico Department of Game and Fish. If you desire further information on Title VI, write: Department of Game and Fish, ADA Coordinator, PO Box 25112, Santa Fe, N.M. 87504 or Office of Equal Opportunity, U.S. Dept. of the Interior, Office of the Secretary, Washington, DC 20240. The Department of Game and Fish will schedule public meetings and events at facilities that are accessible to physically impaired persons. Reasonable accommodations will be made for other impairments, including hearing and sight. If special aids are required, call (505) 476-8027 or write to PO Box 25112, Santa Fe, N.M. 87504 at least three working days prior to the meeting date. To initiate a complaint, write to the U.S. Fish and Wildlife Service, Division of Federal Assistance, 4401 Fairfax Drive, Mail Stop: MBSP-4020, Arlington, Virginia 22203.
**Fondos de Título VI**
Ciertos programas del New Mexico Department of Game and Fish reciben fondos federales del U.S. Department of the Interior. Estos programas son subyugados a requisitos de la ley de New Mexico Human Rights Act and Title VI of the 1964 Civil Rights Act, que prohíben la discriminación por razones de ascendencia, sexo, raza, color, religión origen nacional, edad o impedimento físico o mental. Si usted cree que ha sufrido discriminación en cualquier programa, actividad o comodidades, por favor envíe por correo certificado una descripción detallada al Department of Game and Fish. Si desea mas información sobre Título VI, por favor escriba a: Department of Game and Fish, ADA Coordinator, PO Box 25112, Santa Fe, N.M. 87504 or Office of Equal Opportunity, U.S. Dept. of the Interior, Office of the Secretary, Washington, DC 20240. Al programar sus reuniones públicas, el Department of Game and Fish operará en facilidades que proveen acceso para personas con incapacidades físicas. Las personas con otras incapacidades, inclusive del oído y de la vista, recibirán acceso razonable a las reuniones. Si usted necesita algún auxiliar o ayuda especial, por favor llame al número (505) 476-8027 o escriba a Post Office Box 25112, Santa Fe, N.M. 87504, por lo menos tres (3) días antes de la reunión. Para iniciar una queja, escriba a U.S. Fish and Wildlife Service, Division of Federal Assistance, 4401 Fairfax Drive, Mail Stop: MBSP-4020, Arlington, Virginia 22203.

# Open Gate Program

## Open Gate Properties

An Open Gate property is a tract of private land that the landowner has contracted with the Department to allow sportsmen access for wildlife associated activities and recreation.

Landowners receive payment for their participation in the program. Funding for the program comes from the sale of Habitat Management and Access Validations. A portion of these proceeds help Open Gate accomplish its objectives to increase hunting, fishing and trapping access on private lands, create access corridors to inaccessible state, federal or other lands and develop, manage and maintain wildlife habitat on participating private lands.

Access to an Open Gate property is limited to properly licensed sportsmen during the hunting, fishing or trapping season(s) for which the property is enrolled.

Unless the landowner specifies that they wish a courtesy call in advance, properly licensed sportsmen are welcome to hunt, fish or trap during open seasons.

Every Open Gate property has specific property rules posted at the entrance to the property. These rules vary from property to property and it is the sportsmen's responsibility to know the rules. All Open Gate properties have recognizable program signs posted on-site to help guide sportsmen. Portfolios and maps of participating properties are available on the Department's website at **www.wildlife.state.nm.us**. The farmers and ranchers that participate in this program are the key to its success.

## Ethical, Courteous and Lawful Behavior Keeps Gates Open

The farmers and ranchers that participate in this program make this all possible. Do not forget to say thank you and always pick up any trash.

## Landowners Can Contribute To New Mexico's Outdoor Heritage

The Department is looking to add new acreage in the Open Gate Program. If you own or lease land you consider attractive for hunting, fishing or trapping, you may qualify for enrollment. Landowners can:
- Earn payment for their participation.
- Receive incentives for wildlife habitat improvements.
- Retain private property rights.
- Enjoy State of New Mexico liability protection.

**For more information, please contact the Open Gate Coordinator at (505) 476-8043.**







Nice tom turkey harvested on an Open Gate property

# Deer

## General License Information

To hunt deer in New Mexico, residents and nonresidents must first purchase a **Game-hunting** or **Game-hunting and Fishing License** before purchasing a Private Land-only Deer License or applying for a Deer Draw License.

**Nonresidents may NOT apply for any hunts held exclusively on State Game Commission-owned WMAs.**

If applying for a public Deer Draw License, **DO NOT** purchase an over-the-counter deer license. If successful in the public draw, a Deer Draw License will be mailed.

If unsuccessful in the public draw, hunters may purchase a Private Land-only Deer License after the drawing results are released.

Hunters must have in their possession while in the field:
1. A Game-hunting or Game-hunting and Fishing License as well as a Public Land Deer Draw License (issued only through the draw) or a Private Land-only Deer License (available at any license vendor, except for Units 2A, 2B, 2C, 4 and 5A) and written permission from the landowner if hunting on private land and,

2. A Habitat Stamp if hunting on BLM or U.S. Forest Service lands and,

3. A Habitat Management and Access Validation when hunting on ANY lands (if 18 years or older).

It is illegal to apply for, buy or use more than one license or tag for any big-game species during any license year, except when permitted by rule. It is the hunter's responsibility to know which license they are purchasing from a local vendor.

