1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   CHRISTINE VAN AKEN, State Bar #241755
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4633
   Facsimile:     (415) 554-4699
6  E-Mail:        christine.van.aken@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  THE MAYOR OF SAN FRANCISCO and
   THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., and SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, Plaintiffs, vs. CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, and THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, Defendants. | Case No. C09-2143 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>**[Local Rule 6-2]** |
|---|---|

STIPULATION & [PROPOSED] ORDER;
USDC No. C09-2143 RS

n:\govlit\li2011\091333\00775588.doc

1     WHEREAS, Plaintiffs have filed a motion for partial judgment on the pleadings ("Motion"), Doc. 109, and that Motion is set to be heard on July 12, 2012, at 1:30 p.m.; and

    WHEREAS, to enable the parties to provide better briefing to assist the Court in resolving this Motion, the parties have agreed to extend the time for Defendants to file their opposition to the Motion by one week and for Plaintiffs to file any reply brief in support of their Motion by one week.

    Pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

    1.    Defendants City and County of San Francisco, the Mayor of San Francisco, and the Chief of the San Francisco Police Department shall file their brief in opposition to the Motion no later than June 7, 2012; and

    2.    Plaintiffs Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., and San Francisco Veteran Police Officers Association shall file any reply brief in support of the Motion no later than June 21, 2012.

    IT IS SO STIPULATED.

Dated: May 22, 2012      By: **s/Clinton B. Monfort
    Clinton B. Monfort
    Attorneys for Plaintiffs

Dated: May 22, 2012      By: s/Christine Van Aken
    Christine Van Aken
    Attorney for Defendants

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

STIPULATION & [PROPOSED] ORDER;      1      n:\govlit\li2011\091333\00775588.doc
USDC No. C09-2143 RS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/23/12

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE