1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE SNODGRASS, State Bar #148137
    CHRISTINE VAN AKEN, State Bar #241755
3   Deputy City Attorneys
    1 Dr. Carlton B. Goodlett Place
4   City Hall, Room 234
    San Francisco, California 94102-4682
5   Telephone:     (415) 554-4633
    Facsimile:      (415) 554-4699
6   E-Mail:         christine.van.aken@sfgov.org

7   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
8   THE MAYOR OF SAN FRANCISCO and
    THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT

9

10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13

14   ESPANOLA JACKSON, PAUL COLVIN,          Case No. C09-2143 RS
     THOMAS BOYER, LARRY BARSETTI,
15   DAVID GOLDEN, NOEMI MARGARET            STIPULATION AND [~~PROPOSED~~] ORDER
     ROBINSON, NATIONAL RIFLE               EXTENDING BRIEFING SCHEDULE ON
16   ASSOCIATION OF AMERICA, INC., and       PLAINTIFF'S MOTION FOR PARTIAL
     SAN FRANCISCO VETERAN POLICE           JUDGMENT ON THE PLEADINGS
17   OFFICERS ASSOCIATION,
                                             [Local Rule 6-2]
18                 Plaintiffs,

19         vs.

20   CITY AND COUNTY OF SAN
     FRANCISCO, THE MAYOR OF SAN
21   FRANCISCO, and THE CHIEF OF THE SAN
     FRANCISCO POLICE DEPARTMENT, in
22   their official capacities,

23                 Defendants.

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER;                    n:\govlit\li2011\091333\00775588.doc
USDC No. C09-2143 RS

WHEREAS, Plaintiffs have filed a motion for partial judgment on the pleadings ("Motion"), Doc. 109, and that Motion is set to be heard on July 12, 2012, at 1:30 p.m.; and

WHEREAS, to enable the parties to provide better briefing to assist the Court in resolving this Motion, the parties have agreed to extend the time for Defendants to file their opposition to the Motion by one week and for Plaintiffs to file any reply brief in support of their Motion by one week.

Pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

1.      Defendants City and County of San Francisco, the Mayor of San Francisco, and the Chief of the San Francisco Police Department shall file their brief in opposition to the Motion no later than June 7, 2012; and

2.      Plaintiffs Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., and San Francisco Veteran Police Officers Association shall file any reply brief in support of the Motion no later than June 21, 2012.

IT IS SO STIPULATED.


Dated: May 22, 2012                    By:___**s/Clinton B. Monfort_____
                                            Clinton B. Monfort
                                       Attorneys for Plaintiffs



Dated: May 22, 2012                    By:___s/Christine Van Aken_____
                                            Christine Van Aken
                                       Attorney for Defendants


**Pursuant to GO 45, the electronic signatory has
obtained approval from this signatory.

## [PROPOSED] ORDER

1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     DATED: __5/23/12_____          _____
                                          HON. RICHARD SEEBORG
5                                         UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28