DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4633
Facsimile:      (415) 554-4699
E-Mail:         christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THE MAYOR OF SAN FRANCISCO and
THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., and SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, and THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities,<br><br>                    Defendants. | Case No. C09-2143 RS<br><br>**DECLARATION OF CHRISTINE VAN AKEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL AND TRIAL DEADLINES AND ADVANCING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**[Local Rule 6-2]** |

I, Christine Van Aken, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco and an attorney of record for defendants City and County of San Francisco, the Mayor of San Francisco, and the Chief of the San Francisco Police Department. The matters within this declaration are true of my personal knowledge or, where stated otherwise, upon information and belief.

2. The parties to this case are submitting a stipulated request for an order modifying the pretrial and trial schedule in this case.

3. This request is made for good cause. Specifically, the parties presently dispute whether there are any factual matters relevant to the disposition of this case and whether party depositions should occur. The parties have met and conferred about this dispute and believe that the Court's resolution of Plaintiffs' Motion for Partial Judgment on the Pleadings, set to be heard by the Court on July 12, 2012, is likely to provide the parties with guidance concerning whether there are factual issues that must be resolved for this case to be resolved on its merits. The parties therefore jointly seek an order postponing discovery cut-offs and related dates, and the trial date and related dates, by eight weeks.

4. I was assigned to this case in February 2012. Based on my review of the electronic files that the City maintains for this case, the previous modifications of time in this case are as follows:

   a. On August 27, 2009, the Court stayed this case pending a determination by appellate courts concerning whether the Second Amendment is incorporated against the States.

   b. On September 13, 2010, the Court lifted the stay of proceedings. Doc. 37.

   c. On September 27, 2010, the Court extended the time for the City to respond to the amended complaint, upon the parties' stipulation. Doc. 53.

   d. On November 29, 2010, the Court extended the time for the City to respond to the amended complaint, upon the City's motion. Doc. 42.

   e. On December 16, 2010, the Court set a deadline of January 27, 2011 for Defendants to respond to Plaintiffs' First Amended Complaint. Doc. 56.

   f. On January 28, 2011, the Court endorsed the parties' stipulation extending the time for Defendants to respond to Plaintiffs' First Amended Complaint. Doc. 60.

1       g.    On April 8, 2011, the Court continued a hearing on Defendants' motion to dismiss the First Amended Complaint to April 28, 2011. Doc. 69.

      h.    On October 26, 2011, upon the parties' stipulated request, the Court continued a case management conference from November 3, 2011 to November 17, 2011. Docs. 93, 94.

      i.    On May 5, 2012, upon the parties' stipulated request, the Court modified the briefing schedule for Plaintiffs' Motion for Partial Judgment on the Pleadings without modifying the motion's hearing date.

5. This proposed modification of time will delay the trial of any of Plaintiffs' claims that are not decided in Plaintiffs' favor in the Motion for Partial Judgment on the Pleadings. However, the parties believe that this proposed modification of time will conserve the parties' and judicial resources by tabling discovery disputes until the parties have the benefit of the Court's ruling on this motion. This, in turn, may obviate the need for motion practice to resolve the parties' discovery disputes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of June, 2012, at San Francisco, California.

                                                        s/Christine Van Aken
                                                        Christine Van Aken