**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                SAN FRANCISCO DIVISION
8
ESPANOLA JACKSON,                          No. C 09-02143 RS
9
         Plaintiff,
10
     v.                                    **CLERK'S NOTICE**
11
CITY AND COUNTY OF SAN FRANCISCO,
12
         Defendant.
13
_____/
14
15
TO ALL PARTIES AND COUNSEL OF RECORD:
16
         The Case Management Conference in the instant case scheduled on August 23, 2012
17
shall be continued to **July 12, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United
18
States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case
19
Management Statement at least one week prior to the Conference.  Parties or counsel may
20
appear personally or file a request to appear by telephone.   If any party files such a request, all
21
parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-
22
6878 at least one week prior to the Conference.
23
24
Dated: 6/7/12                              For the Court,
                                           RICHARD W. WIEKING, Clerk
25
26
27                                         By:
                                           Courtroom Deputy Clerk
28