1    DENNIS J. HERRERA, State Bar #139669
     City Attorney
2    WAYNE SNODGRASS, State Bar #148137
     CHRISTINE VAN AKEN, State Bar #241755
3    Deputy City Attorneys
     1 Dr. Carlton B. Goodlett Place
4    City Hall, Room 234
     San Francisco, California 94102-4682
5    Telephone:    (415) 554-4633
     Facsimile:    (415) 554-4699
6    E-Mail:       christine.van.aken@sfgov.org

7    Attorneys for Defendants
     CITY AND COUNTY OF SAN FRANCISCO,
8    THE MAYOR OF SAN FRANCISCO and
     THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT

9

10

11                       UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14   ESPANOLA JACKSON, PAUL COLVIN,          Case No. C09-2143 RS
     THOMAS BOYER, LARRY BARSETTI,
15   DAVID GOLDEN, NOEMI MARGARET            **APPENDIX OF SELECTED AUTHORITIES IN**
     ROBINSON, NATIONAL RIFLE               **SUPPORT OF SAN FRANCISCO'S**
16   ASSOCIATION OF AMERICA, INC., and      **OPPOSITION TO PLAINTIFFS' MOTION**
     SAN FRANCISCO VETERAN POLICE           **FOR PARTIAL JUDGMENT ON THE**
17   OFFICERS ASSOCIATION,                  **PLEADINGS**

18                  Plaintiffs,

19        vs.                                Hearing Date:   July 12, 2012
                                             Time:           1:30 p.m.
20   CITY AND COUNTY OF SAN                  Place:          450 Golden Gate Ave.
     FRANCISCO, THE MAYOR OF SAN                             Courtroom 3 - 17th Floor
21   FRANCISCO, and THE CHIEF OF THE SAN                     San Francisco, CA 94102
     FRANCISCO POLICE DEPARTMENT, in
22   their official capacities,

23                  Defendants.

24

25

26

27

28

     APPENDIX ISO OPPOSITION TO MJOP;                        n:\govlit\li2011\091333\00778371.doc
     USDC No. C09-2143 RS

**INDEX TO APPENDIX OF EXHIBITS**

| Page Nos. | Description |
|---|---|
| A1 | San Francisco Police Code Section 613.9.5 |
| A2-A5 | San Francisco Police Code Section 613.10 |
| A6 | San Francisco Police Code Section 4502 |
| A7 | San Francisco Police Code Section 4506 |
| A8-A11 | San Francisco Police Code Section 4511 |
| A12-A13 | San Francisco Police Code Section 4512 |
| A14-A16 | Act of March 1, 1783, ch. 24, Massachusetts Statute |
| A17-A20 | Act of April 13, 1784, ch. 28, New York Statute |
| A21-A24 | Act of April 13, 1782, ch. DCCCCLVIII, sec. XLII, Pennsylvania Statute |
| A25-A61 | Excerpt of Brief of Thirty-Four Professional Historians and Legal Historians as Amici Curiae in Support of Respondents, *McDonald v. City of Chicago*, S. Ct. No. 08-1521, Jan. 6, 2010 (Appendix Containing Historical Statutes) |

Dated:  June 7, 2012

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
CHRISTINE VAN AKEN
Deputy City Attorneys


By:   s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO and THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT

APPENDIX ISO OPPOSITION TO MJOP;
USDC No. C09-2143 RS

1

n:\govlit\li2011\091333\00778371.doc