**EXHIBIT B**

1
DENNIS J. HERRERA, State Bar #139669
City Attorney
2
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
3
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
4
City Hall, Room 234
San Francisco, California 94102-4682
5
Telephone:    (415) 554-4691
Facsimile:    (415) 554-4747
6
E-Mail:    · sherri.kaiser@sfgov.org

7
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
8
THE MAYOR OF SAN FRANCISCO and
THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT
9

10
UNITED STATES DISTRICT COURT

11
NORTHERN DISTRICT OF CALIFORNIA

12

13
ESPANOLA JACKSON, PAUL COLVIN,
THOMAS BOYER, LARRY BARSETTI,
DAVID GOLDEN, NOEMI MARGARET
14
ROBINSON, NATIONAL RIFLE
ASSOCIATION OF AMERICA, INC., and
15
SAN FRANCISCO VETERAN POLICE
OFFICERS ASSOCIATION,
16
                        Plaintiffs,
17
        vs.
18
CITY AND COUNTY OF SAN
19
FRANCISCO, THE MAYOR OF SAN
FRANCISCO, and THE CHIEF OF THE SAN
20
FRANCISCO POLICE DEPARTMENT, in
their official capacities,
21
                        Defendants.
22

Case No. CV-09-2143-RS

**PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S INTERROGATORIES TO PAUL COLVIN (SET ONE)**

23

24

25
REQUESTING PARTY:    CITY AND COUNTY OF SAN FRANCISCO

26
RESPONDING PARTY:    PAUL COLVIN

27
SET NUMBER:    ONE ·

28

FIRST SET OF INTERROGATORIES TO P. COLVIN
CASE NO. CV-09-2143-RS

n:\govlit\li2011\091333\00738560.doc

1   Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant City and County of San

2   Francisco hereby requests that Plaintiff Paul Colvin answer in writing and under oath the following

3   Interrogatories within thirty (30) days of the date of service.

4

5   ## INSTRUCTIONS

6   1.   Answers and objections must conform to the requirements of Rule 33(b) of the Federal Rules

7   of Civil Procedure and N. D. Cal. Civil Local Rule 33-1.

8   2.   Objections on the basis of privilege or work-product protection must be made expressly, and

9   the responsive information or materials withheld on the basis of such an objection must in a log in

10   accordance with Rule 26(b)(5) of the Federal Rules of Civil Procedure and governing case law.  The

11   privilege log should be served simultaneously with the answers and objections.

12   3.   Words used in the Interrogatories should be given their common meaning unless the word or

13   words appear in the following list of definitions, in which case the provided definition should be used.

14   4.   To the extent required by Rule 26(e) of the Federal Rules of Civil Procedure, you must

15   promptly furnish, in the form of supplemental answers, any information requested in these

16   interrogatories that first becomes known to you after the date of your response.

17

18   ## DEFINITIONS

19   A.  Unless otherwise stated, the terms "**and**" and "**or**" are to be read in both the

20       conjunctive and disjunctive and shall encompass all information that would be

21       responsive under a conjunctive reading and all information that would be responsive

22       under a disjunctive reading.

23   B.  "**Any**" is understood to include and encompass "**all.**"  "**All**" also includes "**each,**" and

24       vice versa.

25   C.  "**Concerning**" means and includes constituting, referencing, explaining, stating,

26       describing, containing, relating to, referring to, reflecting, evidencing, memorializing,

27       repeating, incorporating, reporting, confirming, discussing, listing, summarizing,

28       showing, supporting, refuting, depicting, connected with, embodying, or mentioning.

FIRST SET OF INTERROGATORIES TO P. COLVIN          1          n:\govlit\li2011\091333\00738560.doc
CASE NO. CV-09-2143-RS

1    D.  **"You"** and **"your"** mean Paul Colvin, plaintiff in the above-captioned lawsuit, his

2    employees, agents, representatives or anyone else acting on his behalf.

3

4                                    **INTERROGATORIES**

5    INTERROGATORY NO. 1:

6    Describe the circumstances in which you first became aware of San Francisco Police Code sections

7    4512 and 613.10(g), including, but not limited to, the date on which you first became aware of each

8    ordinance, the speaker or document from which you learned of each ordinance, and the content of that

9    communication.

10   INTERROGATORY NO. 2:

11   Identify each firearm that has been in your private residence while in your possession, custody or

12   control at any time since August 2007, including but not limited to its make, model and serial number

13   and the period of time during which you kept that firearm in your home.

14   INTERROGATORY NO. 3:

15   Identify every type of ammunition you have purchased for or used in each of the firearms you

16   identified in response to Interrogatory No. 2, including but not limited to its manufacturer or brand

17   name, caliber, jacket construction, place of purchase and date of purchase.

18   INTERROGATORY NO. 4:

19   Identify by manufacturer or brand name and model every trigger lock, lockbox, or other locking

20   device you have used at any time to secure a firearm while it was in your possession, custody or

21   control, whether in your home or elsewhere.

22   INTERROGATORY NO. 5:

23   Describe every communication, whether written or verbal, between you and any employee or official

24   of the City and County of San Francisco concerning the subject matter of your complaint in this

25   action, including but not limited to the date, medium, participants in and content of the

26   communication.

27

28

FIRST SET OF INTERROGATORIES TO P. COLVIN                2                    n:\govlit\li2011\091333\00738560.doc
CASE NO. CV-09-2143-RS

INTERROGATORY NO. 6:

If you have ever been arrested in any jurisdiction for any reason, identify the date, the arresting agency, the alleged offense(s), the charge(s) brought, and the disposition of any charge(s).

INTERROGATORY NO. 7:

List every permit, license or registration issued to you concerning the possession or use of firearms or ammunition, including its type, date of issue, the issuing agency, the expiration date (if any), any conditions or restrictions it imposes, any period during which it was suspended or revoked, and the reason given for the suspension or revocation.

INTERROGATORY NO. 8:

List every permit, license or registration concerning the use or possession of firearms for which you have applied but which application was denied, including its type, the issuing agency, the date you applied, and the reason given for the denial.

INTERROGATORY NO. 9:

Identify every person and organization other than your counsel with whom you have discussed or otherwise communicated about the subject matter of this lawsuit or your participation in it at any time, whether such discussion or communications were verbal or written, the subject matter of those discussions or communications, and the date or dates on which such discussions or communications took place.

INTERROGATORY NO. 10:

Describe any training you have had in gun safety, including its date, the person or agency that provided the training, the length of the training, and its general content.

INTERROGATORY NO. 11:

Describe any training you have had in using a firearm in self defense, including its date, the person or agency that provided the training, the length of the training, and its general content.

INTERROGATORY NO. 12:

Identify every residence in which you have lived during the last ten years, including its address, its owner, and the period of time in which you lived at that location.

INTERROGATORY NO. 13:

For each residence you identified in response to Interrogatory No. 12, provide the full name of any person who lived with you in that residence at any time, that person's approximate age at the time, and the most recent address, telephone number, email address or other contact information you have for that person.

Dated: November 17, 2011

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys

By: _____
SHERRI SOKELAND KAISER

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO and THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT