Case3:09-cv-02143-RS   Document131   Filed06/21/12   Page1 of 3

C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Clinton B. Monfort - S.B.N. 255609
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>    Plaintiffs<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>    Defendants. | CASE NO. C09-2143-RS<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Hearing:  July 12, 2012<br>Time:     1:30 p.m.<br>Place:    Courtroom 3 - 17th Floor<br>           450 Golden Gate Ave.<br>           San Francisco, CA 94102 |

# REQUEST FOR JUDICIAL NOTICE

Plaintiffs Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, through their attorney of record, hereby request the Court to take judicial notice of the existence of the following federal court order attached as Exhibit U. This request is made in connection with Plaintiffs' Reply to Defendants' Opposition to Motion for Partial Judgment on the Pleadings, and it is supported by Federal Rule of Evidence 201.

1. Attached hereto and marked as "Exhibit U" is a true and correct copy of *Gowder v. City of Chicago*, No. 11-1304, slip op. at 15 (N.D. Ill. June 19, 2012).

Date: June 21, 2012                                      **MICHEL & ASSOCIATES, P.C.**


 s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2012.

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs