UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 7/12/12        Time in Court: **20 min.**

**Case No.:** C 09-02143 RS

**Case Title:** Espanola Jackson, et al., v. City and County of San Francisco

**Appearances:**

    For Plaintiff(s): C.D. Michel, Clint Monfort, Glenn McRoberts, Anna Barvir

    For Defendant(s): Christine Van Aken

**Deputy Clerk:** Corinne Lew      **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

Motion for Judgment on the Pleadings and Case Management Conference Hearing Held.

**SUMMARY**

MOTION/MATTER:  ( ) Granted
                 ( ) Denied request for Preliminary Injunction.
                 ( ) Granted in part/Denied in part
                 **(X) Taken under submission**
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    **(X) Court**