C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Clinton Monfort - S.B.N. 255609
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, <br><br> Plaintiffs <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, <br><br> Defendants. | CASE NO.: CV-09-2143-RS <br><br> **DECLARATION OF CLINTON B. MONFORT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing:    October 4, 2012 <br> Time:    1:30 p.m. <br> Place:    Courtroom 3 - 17th Floor <br>      450 Golden Gate Ave. <br>      San Francisco, CA 94102 |

## DECLARATION OF CLINTON B. MONFORT

I, Clinton B. Monfort, declare as follows:

      1.      I am over the age of eighteen and not a party to this action. I am an attorney licensed to practice law before the Northern District of California. I am an associate attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action.

      2.      On or about August 21, 2012, I notified Ms. Christine Van Aken, counsel of record for Defendants, via electronic mail (e-mail) of Plaintiffs' intention to file a motion for preliminary injunction, requesting the court enjoin enforcement of San Francisco Police Code sections 4512 and 613.10(g) pending resolution of this case on the merits. I followed e-mail notification with a telephone conference with Ms. Van Aken, confirming Plaintiffs' intention to file the present motion for preliminary injunction.

      I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 30, 2012.

_____
Clinton B. Monfort

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**DECLARATION OF CLINTON B. MONFORT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2012.

/s/ C.D. Michel
C. D. Michel
Attorneys for Plaintiffs