# EXHIBIT W

# Critical Defense®





- **FTX® BULLET TECHNOLOGY**
  The patented FTX® bullet will expand reliably, EVERY SINGLE TIME!

- **OPTIMIZED PROPELLANTS**
  Optimized propellants burn quickly, reduce recoil and limit muzzle flash to protect night vision.

- **NICKEL-PLATED CASES**
  Nickel-plated cases resist tarnish and greatly enhance low-light chamber checks.



To learn more, scan the QR code. Search your phone's app store for a QR code reader.

## When lives are on the line, only the best will do

Since their inception, conventional hollow point pistol bullets have performed well, but, have never delivered 100% reliability, especially in self-defense situations. The patented Flex Tip® technology used in Critical Defense® ammunition eliminates the clogging and inconsistency which often plagues hollow point bullets. Hornady® achieved this by using the same tip material as used in LEVERevolution® ammunition.

All Critical Defense® ammunition is loaded in nickel cases for increased visibility in low-light situations. Premium low flash propellants deliver proven performance, even in very short-barreled handguns, and won't disrupt your vision. Reliable expansion and perfect terminal performance can be counted on every single time.


HORNADY®


COMPETITORS

## The patented FTX® bullet will expand reliably EVERY SINGLE TIME!



9MM 115 gr. FTX®

# Critical Defense®




**22 WMR 45 gr. FTX®** NEW!


**9x18 Makarov 90 gr. FTX®** NEW!



| CARTRIDGE | | BULLET | ITEM | COUNT |
|---|---|---|---|---|
| 22 WMR | NEW! | 45 gr. FTX® | 83200 | 50 |
| 380 Auto | | 90 gr. FTX® | 90080 | 25 |
| 9MM Luger | | 115 gr. FTX® | 90250 | 25 |
| 38 Special | | 110 gr. FTX® | 90310 | 25 |
| 38 Special+P | | 110 gr. FTX® | 90311 | 25 |
| 357 Magnum | | 125 gr. FTX® | 90500 | 25 |

| CARTRIDGE | | BULLET | ITEM | COUNT |
|---|---|---|---|---|
| 9x18 Makarov | NEW! | 95 gr. FTX® | 91000 | 25 |
| 40 S&W | | 165 gr. FTX® | 91340 | 20 |
| 44 Special | | 165 gr. FTX® | 90700 | 20 |
| 45 Auto | | 185 gr. FTX® | 90900 | 20 |
| 45 Colt | | 185 gr. FTX® | 92790 | 20 |
| 12 Gauge 00 Buckshot | | 8 pellets | 86240 | 10 |

☐ Indicates New for 2012.

Reference Center Spread for Ballistics Information

## Purpose-built for concealed carry guns

- Unaffected by thick and heavy clothing, including denim and leather.
- FTX® bullet delivers superior controlled expansion and large, deep wound cavities over a wide range of velocities.
- Clean burning and efficient propellants reduce recoil in lightweight handguns, and perform consistently at all temperatures.
- Minimal muzzle flash protects night vision.
- Feeds reliably in pistols.
- Silver nickel plating prevents corrosion and is easily visible in low light situations.
- Bullets are custom designed for individual loads.
- The most effective, consistent, and reliable self-defense ammunition available today!


**9 MM Luger 115 gr. FTX®** – heavy clothing


**380 Auto 90 gr. FTX®** – heavy clothing


**9x18 Makarov 95 gr. FTX®** – heavy clothing


**22 WMR 45 gr. FTX®** – heavy clothing