# EXHIBIT X

Home Catalog About PMC Dealer Locator Contact

## PMC GOLD LINE – STARFIRE

For well over a decade, Starfire high performance cartridges have been chosen by thousands of consumers as their chief means of home and personal defense. The Starfire bullet, brainchild of Tom Burczynski – the "dean" of high performance handgun bullet designers – was a forerunner in the new era of advanced bullet design, and its still going strong today.



The secret of Starfire's impressive performance lies in a unique, patented rib-and-flute hollow point cavity design that is like no other. Upon impact, the pre-notched jacket mouth begins to peel back, separating into five uniform copper petals and allowing expansion to begin. Pressure from incoming material creates lateral pressure on the ribs in the cavity wall, forcing them apart and allowing nearly instantaneous expansion of the lead core to the depth of the deep hollow point cavity. The sharp ribs are then exposed and form the leading edge of the expanded bullet, helping it cut its way through. The result is broad temporary and permanent wound cavities and impressive stopping power.



THE ULTIMATE IN CONTROLLED EXPANSION



Starfire bullet integrity is excellent in weight retention.

While the bullet design of all Starfire cartridges facilitates smooth and reliable feeding in semiautomatic handguns, the bullet ogive and propellant impulse of the 9mm Starfire have been specifically engineered to provide trouble-free, completely reliable feeding in fully automatic weapons. This enables the use of high performance hollow point cartridges that feed just as dependably as ball ammunition when the full auto setting is necessary.

GOLD LINE PREMIUM PISTOL & REVOLVER STARFIRE AMMUNITION



| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 380 Auto* | 380SFA | SFHP | 95 | 180 |

| | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 925 | 884 | 847 | 813 | 783 |
| BULLET PATH (inches) | | +1.14 | 0.00 | -4.12 | -11.49 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 38 Special +P* | 38SFA | SFHP | 125 | 251 |



|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 950 | 918 | 889 | 863 | 838 |
| BULLET PATH (inches) |  | +1.06 | 0.00 | -3.77 | -10.45 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 357 Magnum* | 357SFA | SFHP | 150 | 480 |

|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 1200 | 1131 | 1076 | 1031 | 992 |
| BULLET PATH (inches) |  | +0.60 | 0.00 | -2.47 | -6.97 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 9mm Luger* | 9SFB | SFHP | 124 | 327 |

|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 1090 | 1043 | 1003 | 969 | 939 |
| BULLET PATH (inches) |  | +0.75 | 0.00 | -2.89 | -8.03 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 40 S&W* | 40SFA | SFHP | 180 | 388 |

|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 985 | 958 | 933 | 910 | 889 |
| BULLET PATH (inches) |  | +0.93 | 0.00 | -3.45 | -9.58 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 44 Rem Mag* | 44SFA | SFHP | 240 | 900 |

|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 1300 | 1212 | 1138 | 1079 | 1030 |
| BULLET PATH (inches) |  | +0.49 | 0.00 | -2.13 | -6.08 |

| CALIBER | ITEM NO. | BULLET TYPE | WEIGHT (Grains) | ENERGY (ft. lbs.) |
|---|---|---|---|---|
| 45 Auto* | 45SFA | SFHP | 230 | 369 |

|  | MUZZLE | 25 Yds | 50 Yds | 75 Yds | 100 Yds |
|---|---|---|---|---|---|
| VELOCITY (feet/second) | 850 | 830 | 811 | 792 | 775 |
| BULLET PATH (inches) |  | +1.32 | 0.00 | -4.63 | -12.67 |

This ballistics table was calculated by using current data for each load. Velocity figures are from test barrels; user velocities may vary from loads listed. The data in the table represents the approximate behavior of each loading under the following conditions: 59°F, barometric pressure of 29.52 inches, sea level altitude.

Poongsan Corporation **Poongsan Building, 23, Chungjung-Ro, Seodaemun-Ku, Seoul, Korea 120-837** •
www.poongsan.co.kr

PMC/Ammunition **- 950 Echo Lane, Suite #352, Houston, TX 77024 • Ph: 281-703-8146 • Fx: 281-727-0280**

Website Design by netMouser.com