| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton B. Monfort - S.B.N. 255609 |
| | Anna M. Barvir - S.B.N. 268728 |
| 3 | MICHEL & ASSOCIATES, P.C. |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | CASE NO. C09-2143-RS |
| | **TELEPHONIC APPEARANCE REQUEST FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FURTHER CASE MANAGEMENT CONFERENCE** |
| Plaintiffs | Hearing: October 4, 2012 |
| | Time: 1:30 p.m. |
| vs. | Place: Courtroom 3 - 17th Floor |
| | 450 Golden Gate Ave. |
| CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, | San Francisco, CA 94102 |
| Defendants. | |

TELEPHONIC APPEARANCE REQUEST-09-2143-RS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** Pursuant to Local Rule 16-10(a) Plaintiffs' ESPANOLA JACKSON, et al., respectfully request to appear via telephone for Plaintiffs' Motion for Preliminary Injunction hearing and the Further Case Management Conference currently on calendar for Thursday, October 4, 2012 at 1:30 p.m.

Date: September 25, 2012             **MICHEL & ASSOCIATES, P.C.**

　　　　　　　　　　　　　　　　　　　s/ C. D. Michel
　　　　　　　　　　　　　　　　　　　C. D. Michel
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

ESPANOLA JACKSON, PAUL COLVIN, ) **CASE NO.: CV-09-2143-RS**
THOMAS BOYER, LARRY BARSETTI, )
DAVID GOLDEN, NOEMI MARGARET )
ROBINSON, NATIONAL RIFLE ) **CERTIFICATE OF SERVICE**
ASSOCIATION OF AMERICA, INC., SAN )
FRANCISCO VETERAN POLICE )
OFFICERS ASSOCIATION, )
  )
    Plaintiffs )
  )
    vs. )
  )
CITY AND COUNTY OF SAN )
FRANCISCO, THE MAYOR OF )
SAN FRANCISCO, AND THE CHIEF )
OF THE SAN FRANCISCO POLICE )
DEPARTMENT, in their official capacities, )
and DOES 1-10, )
  )
    Defendants. )
_____ )

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of

**TELEPHONIC APPEARANCE REQUEST FOR
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND FURTHER CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  Wayne Snodgrass, Deputy City Attorney
  Christine Van Aken, Deputy City Attorney
  Office of the City Attorney
  1 Drive Carlton B. Goodlett Place
  City Hall, Room 234
  San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2012.

                                             /s/ C. D. Michel
                                             C. D. Michel
                                             Attorney for Plaintiffs