C. D. Michel - S.B.N. 144258
Glenn S. McRoberts - S.B.N. 144852
Clinton B. Monfort - S.B.N. 255609
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>    Plaintiffs<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>    Defendants. | **CASE NO. C09-2143-RS**<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

**NOTICE OF APPEAL – PRELIMINARY INJUNCTION APPEAL**

NOTICE IS HEREBY GIVEN that Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., and San Francisco Veteran Police Officers Association, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order denying Plaintiffs' Motion for Preliminary Injunction entered in this action on the 26th day of November, 2012 (Docket No. 150).

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Date: December 21, 2012              **MICHEL & ASSOCIATES, P.C.**

                                     s/ C. D. Michel
                                     C.D. Michel
                                     Attorney for Plaintiffs
                                     180 E. Ocean Blvd., Suite 200
                                     Long Beach, CA 90802

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiffs-Appellants Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants<br>Espanola Jackson, Paul Colvin, Thomas Boyer, Larry Barsetti, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association | C. D. Michel (S.B.N. 144258)<br>Glenn S. McRoberts (S.B.N. 144852)<br>Clinton B. Monfort (S.B.N. 255609)<br>Anna M. Barvir (S.B.N. 268728)<br>MICHEL & ASSOCIATES, P.C.<br>180 East Ocean Blvd., Suite 200<br>Long Beach, CA 908502<br>Tel. No. (562) 216-4444<br>Fax No: (562) 216-4445<br>cmichel@michellawyers.com |
| Defendants-Appellees<br>City and County of San Francisco, the Mayor of San Francisco, the Chief of the San Francisco Police Department, in their official capacities, and Does 1-10 | Wayne Snodgrass, Deputy City Attorney<br>Christine Van Aken, Deputy City Attorney<br>Office of the City Attorney<br>1 Drive Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102<br>Tel: (415) 554-4633<br>Fax: (415) 554-4699<br>christine.van.aken@sfgov.org |

Date: December 21, 2012        **MICHEL & ASSOCIATES, P.C.**


                                               s/ C. D. Michel
                                               C.D. Michel
                                               Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>Defendants. | CASE NO.: CV-09-2143-RS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

**PRELIMINARY INJUNCTION APPEAL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2012.

/s/ C. D. Michel
C. D. Michel
Attorney for Plaintiffs