1  C. D. Michel - S.B.N. 144258
   Glenn S. McRoberts - S.B.N. 144852
2  Clinton Monfort - S.B.N. 255609
   Anna M. Barvir - S.B.N. 268728
3  MICHEL & ASSOCIATES, PC
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com
6

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | CASE NO.: CV-09-2143-RS |
|---|---|
| | **STIPULATION OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL OF COURT'S ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs | (Filed Concurrently with [*Proposed*] Order) |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, | |
| Defendants. | |

---

1
STIPULATION TO STAY FURTHER DISTRICT COURT PROCEEDINGS CV-09-2143-RS

This stipulation is entered into by and among Plaintiffs ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., and SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION ("Plaintiffs") and Defendants CITY and COUNTY OF SAN FRANCISCO, MAYOR OF SAN FRANCISCO, and the CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT (collectively "the City"), by and through their respective attorneys of record, pursuant to Northern District Local Rule 7-12.

WHEREAS, this Court entered a denial of Plaintiffs' Motion for Preliminary Injunction on November 26, 2012;

WHEREAS, Plaintiffs timely appealed this Court's denial of their Motion for Preliminary Injunction to the Ninth Circuit on December 21, 2012;

WHEREAS, the Court retains jurisdiction to stay its own proceedings pending appeal, *see, e.g.*, *Gray v. Golden Gate Nat'l Recreation Area*, No. 08-00722, 2011 WL 6934433, at *1 (N.D. Cal. Dec. 29, 2011); *see also* Fed. R. App. P. 8;

WHEREAS, a stay of further proceedings is warranted because Plaintiffs' appeal raises serious questions of constitutional law, *see Guifu Li v. A Perfect Franchise, Inc.*, No. 10-01189, 2011 WL 2293221, at *3 (N.D. Cal. June 8, 2011);

WHEREAS, neither party will be harmed by the issuance of a stay – instead, "granting a stay will *benefit* both parties to this action by sparing them the expense of contemporaneous litigation and the accompanying fees and expenditure of time" inherent in pursuing litigation in both this Court and the Court of Appeals, Order at 6, *Baker v. Kealoha,* No. 11-00528 (D. Haw. June 19, 2012) (emphasis added).

IT IS HEREBY STIPULATED by and between all parties through their respective counsel that, subject to court approval, further proceedings in this matter, including discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for Preliminary Injunction.

/ / /

/ / /

IT IS FURTHER STIPULATED that Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' interlocutory appeal in this action within ten (10) days from its issuance.

Date: December 27, 2012                MICHEL & ASSOCIATES, PC


                                       /s/ C. D. Michel
                                       C. D. Michel
                                       Attorney for Plaintiffs

Date: December 27, 2012                CITY & COUNTY OF SAN FRANCISCO


                                       */s/ Christine Van Aken
                                       Christine Van Aken
                                       Attorney for Defendants

---

\* Pursuant to Local Rule 5-1(i)(3), this signatory, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, <br><br> Plaintiffs <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, <br><br> Defendants. | CASE NO.: CV-09-2143-RS <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of

**STIPULATION OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL OF COURT'S ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2012.

                                                                   /s/ C. D. Michel
                                                                   C. D. Michel
                                                                   Attorneys for Plaintiffs