# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-17803     U.S. District Court Case No. 09-2143-RS

Short Case Title  ESPANOLA JACKSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.

Date Notice of Appeal Filed by Clerk of District Court  12/21/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/05/11 | Jim Yeomans | Other (specify) (See Attachment A) #103 |
| 07/12/12 | Kathy Wyatt | Other (specify) (See Attachment A) #135 |
| 10/04/12 | Connie Kuhl | Other (specify) (See Attachment A) #149 |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

C. D. Michel S.B.N. 144258
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

Date Transcript Ordered 12/27/2012

/s/ C. D. Michel
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-17803    U.S. District Court Case No. 09-2143-RS

Short Case Title  ESPANOLA JACKSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.

Date Notice of Appeal Filed by Clerk of District Court  12/21/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/05/11 | Jim Yeomans | Other (specify) (See Attachment A) #103 |
| 07/12/12 | Kathy Wyatt | Other (specify) (See Attachment A) #135 |
| 10/04/12 | Connie Kuhl | Other (specify) (See Attachment A) #149 |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

C. D. Michel S.B.N. 144258
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

Date Transcript Ordered  12/27/2012

/s/ C. D. Michel
Signature Attorney/Pro Per Litigant

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.c
         court reporter

    Arrangements for payment were made on _____.

**NOTE TO COURT REPORTER**

(1) When designation is received, contact attorney regarding payment.
(2) Complete this copy and send to the court reporter supervisor.
(3) Complete and file copy #3 with the court reporter supervisor upon completion of the transcript.

COPY TWO

# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-17803     U.S. District Court Case No. 09-2143-RS

Short Case Title   ESPANOLA JACKSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.

Date Notice of Appeal Filed by Clerk of District Court   12/21/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/05/11 | Jim Yeomans | Other (specify) (See Attachment A) #103 |
| 07/12/12 | Kathy Wyatt | Other (specify) (See Attachment A) #135 |
| 10/04/12 | Connie Kuhl | Other (specify) (See Attachment A) #149 |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
C. D. Michel S.B.N. 144258
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

Date Transcript Ordered 12/27/2012

/s/ C. D. Michel
Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _____    Court Reporter's Signature _____
                                          print last name

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

_____    _____    BY: _____
(U.S. District Court Clerk)          (Date)                   Deputy Clerk

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE

# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-17803    U.S. District Court Case No. 09-2143-RS

Short Case Title  ESPANOLA JACKSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.

Date Notice of Appeal Filed by Clerk of District Court  12/21/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/05/11 | Jim Yeomans | Other (specify) (See Attachment A) #103 |
| 07/12/12 | Kathy Wyatt | Other (specify) (See Attachment A) #135 |
| 10/04/12 | Connie Kuhl | Other (specify) (See Attachment A) #149 |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

C. D. Michel S.B.N. 144258
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

Date Transcript Ordered 12/27/2012

/s/ C. D. Michel
Signature Attorney/Pro Per Litigant

**SERVICE COPY FOR OTHER PARTIES TO CASE**
A copy of this page must be served on all parties to the case. Photocopy if necessary.

COPY FOUR

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-17803     U.S. District Court Case No. 09-2143-RS

Short Case Title  ESPANOLA JACKSON, et al. v. CITY AND COUNTY OF SAN FRANCISCO, et al.

Date Notice of Appeal Filed by Clerk of District Court  12/21/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/05/11 | Jim Yeomans | Other (specify) (See Attachment A) #103 |
| 07/12/12 | Kathy Wyatt | Other (specify) (See Attachment A) #135 |
| 10/04/12 | Connie Kuhl | Other (specify) (See Attachment A) #149 |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

C. D. Michel S.B.N. 144258
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

Date Transcript Ordered  12/27/2012

/s/ C. D. Michel
Signature Attorney/Pro Per Litigant

**FILE COPY FOR ORDERING PARTY**

**COPY FIVE**

United States District Court
Northern District of California
Transcript Designation and Ordering Form

ATTACHMENT "A"

| Hearing Date | Court Reporter | Hearing Type |
|---|---|---|
| May 5, 2011 | Jim Yeomans | Motion to Dismiss<br>Northern District Cal. Docket No #103 |
| July 12, 2012 | Kathy Wyatt | Motion for Partial Judgment on the Pleadings<br>& Case Management Conference<br>Northern District Cal. Docket No #135 |
| October 4, 2012 | Connie Kuhl | Motion for Preliminary Injunction &<br>Case Management Conference<br>Northern District Cal. Docket No #149 |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,

    Plaintiffs

vs.

CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,

    Defendants.

CASE NO.: CV-09-2143-RS

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Wayne Snodgrass, Deputy City Attorney<br>Christine Van Aken, Deputy City Attorney<br>Office of the City Attorney<br>1 Drive Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102<br>Tel: (415) 554-4633<br>Fax: (415) 554-4699<br>christine.van.aken@sfgov.org | Connie Kuhl, Court Reporter<br>Kathy Wyatt, Court Reporter<br>Jim Yeoman, Court Repoter (retired) c/o<br>Debra Campbell, Court Reporter<br>United States District Court<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489<br>VIA U.S. MAIL |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2012.

                                        /s/ C. D. Michel
                                        C. D. Michel
                                        Attorney for Plaintiffs