| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Glenn S. McRoberts - S.B.N. 144852 |
| 2 | Clinton Monfort - S.B.N. 255609 |
| | Anna M. Barvir - S.B.N. 268728 |
| 3 | MICHEL & ASSOCIATES, PC |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@michellawyers.com |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, | ) ) ) ) ) ) ) ) | CASE NO.: CV-09-2143-RS  [~~PROPOSED~~] ORDER STAYING FURTHER DISTRICT COURT PROCEEDINGS  (Filed Concurrently with Stipulation of Parties) |
| Plaintiffs | ) | |
| vs. | ) | |
| CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of Parties to Stay Further District Court Proceedings, IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter, including discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for Preliminary Injunction.

2. Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' interlocutory appeal in this action within ten (10) days from its issuance.

The Court further orders as follows:

_____

_____

_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/31/12

_____
Honorable Judge Richard Seeborg
United States District Court Judge