UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 25, 2013

**CASE INFORMATION:**
Short Case Title: <u>ESPANOLA JACKSON</u>-v-<u>CITY AND COUNTY OF SAN FRANCISCO</u>
Court of Appeals No. (leave blank if a unassigned <u>12-17803</u>
U.S. District Court, Division & Judge Name:   <u>NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION: JUDGE RICHARD SEEBORG</u>
Criminal and/or Civil Case No.:         <u>CV 09-02143 RS</u>
Date Complaint/Indictment/Petition Filed:   05/15/2009
Date Appealed order/judgment *entered*:   11/26/2012
Date NOA *filed*:         12/21/2012
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>CONNIE KUHL 415-431-2020</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>12/21/2012</u>        Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending?  ☐ yes  ✔ no                   Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ✔ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                            Appellee Counsel:

**\*\*\*please see attach docket sheet\*\*\***

✔ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gina Agustine-Rivas</u>
                                              (415) 522-2087