## License Fees
See page 8 for all license fees.

## Legal Sporting Arm Types
**Any Legal Sporting Arm**
Centerfire rifle or handgun; shotgun no smaller than 28 gauge, firing a single slug; bow and arrows; crossbow and bolts; or muzzleloading rifle.

**Bow Only**
Any bow and arrows.

**Muzzleloader, Bows and Crossbow**
Any muzzleloading rifle; any bow and arrows; and crossbow and bolts.

**Restricted Muzzleloader Only**
Any muzzleloading rifle (including a smoothbore flintlock or musket) using open sights in which the charge and projectile are loaded through the muzzle. Only black powder, Pyrodex or an equivalent substitute may be used. Use of in-line ignition, pelleted powder, sabots, belted bullets, multiple projectiles and scopes are illegal.

## Bag Limit
The bag limit for most hunts is a fork-antlered deer (FAD), fork-antlered mule deer (FAMD) or fork-antlered white-tailed deer (FAWTD). See Definitions on page 6. The exceptions are Youth-only hunts on the Brantley, Seven Rivers and Huey WMAs and those hunts in portions of Unit 32 which are antlerless (A) and Youth-only Hunts in Units 41, 58 and 59 which are either sex white-tailed deer (ESWTD).

The antlers and attached segment of the skull must stay with the deer you take until it reaches the place where it will be consumed or placed in cold storage.

# Public Land Deer Draw Licenses
A Public Land Deer Draw License is issued only through the regular public draw. To hunt public land, individuals must apply for a Public Land Deer Draw License The application deadline is **March 28, 2012**. Up to four hunters may apply per application for a Public Land Deer Draw License. Anyone applying for a license, MUST pay the full license and application fee when making application.

Successful applicants will be issued a Public Land Deer Draw License. This license will indicate a hunt code and identify the Unit, sporting arms type, season dates and bag limit. Attached to the license will be a carcass tag. No additional deer license purchase is required.

The Public Land Deer License authorizes the hunter to hunt on any open public land within the specified unit or hunt area and any private land in that unit (except for Units 2A, 2B, 2C, 4 and 5A) as long as they secure written permission from each landowner on whose property they hunt.

## Types of Public Land Deer Draw Licenses
There are several types of public land deer hunts. There are standard (S), quality (Q) and high-demand (HD) hunts for rifle, bow and muzzleloader. Some hunts are both quality and high demand (Q/HD). High-demand hunts are those hunts for which nonresidents were at least 22% of the applicant pool for each of the two previous license years.

## Fourth Choice Hunts
An applicant marking fourth choice indicates that they will accept a deer hunting license for ANY HUNT in a specific quadrant of the state. The 4th choice assignment will always be for the same sporting arm type as the first choice on an application.

Hunters should be aware that success rates for 4th choice hunts may be low due to small, localized populations of deer. Hunters that apply for and receive their 4th choice hunt will NOT receive a refund and cannot obtain a Private Land-only License if they are dissatisfied with the hunt they draw.

**Private Land Deer Conservation Incentive Program**
Private landowners that are engaged in significant improvements of deer habitat on their lands may be eligible for various incentives. For more information, contact (505) 476-8038.

## Fourth Choice Hunts continued

If applying for a 4th choice hunt, applicants must choose one of the 4 quadrants of the State listed below:

| | |
|---|---|
| **NW** | May include Units 2, 4, 5, 6, 7, 8, 9, 10, 12 or 14. |
| **NE** | May include Units 41, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58 or 59. |
| **SW** | May include Units 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 or 27. |
| **SE** | May include Units 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39 or 40. |

## Deer Draw License Cannot Be Changed

A Public Land Deer Draw License CANNOT be changed or re-validated once it has been issued through the drawing.

# Private Land-only Deer Licenses

To hunt only on private land (except in Units 2A, 2B, 2C, 4 and 5A, see below), a hunter must obtain a Private Land Only Deer License from any license vendor or by completing Form 3 or order a license online. Attached to the license will be a deer carcass tag. When you obtain a Private Land-only Deer License, you must choose a hunt code that corresponds with a public land hunt code for the unit, sporting arm type and season date. If the hunter is a nonresident and choose a corresponding public land hunt code designated as Quality, they must purchase a Quality Deer License.

While in the field, the hunter must have in their possession:

1. Game-hunting or Game-hunting and Fishing License, and
2. Properly validated Private Land-only Deer License indicating the appropriate hunt code, and
3. Written permission from the landowner or person in control of the land or trespass rights pursuant to regulation 19.31.10.18 NMAC, and
4. Habitat Management and Access Validation. See page 9.

The Private Land-only Deer License will indicate a hunt code and identify the unit, sporting arms type, season dates and bag limit.

**It is unlawful for any person to hunt on public land with a Private Land Only Deer License.**

## Private Land Deer Hunting in Units 2A, 2B, 2C, 4 and 5A

Landowners must obtain an **Authorization Code** from the Department's Northwest Area Office in Albuquerque.

**Hunters** wishing to hunt on private land in these units must obtain from the landowner:
• The Authorization Code
• The list of special deer hunt codes

With this information, hunters can apply through the regular public draw. When applying for private land hunts in GMU 5A, only one person may apply on each application. This application must be submitted to the Department by **March 28, 2012.**

## Private Land Deer Hunting in Units 8, 46, 54, and 55

Units 8 (firearm hunts), 46, 54 and 55 do not have public land hunts, therefore the selected hunt code must be one of those listed below. The fee type is standard (S).

| Unit | Hunt Dates | Hunt Code | Licenses | Bag Limit |
|---|---|---|---|---|
| **Any Legal Sporting Arm** | | | | |
| 8 | Oct. 13-17 | DER-1-450 | Unlimited | FAD |
| 46 | Oct. 20-24 | DER-1-452 | Unlimited | FAD |
| 46 | Oct. 27-31 | DER-1-453 | Unlimited | FAD |
| 54 | Oct. 20-24 | DER-1-456 | Unlimited | FAD |
| 54 | Oct. 27-31 | DER-1-457 | Unlimited | FAD |
| 54 | Nov. 22-25 | DER-1-458 | Unlimited | FAWTD |
| 55 | Oct. 20-24 | DER-1-461 | Unlimited | FAD |
| 55 | Oct. 27-31 | DER-1-462 | Unlimited | FAD |
| 55B | Nov. 22-25 | DER-1-465 | Unlimited | FAWTD |
| **Bow Only** | | | | |
| 46 | Sept. 1-22 | DER-2-454 | Unlimited | FAD |
| 54 | Sept. 1-22 | DER-2-459 | Unlimited | FAD |
| 55 | Sept. 1-22 | DER-2-463 | Unlimited | FAD |
| **Muzzleloader** | | | | |
| 8 | Sept. 24-30 | DER-3-451 | Unlimited | FAD |
| 46 | Sept. 24-30 | DER-3-455 | Unlimited | FAD |
| 54 | Sept. 24-30 | DER-3-460 | Unlimited | FAD |
| 55 | Sept. 24-30 | DER-3-464 | Unlimited | FAD |

## Re-validating Your Private Land-only Deer License

Private Land Only Licenses obtained from vendors may be changed. Only Department personnel may re-validate Private Land-only Deer Licenses. The deadline to re-validate your Private Land-only Deer license is before the first date of the season validated.

### Chronic Wasting Disease Rules Apply to Units 19, 28 and 34

It is unlawful to transport dead deer, dead elk or their parts taken from any chronic wasting disease (CWD) control area designated by the Director. The exceptions are:

• Meat that is cut and wrapped either privately or commercially.
• Quarters or other portions of meat with no part of the head or spinal column attached.
• Meat that has been boned out.
• Hides with no heads attached.
• Clean skull plates with antlers attached.
• Antlers with no meat or tissue attached.
• Upper canine teeth, also known as "ivories."
• Finished heads mounted by a taxidermist.

You may not remove the whole head and spinal column. You must keep proof of sex with all game species until you get the game to the place where it will be consumed or placed in cold storage.

### Win An Elk Or Oryx Incentive Authorization For CWD Testing

Hunters may be selected by drawing to receive an elk or oryx incentive authorization. To participate, hunters must bring in freshly harvested deer or elk heads to any Department office or field collection station so tissues can be collected for chronic wasting disease testing. To be eligible, hunters are required to deliver the head before brain and lymph tissues decompose, which is less than 48 hours in warm weather. Incentive authorizations may be used either by the recipient or any individual of the recipient's choice through sale, barter or gift.

**22**

# Deer continued

## What You Must Know Before You Hunt

**Youth-only Hunts:** Applicants must be younger than 18 on the opening day of the hunt, provide proof of hunter education certification to apply and carry their certification number while hunting with a firearm. **Blaze Orange Clothing:** Hunters must wear at least 244 square inches of blaze orange while hunting on military property. McGregor Range/Fort Bliss requires all hunters wear a blaze orange hat and a blaze orange hunting vest. **Closed Areas:** Military reservations, national parks and monuments, state parks and monuments, recreation areas, national wildlife refuges, state wildlife management areas and other locations may be closed or have restrictions placed on hunting. The following other areas are closed to deer hunting: The Valle Vidal and Greenwood areas of Unit 55A are closed to all deer hunting; all state wildlife management areas are closed unless specifically open to hunting. Units 10, 13, 18 and 20: These units are subject to closure by the U.S. Forest Service and/or the military during missile firings. **Restricted Areas:** Units 1, 3, 11, 35 and other tribal reservations are not included under state rules. Contact tribal officials directly. Grapevine Canyon (McGregor Range Buffer Zone) in Unit 34 is accessible only by military permission. All hunters on McGregor Range/Fort Bliss are required to have proof of passing a certified hunter education course before they hunt.

# Draw Licenses, Seasons For Any Legal Sporting Arm

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| Private Land-only Licenses may NOT be issued by license vendors for hunts in Units 2A, 2B, 2C, 4 and 5A. | | | | | |
| **Unit 2** | | | | | |
| 2A Public Land Only, **Youth Only** | Oct. 20-24 | DER-1-101 | S | 50 | FAD |
| 2A Public Land Only | Oct. 27-31 | DER-1-100 | S | 200 | FAD |
| 2B Public Land Only, **Youth Only** | Oct. 13-17 | DER-1-112 | S | 150 | FAD |
| 2B Public Land Only | Oct. 20-24 | DER-1-109 | S | 275 | FAD |
| 2B Public Land Only | Oct. 27-31 | DER-1-110 | S | 375 | FAD |
| 2B Public Land Only | Nov. 3-7 | DER-1-111 | Q | 450 | FAD |
| 2C Public Land Only | Nov. 10-14 | DER-1-125 | Q/HD | 20 | FAD |
| **Unit 4** | | | | | |
| 4 Humphries/Rio Chama WMAs, N.M. Residents Only | Oct. 20-24 | DER-1-131 | Q | 20 | FAD |
| 4 Humphries/Rio Chama WMAs, **Youth Only**, N.M. Residents Only | Oct. 20-24 | DER-1-133 | Q | 10 | FAD |
| 4 Humphries/Rio Chama WMAs, N.M. Residents Only | Oct. 27-31 | DER-1-132 | Q | 20 | FAD |
| 4 Humphries/Rio Chama WMAs, **Youth Only**, N.M. Residents Only | Nov. 21-25 | DER-1-134 | Q/HD | 5 | FAD |
| **Unit 5** | | | | | |
| 5A Public Land Only | Nov. 6-12 | DER-1-139 | S | 30 | FAD |
| 5B | Nov. 3-7 | DER-1-143 | Q | 15 | FAD |
| 5B **Youth Only** | Nov. 21-25 | DER-1-144 | Q | 10 | FAD |
| **Unit 6** | | | | | |
| 6A and 6C **Mobility Impaired Only** | Oct. 13-17 | DER-1-146 | S | 20 | FAD |
| 6A and 6C | Nov. 3-7 | DER-1-145 | S | 100 | FAD |
| **Unit 7** | | | | | |
| 7 | Nov. 3-7 | DER-1-149 | S | 25 | FAD |
| **Unit 9** | | | | | |
| 9 including Water Canyon and Marquez WMAs | Nov. 10-14 | DER-1-154 | S | 10 | FAD |
| 9 including Water Canyon and Marquez WMAs, **Youth Only** | Nov. 10-14 | DER-1-155 | S | 10 | FAD |
| **Unit 10** | | | | | |
| 10 **Mobility Impaired Only** | Oct. 20-24 | DER-1-162 | S | 20 | FAD |
| 10 | Oct. 20-24 | DER-1-158 | S | 70 | FAD |
| 10 | Oct. 27-31 | DER-1-159 | S | 65 | FAD |
| 10 | Nov. 3-7 | DER-1-160 | S | 90 | FAD |
| 10 **Youth Only** | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 DER-1-161 | S | 25 | FAD |
| **Unit 12** | | | | | |
| 12 | Oct. 27-31 | DER-1-165 | S | 175 | FAD |
| **Unit 13** | | | | | |
| 13 | Nov. 3-7 | DER-1-168 | S | 400 | FAD |
| 13 | Nov. 10-14 | DER-1-169 | S | 400 | FAD |
| 13 **Youth Only** | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 DER-1-170 | S | 100 | FAD |
| **Unit 14** | | | | | |
| 14 Sandia Ranger District is open to bow only | Oct. 20-24 | DER-1-173 | S | 30 | FAD |
| **Unit 16** | | | | | |
| 16 **Youth Only** | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 DER-1-181 | S | 100 | FAD |
| 16 **Mobility Impaired Only** | Nov. 3-7 | DER-1-182 | S | 25 | FAD |
| 16 | Nov. 3-7 | DER-1-179 | S | 300 | FAD |
| 16 | Nov. 10-14 | DER-1-180 | S | 300 | FAD |

# continued **Draw Licenses, Seasons for Any Legal Sporting Arm**

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| **Unit 17** | | | | | |
| 17 | Nov. 3-7 | DER-1-185 | Q | 100 | FAD |
| 17 | Nov. 10-14 | DER-1-186 | Q | 100 | FAD |
| 17 Youth Only | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | |
| | | DER-1-187 | Q | 100 | FAD |
| **Unit 18** | | | | | |
| 18 | Nov. 3-7 | DER-1-191 | S | 100 | FAD |
| 18 | Nov. 10-14 | DER-1-192 | S | 100 | FAD |
| **Unit 20** | | | | | |
| 20 | Nov. 3-7 | DER-1-197 | S | 100 | FAD |
| 20 | Nov. 10-14 | DER-1-198 | S | 100 | FAD |
| **Unit 21** | | | | | |
| 21 Youth Only | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | |
| | | DER-1-203 | S | 100 | FAD |
| 21 | Nov. 3-7 | DER-1-201 | S | 500 | FAD |
| 21 | Nov. 10-14 | DER-1-202 | S | 500 | FAD |
| **Unit 22** | | | | | |
| 22 | Nov. 3-7 | DER-1-206 | S | 100 | FAD |
| 22 | Nov. 10-14 | DER-1-207 | S | 100 | FAD |
| 22 Youth Only | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | |
| | | DER-1-208 | S | 50 | FAD |
| **Unit 23** | | | | | |
| 23 except the Burro Mountains hunt area | Nov. 3-7 | DER-1-211 | S | 500 | FAMD |
| 23 except the Burro Mountains hunt area | Nov. 10-14 | DER-1-213 | S | 500 | FAMD |
| 23 except the Burro Mountains hunt area | Nov. 17-21 | DER-1-212 | S | 100 | FAWTD |
| 23 except the Burro Mountains hunt area | Dec. 1-9 | DER-1-214 | S | 50 | FAWTD |
| 23 except the Burro Mountains hunt area, Youth Only Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | | |
| | | DER-1-215 | S | 100 | FAD |
| 23 Burro Mountains hunt area | Nov. 3-7 | DER-1-216 | Q | 25 | FAMD |
| 23 Burro Mountains hunt area | Nov. 10-14 | DER-1-217 | Q | 25 | FAMD |
| 23 Burro Mountains hunt area | Nov. 17-21 | DER-1-218 | Q | 25 | FAWTD |
| 23 Burro Mountains hunt area | Dec. 1-9 | DER-1-219 | Q | 25 | FAWTD |
| 23 Burro Mountains hunt area, **Youth Only** | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | |
| | | DER-1-220 | Q | 25 | FAD |
| **Unit 24** | | | | | |
| 24 including Fort Bayard Management Area, **Youth Only** | Sept. 29-Oct. 7 | DER-1-233 | S | 50 | FAD |
| 24 except Fort Bayard Management Area | Nov. 3-7 | DER-1-229 | S | 400 | FAMD |
| 24 except Fort Bayard Management Area | Nov. 10-14 | DER-1-231 | S | 400 | FAMD |
| 24 except Fort Bayard Management Area | Nov. 17-21 | DER-1-230 | S | 100 | FAWTD |
| 24 except Fort Bayard Management Area | Dec. 1-9 | DER-1-232 | S | 50 | FAWTD |
| 24 including Fort Bayard Management Area, **Youth Only** Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | | |
| | | DER-1-234 | S | 50 | FAD |
| **Unit 25** | | | | | |
| 25 | Nov. 3-7 | DER-1-239 | S | 100 | FAD |
| 25 | Nov. 10-14 | DER-1-240 | S | 100 | FAD |
| **Unit 26** | | | | | |
| 26 except Big Hatchets Management Area | Nov. 3-7 | DER-1-243 | S | 100 | FAD |
| 26 except Big Hatchets Management Area | Nov. 10-14 | DER-1-244 | S | 100 | FAD |
| **Unit 27** | | | | | |
| 27 | Nov. 3-7 | DER-1-247 | Q | 50 | FAMD |
| 27 | Nov. 12-16 | DER-1-249 | Q | 50 | FAMD |
| 27 | Nov. 17-21 | DER-1-248 | Q | 50 | FAWTD |
| 27 | Dec. 1-9 | DER-1-250 | Q | 25 | FAWTD |
| 27 Youth Only | Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | |
| | | DER-1-251 | Q | 25 | FAD |
| **Unit 28** (Some animals in this unit have tested positive for CWD) | | | | | |
| 28 McGregor Range | Oct. 6-7 | DER-1-256 | S | 20 | FAD |
| 28 McGregor Range, **Military Only** | Oct. 6-7 | DER-1-257 | HD | 20 | FAD |
| **Unit 29** | | | | | |
| 29 | Oct. 27-31 | DER-1-258 | S | 175 | FAD |
| 29 | Nov. 10-14 | DER-1-259 | S | 175 | FAD |

**24**

# Deer continued

## Draw Licenses, Seasons for Any Legal Sporting Arm continued

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| **Unit 30** | | | | | |
| 30 | Oct. 27-31 | DER-1-262 | S | 1,000 | FAD |
| 30 Youth Only | Oct. 27-31 | DER-1-264 | S | 250 | FAD |
| 30 | Nov. 10-14 | DER-1-263 | S | 1,500 | FAD |
| 30 Youth Only | Nov. 10-14 | DER-1-265 | S | 250 | FAD |
| **Unit 31** | | | | | |
| 31 including Brantley WMA | Nov. 3-7 | DER-1-268 | S | 450 | FAD |
| 31 including Brantley WMA | Nov. 17-21 | DER-1-269 | S | 450 | FAD |
| **Unit 32** | | | | | |
| 32 | Oct. 27-31 | DER-1-272 | S | 625 | FAD |
| 32 | Nov. 10-14 | DER-1-273 | S | 625 | FAD |
| 32 portions of Unit, **Youth Only** | Dec. 16-31 | DER-1-274 | S | 25 | A |
| 32 portions of Unit | Jan. 16-31 '13 | DER-1-275 | S | 25 | A |
| **Unit 33** | | | | | |
| 33 | Nov. 3-7 | DER-1-278 | Q | 150 | FAD |
| 33 | Nov. 17-21 | DER-1-279 | Q | 150 | FAD |
| **Unit 34 (Some animals in this unit have tested positive for CWD)** | | | | | |
| 34 **Youth Only** | Oct. 27-31 | DER-1-286 | S | 50 | FAD |
| 34 **Mobility Impaired Only** | Oct. 27-31 | DER-1-287 | S | 50 | FAD |
| 34 | Oct. 27-31 | DER-1-284 | S | 1,200 | FAD |
| 34 | Nov. 10-14 | DER-1-285 | S | 1,200 | FAD |
| **Unit 36** | | | | | |
| 36 except Fort Stanton BLM Area | Nov. 3-7 | DER-1-290 | S | 300 | FAD |
| 36 except Fort Stanton BLM Area | Nov. 17-21 | DER-1-291 | S | 300 | FAD |
| 36 including Fort Stanton, **Youth Only** Nov. 22-25 and Dec. 1-2 and Dec. 8-9 | | | | | |
| | | DER-1-292 | S | 25 | FAD |
| **Unit 37** | | | | | |
| 37 | Nov. 3-7 | DER-1-296 | S | 600 | FAD |
| 37 | Nov. 17-21 | DER-1-297 | S | 600 | FAD |
| **Unit 38** | | | | | |
| 38 | Nov. 3-7 | DER-1-300 | S | 350 | FAD |
| 38 | Nov. 17-21 | DER-1-301 | S | 350 | FAD |
| **Unit 39** | | | | | |
| 39 | Nov. 3-7 | DER-1-304 | S | 50 | FAD |
| 39 | Nov. 17-21 | DER-1-305 | S | 50 | FAD |
| **Unit 40** | | | | | |
| 40 | Nov. 3-7 | DER-1-308 | S | 50 | FAD |
| 40 | Nov. 17-21 | DER-1-309 | S | 50 | FAD |
| **Unit 41** | | | | | |
| 41 | Oct. 20-24 | DER-1-312 | Q | 35 | FAD |
| 41 | Oct. 27-31 | DER-1-313 | Q | 35 | FAD |
| 41 **Youth Only** | Nov. 22-25 | DER-1-315 | Q | 5 | FAD |
| 41 **Youth Only** | Dec. 1-5 | DER-1-316 | Q | 15 | ESWTD |
| 41 | Dec. 8-12 | DER-1-314 | Q | 10 | FAWTD |
| **Unit 42** | | | | | |
| 42 | Oct. 20-24 | DER-1-319 | S | 60 | FAD |
| 42 | Oct. 27-31 | DER-1-320 | S | 60 | FAD |
| 42 | Nov. 22-25 | DER-1-321 | S | 10 | FAWTD |
| **Unit 43** | | | | | |
| 43 | Oct. 20-24 | DER-1-324 | S | 35 | FAD |
| 43 | Oct. 27-31 | DER-1-325 | S | 35 | FAD |
| **Unit 45** | | | | | |
| 45 **Mobility Impaired Only** | Oct. 20-24 | DER-1-331 | S | 25 | FAD |
| 45 | Oct. 20-24 | DER-1-328 | S | 250 | FAD |
| 45 | Oct. 27-31 | DER-1-329 | S | 250 | FAD |
| 45 **Youth Only** | Nov. 22-25 and Dec. 1-2 | DER-1-330 | S | 25 | FAD |
| **Unit 47** | | | | | |
| 47 | Oct. 20-24 | DER-1-335 | S | 20 | FAD |
| 47 | Oct. 27-31 | DER-1-336 | S | 20 | FAD |
| **Unit 48** | | | | | |
| 48 | Oct. 20-24 | DER-1-339 | S | 50 | FAD |
| 48 | Oct. 27-31 | DER-1-340 | S | 50 | FAD |
| **Unit 49** | | | | | |
| 49 | Oct. 20-24 | DER-1-342 | S | 100 | FAD |
| 49 | Oct. 27-31 | DER-1-343 | S | 100 | FAD |
| **Unit 50** | | | | | |
| 50 | Oct. 20-24 | DER-1-345 | S | 50 | FAD |
| 50 | Oct. 27-31 | DER-1-346 | S | 50 | FAD |

**25**

## continued Draw Licenses, Seasons for Any Legal Sporting Arms

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| **Unit 51** | | | | | |
| 51A | Oct. 20-24 | DER-1-348 | S | 85 | FAD |
| 51A | Oct. 27-31 | DER-1-349 | S | 85 | FAD |
| 51B | Oct. 20-24 | DER-1-351 | S | 15 | FAD |
| 51B | Oct. 27-31 | DER-1-352 | S | 15 | FAD |
| **Unit 52** | | | | | |
| 52 | Oct. 20-24 | DER-1-354 | S | 100 | FAD |
| 52 | Oct. 27-31 | DER-1-355 | S | 100 | FAD |
| **Unit 53** | | | | | |
| 53 | Oct. 20-24 | DER-1-358 | S | 100 | FAD |
| 53 | Oct. 27-31 | DER-1-359 | S | 100 | FAD |
| **Unit 54 and 55** | | | | | |
| 54 and 55 Colin Neblett WMA, **N.M. Residents Only** | Oct. 20-24 | DER-1-361 | S | 15 | FAD |
| 54 and 55 Colin Neblett WMA, **N.M. Residents Only** | Oct. 27-31 | DER-1-362 | S | 15 | FAD |
| **Unit 55** | | | | | |
| 55 ES Barker WMA, **N.M. Residents Only** | Oct. 20-24 | DER-1-363 | S | 5 | FAD |
| 55 ES Barker WMA, **Youth Only, N.M. Residents Only** | Nov. 22-25 | DER-1-364 | S | 5 | FAD |
| 55 Urraca WMA, **N.M. Residents Only** | Oct. 20-24 | DER-1-365 | S | 10 | FAD |
| 55 Urraca WMA, **N.M. Residents Only** | Oct. 27-31 | DER-1-366 | S | 10 | FAD |
| **Unit 56** | | | | | |
| 56 | Oct. 20-24 | DER-1-367 | S | 15 | FAD |
| 56 | Oct. 27-31 | DER-1-368 | S | 15 | FAD |
| 56 Youth Only | Nov. 22-25 | DER-1-369 | S | 10 | FAD |
| **Unit 57** | | | | | |
| 57 | Oct. 20-24 | DER-1-372 | S | 25 | FAD |
| 57 | Oct. 27-31 | DER-1-373 | S | 25 | FAD |
| 57 Youth Only | Nov. 22-25 | DER-1-375 | S | 10 | FAD |
| 57 | Nov. 22-25 | DER-1-374 | S | 10 | FAWTD |
| **Unit 58** | | | | | |
| 58 | Oct. 20-24 | DER-1-379 | S | 30 | FAD |
| 58 | Oct. 27-31 | DER-1-380 | S | 30 | FAD |
| 58 Youth Only | Nov. 22-25 | DER-1-382 | S | 10 | FAD |
| 58 Youth Only | Dec. 1-5 | DER-1-383 | S | 15 | ESWTD |
| 58 | Dec. 8-12 | DER-1-381 | S | 10 | FAWTD |
| **Unit 59** | | | | | |
| 59 | Oct. 20-24 | DER-1-386 | S | 35 | FAD |
| 59 | Oct. 27-31 | DER-1-387 | S | 35 | FAD |
| 59 Youth Only | Nov. 22-25 | DER-1-389 | S | 5 | FAD |
| 59 Youth Only | Dec. 1-5 | DER-1-390 | S | 15 | ESWTD |
| 59 | Dec. 8-12 | DER-1-388 | S | 10 | FAWTD |

## Draw Licenses, Seasons for Bow Only

### What You Must Know Before You Hunt

**Youth-only Hunts:** Applicants must be younger than 18 on the opening day of the hunt, provide proof of hunter education certification to apply and carry their certification number while hunting with a firearm. **Units 10, 18, 19 and 20:** These units are subject to closure by the U.S. Forest Service and/or the military during missile firings. **Closed Areas:** Military reservations, national parks and monuments, state parks and monuments, recreation areas, national and state wildlife refuges and areas and other locations may be closed or have restrictions placed on hunting. In addition, the following other areas are closed to deer hunting: All state Wildlife Management Areas are closed unless specifically open to hunting. **Restricted Areas:** Units 1, 3, 11, 35 and other tribal reservations. Contact tribal officials directly.

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| Private Land-only Licenses may NOT be issued by license vendors for hunts in units 2A, 2B, 2C, 4 and 5A. | | | | | |
| **Unit 2** | | | | | |
| 2A Public Land Only | Sept. 1-22 | DER-2-103 | S | 40 | FAD |
| 2A Public Land Only | Jan. 1-15, '13 | DER-2-104 | S | 80 | FAD |
| 2B Public Land Only | Sept. 1-22 | DER-2-116 | S | 130 | FAD |
| 2B Public Land Only | Jan. 1-15, '13 | DER-2-117 | Q/HD | 180 | FAD |
| 2B Public Land Only Youth Only | Sept. 1-22 | DER-2-118 | S | 20 | FAD |
| 2B Public Land Only Youth Only | Jan. 1-15, '13 | DER-2-119 | Q | 50 | FAD |
| 2C Public Land Only | Jan. 1-15, '13 | DER-2-127 | Q/HD | 50 | FAD |
| **Unit 5** | | | | | |
| 5A Public Land Only | Sept. 1-22 | DER-2-141 | S | 30 | FAD |
| **Unit 6** | | | | | |
| 6A and 6C | Sept. 1-22 | DER-2-147 | S | 100 | FAD |
| **Unit 7** | | | | | |
| 7 | Sept. 1-22 | DER-2-150 | S | 10 | FAD |

**26**

# Deer continued

## Draw Licenses, Seasons for Bow Only continued

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| **Unit 8** | | | | | |
| 8 Youth Only | Nov. 17-25 | DER-2-153 | S | 50 | FAD |
| 8 | Jan. 1-15, '13 | DER-2-152 | S | 50 | FAD |
| **Unit 9** | | | | | |
| 9 including Water Canyon and Marquez WMAs | Sept. 1-22 | DER-2-156 | S | 10 | FAD |
| **Unit 10** | | | | | |
| 10 | Sept. 1-22 | DER-2-163 | S | 120 | FAD |
| **Unit 12** | | | | | |
| 12 | Sept. 1-22 | DER-2-166 | S | 50 | FAD |
| **Unit 13** | | | | | |
| 13 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-171 | S | 300 | FAD |
| **Unit 14** | | | | | |
| 14 | Sept. 1-22 | DER-2-174 | S | 30 | FAD |
| **Unit 15** | | | | | |
| 15 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-176 | S | 200 | FAD |
| **Unit 16** | | | | | |
| 16 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-183 | S | 400 | FAD |
| **Unit 17** | | | | | |
| 17 | Sept. 1-24 | DER-2-188 | Q | 100 | FAD |
| 17 | Jan. 1-15, '13 | DER-2-189 | Q | 100 | FAD |
| **Unit 18** | | | | | |
| 18 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-193 | S | 100 | FAD |
| **Unit 19 (Some animals in this unit have tested positive for CWD)** | | | | | |
| 19 except White Sands Missile Range, mandatory check in and out | Jan. 1-15, '13 | DER-2-195 | S | 10 | FAD |
| **Unit 20** | | | | | |
| 20 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-199 | S | 50 | FAD |
| **Unit 21** | | | | | |
| 21 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-204 | S | 500 | FAD |
| **Unit 22** | | | | | |
| 22 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-209 | S | 100 | FAD |
| **Unit 23** | | | | | |
| 23 except the Burro Mountains hunt area | Sept. 1-24 and Jan. 1-15, '13 | DER-2-221 | S | 400 | FAMD |
| 23 except the Burro Mountains hunt area | Sept. 1-24 and Jan. 1-15, '13 | DER-2-222 | S | 200 | FAWTD |
| 23 Burro Mountains hunt area | Jan. 1-15, '13 | DER-2-223 | Q | 50 | FAMD |
| 23 Burro Mountains hunt area | Jan. 1-15, '13 | DER-2-224 | Q | 50 | FAWTD |
| **Unit 24** | | | | | |
| 24 except Fort Bayard Management Area | Sept. 1-24 and Jan. 1-15, '13 | DER-2-235 | S | 200 | FAMD |
| 24 except Fort Bayard Management Area | Sept. 1-24 and Jan. 1-15, '13 | DER-2-236 | S | 100 | FAWTD |
| **Unit 25** | | | | | |
| 25 | Sept. 1-24 and Jan. 1-15, '13 | DER-2-241 | S | 100 | FAD |
| **Unit 26** | | | | | |
| 26 except Big Hatchets Management Area | Sept. 1-24 and Jan. 1-15, '13 | DER-2-245 | S | 50 | FAD |
| **Unit 27** | | | | | |
| 27 | Jan. 1-15, '13 | DER-2-252 | Q | 50 | FAMD |
| 27 | Jan. 1-15, '13 | DER-2-253 | Q | 50 | FAWTD |
| **Unit 29** | | | | | |
| 29 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-260 | S | 200 | FAD |

## continued **Draw Licenses, Seasons for Bow Only**

| Hunt Area | Hunt Dates | Hunt Code | Fee Type | Licenses | Bag Limit |
|---|---|---|---|---|---|
| **Unit 30** | | | | | |
| 30 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-266 | S | 300 | FAD |
| **Unit 31** | | | | | |
| 31 including Brantley WMA | Sept. 1-22 and Jan. 1-15, '13 | DER-2-270 | S | 250 | FAD |
| **Unit 32** | | | | | |
| 32 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-276 | S | 250 | FAD |
| **Unit 33** | | | | | |
| 33 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-280 | Q | 100 | FAD |
| **Unit 34 (Some animals in this unit have tested positive for CWD)** | | | | | |
| 34 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-288 | S | 800 | FAD |
| **Unit 36** | | | | | |
| 36 including Fort Stanton BLM Area | Sept. 1-22 and Jan. 1-15, '13 | DER-2-293 | S | 300 | FAD |
| **Unit 37** | | | | | |
| 37 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-298 | S | 200 | FAD |
| **Unit 38** | | | | | |
| 38 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-302 | S | 200 | FAD |
| **Unit 39** | | | | | |
| 39 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-306 | S | 50 | FAD |
| **Unit 40** | | | | | |
| 40 | Sept. 1-22 and Jan. 1-15, '13 | DER-2-310 | S | 50 | FAD |
| **Unit 41** | | | | | |
| 41 | Sept. 1-22 | DER-2-317 | Q | 10 | FAD |
| **Unit 42** | | | | | |
| 42 | Sept. 1-22 | DER-2-322 | S | 10 | FAD |
| **Unit 43** | | | | | |
| 43 | Sept. 1-22 | DER-2-326 | S | 15 | FAD |
| **Unit 45** | | | | | |
| 45 | Sept. 1-22 | DER-2-332 | S | 150 | FAD |
| **Unit 47** | | | | | |
| 47 | Sept. 1-22 | DER-2-337 | S | 10 | FAD |
| **Unit 48** | | | | | |
| 48 | Sept. 1-22 | DER-2-341 | S | 50 | FAD |
| **Unit 49** | | | | | |
| 49 | Sept. 1-22 | DER-2-344 | S | 100 | FAD |
| **Unit 50** | | | | | |
| 50 | Sept. 1-22 | DER-2-347 | S | 10 | FAD |
| **Unit 51** | | | | | |
| 51A | Sept. 1-22 | DER-2-350 | S | 70 | FAD |
| 51B | Sept. 1-22 | DER-2-353 | S | 10 | FAD |
| **Unit 52** | | | | | |
| 52 | Sept. 1-22 | DER-2-356 | S | 100 | FAD |
| **Unit 53** | | | | | |
| 53 | Sept. 1-22 | DER-2-360 | S | 90 | FAD |
| **Unit 56** | | | | | |
| 56 | Sept. 1-22 | DER-2-370 | S | 10 | FAD |
| **Unit 57** | | | | | |
| 57 except Sugarite Canyon State Park | Sept. 1-22 | DER-2-376 | S | 15 | FAD |
| 57 Sugarite Canyon State Park | Nov. 1-30 | DER-2-377 | Q | 40 | FAD |
| **Unit 58** | | | | | |
| 58 | Sept. 1-22 | DER-2-384 | S | 15 | FAD |
| **Unit 59** | | | | | |
| 59 | Sept. 1-22 | DER-2-391 | S | 10 | FAD |