ADRMOP,APPEAL,E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:09-cv-02143-RS
## Internal Use Only

Jackson et al v. City and County of San Francisco et al
Assigned to: Hon. Richard Seeborg
Cause: 42:1983 Civil Rights Act

Date Filed: 05/15/2009
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Espanola Jackson**                    represented by   **Anna Marie Barvir**
                                                         Michel & Associates PC
                                                         180 E. Ocean Boulevard, Suite 200
                                                         Long Beach, CA 90802
                                                         562-216-4444
                                                         Fax: (562) 216-4445
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carl Dawson Michel**
                                                         Michel & Associates, P.C.
                                                         180 East Ocean Blvd.
                                                         Suite 200
                                                         Long Beach, CA 90802
                                                         562-216-4444
                                                         Fax: 562-216-4445
                                                         Email: cmichel@michellawyers.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Clinton Barnwell Monfort ,**
                                                         Michel and Associates, P.C.
                                                         180 East Ocean Blvd., Suite 200
                                                         Long Beach, CA 90802

                                                         562-216-4444
                                                         Fax: 562-216-4445
                                                         Email:
                                                         CMonfort@michellawyers.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Don Bernard Kates**
                                                         Michel & Associates, P.C.

180 East Ocean Boulevard
Suite 200
Long Beach, CA 90802
562 216 4444
Fax: 562 216 4445
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
Michel & Associates, P.C.
180 E. Ocean Boulevard
Suite 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
Michel & Associates, P.C.
180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
Michel & Associates, P.C.
180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802
562-216-4444
Fax: 562-216-4445
Email:
sfranklin@michelandassociates.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Colvin**                    represented by  **Anna Marie Barvir**
*TERMINATED: 10/18/2012*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Carl Dawson Michel**
                                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Boyer**                    represented by   **Anna Marie Barvir**
*TERMINATED: 10/18/2012*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Carl Dawson Michel**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Clinton Barnwell Monfort ,**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Don Bernard Kates**
                                                     (See above for address)
                                                     *TERMINATED: 05/24/2012*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Barsetti**                   represented by   **Anna Marie Barvir**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Dawson Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Golden**                    represented by   **Anna Marie Barvir**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Dawson Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noemi Margaret Robinson**         represented by   **Anna Marie Barvir**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Dawson Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **National Rifle Association of America, Inc.** | represented by | **Anna Marie Barvir**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Carl Dawson Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**San Francisco Veteran Police Officers Association**                represented by **Anna Marie Barvir**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Dawson Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton Barnwell Monfort ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Bernard Kates**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S. McRoberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hillary Jane Green**
(See above for address)
*TERMINATED: 05/24/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott McClintock Franklin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**        represented by  **Christine Van Aken**
Office of the City Attorney
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102
415-554-4633
Fax: 415-554-4699
Email:
christine.van.aken@sfgov.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherri Sokeland Kaiser**
Office of the City Attorney
City & County of San Francisco
#1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4682
(415) 554-4691
Fax: (415) 554-4747
Email:
sherri.sokeland.kaiser@sfgov.org
*TERMINATED: 02/23/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gavin Newsom**                             represented by  **Sherri Sokeland Kaiser**
*Mayor, in his official capacity*                           (See above for address)
*TERMINATED: 11/08/2011*                                    *TERMINATED: 02/23/2012*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Heather Fong**                             represented by  **Sherri Sokeland Kaiser**
*Police Chief, in her official capacity*                    (See above for address)
*TERMINATED: 08/24/2009*                                    *TERMINATED: 02/23/2012*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**George Gascon**                            represented by  **Sherri Sokeland Kaiser**
*Police Chief*                                              (See above for address)
*TERMINATED: 11/08/2011*                                    *TERMINATED: 02/23/2012*
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Edwin Lee**                    represented by   **Christine Van Aken**
*Mayor for the City and County of*              (See above for address)
*San Francisco*                                  *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Sherri Sokeland Kaiser**
                                                 (See above for address)
                                                 *TERMINATED: 02/23/2012*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Suhr**                    represented by   **Christine Van Aken**
*San Francisco Police Chief*                     (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Sherri Sokeland Kaiser**
                                                 (See above for address)
                                                 *TERMINATED: 02/23/2012*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2009 | 1 | COMPLAINT against City and County of San Francisco, Gavin Newsom, Heather Fong ( Filing fee $ 350, receipt number 34611032225.). Filed byThomas Boyer, Larry Barsetti, Espanola Jackson, David Golden, Noemi Margaret Robinson, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, Paul Colvin. (far, COURT STAFF) (Filed on 5/15/2009) (far, COURT STAFF). (Entered: 05/19/2009) |
| 05/15/2009 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 5/15/2009) (Entered: 05/19/2009) |
| 05/15/2009 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/20/2009. Case Management Conference set for 8/27/2009 02:30 PM. (Attachments: # 1 Standing Order)(far, COURT STAFF) (Filed on 5/15/2009) (Entered: 05/19/2009) |
| 05/15/2009 | 3 | Summons Issued as to City and County of San Francisco, Gavin Newsom, Heather Fong. (far, COURT STAFF) (Filed on 5/15/2009) (far, COURT STAFF). (Entered: 05/19/2009) |
| 05/15/2009 | 4 | Certificate of Interested Entities by Thomas Boyer, Larry Barsetti, Espanola Jackson, David Golden, Noemi Margaret |

| | | |
|---|---|---|
| | | Robinson, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, Paul Colvin (far, COURT STAFF) (Filed on 5/15/2009) (Entered: 05/19/2009) |
| 06/12/2009 | 5 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association re 3 Summons Issued, 2 ADR Scheduling Order, 1 Complaint, *Notice of Filing Proof of Service For City and County of San Francisco For the Summons, Complaint and Supporting Documents* (Michel, Carl) (Filed on 6/12/2009) (Entered: 06/12/2009) |
| 06/12/2009 | 6 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association re 3 Summons Issued, 2 ADR Scheduling Order, 1 Complaint, *Notice of Filing Proof of Service For San Francisco Mayor Gavin Newsom For The Summons, Complaint and Supporting Documents* (Michel, Carl) (Filed on 6/12/2009) (Entered: 06/12/2009) |
| 06/12/2009 | 7 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association re 3 Summons Issued, 2 ADR Scheduling Order, 1 Complaint, *Notice of Filing Proof of Service For San Francisco Chief of Police Heather Fong For Summons, Complaint and Supporting Documents* (Michel, Carl) (Filed on 6/12/2009) (Entered: 06/12/2009) |
| 07/06/2009 | 8 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *NOTICE OF FIRM NAME CHANGE* (Michel, Carl) (Filed on 7/6/2009) (Entered: 07/06/2009) |
| 07/09/2009 | 9 | MOTION to Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12 (b)(1)* filed by City and County of San Francisco, Heather Fong, Gavin Newsom. Motion Hearing set for 9/23/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Kaiser, Sherri) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 07/09/2009 | 10 | Request for Judicial Notice re 9 MOTION to Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12(b)(1)* MOTION to Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12(b)(1)* filed byCity and County of San Francisco, Heather Fong, Gavin Newsom. (Attachments: # 1 Exhibit A)(Related document(s) 9 ) (Kaiser, Sherri) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 07/09/2009 | 11 | Declaration of Maria Protti in Support of 9 MOTION to Dismiss |

| | | |
|---|---|---|
| | | for Lack of Jurisdiction *, Fed. R. Civ. P. 12(b)(1)* MOTION to Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12(b)(1)*, 10 Request for Judicial Notice, filed byCity and County of San Francisco, Heather Fong, Gavin Newsom. (Related document(s) 9 , 10 ) (Kaiser, Sherri) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 08/06/2009 | 12 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Kaiser, Sherri) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/06/2009 | 13 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *ADR CERTIFICATION BY PARTIES AND COUNSEL* (Michel, Carl) (Filed on 8/6/2009) (Entered: 08/06/2009) |
| 08/12/2009 | 14 | STIPULATION and Proposed Order selecting Mediation by Larry Barsetti, Thomas Boyer, City and County of San Francisco, Paul Colvin, Heather Fong, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Gavin Newsom, Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Stipulation And [Proposed] Order Selecting ADR Process* (Michel, Carl) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/12/2009 | 15 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Telephonic Appearance Request for Initial Case Management Conference* (Michel, Carl) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/14/2009 | 16 | ORDER DENYING REQUEST TO APPEAR BY TELEPHONE re 15 Notice (Other), Notice (Other) filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association. Signed by Judge Phyllis J. Hamilton on 8/14/09. (nah, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/20/2009 | 17 | JOINT CASE MANAGEMENT STATEMENT *JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 8/20/2009) (Entered: 08/20/2009) |
| 08/24/2009 | 18 | AMENDED COMPLAINT *AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* against City and County of San Francisco, Gavin Newsom. Filed byPaul Colvin, Thomas Boyer, David Golden, San Francisco Veteran Police Officers Association, Noemi Margaret Robinson, Espanola |

| | | Jackson, Larry Barsetti, National Rifle Association of America, Inc.. (Attachments: # 1 Exhibit A)(Michel, Carl) (Filed on 8/24/2009) (Entered: 08/24/2009) |
|---|---|---|
| 08/24/2009 | 🔒 | (Court only) ***Party George Gascon added. Party Heather Fong terminated. (vlk, COURT STAFF) (Filed on 8/24/2009) (Entered: 09/09/2009) |
| 08/27/2009 | 19 | MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 10/21/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Michel, Carl) (Filed on 8/27/2009) (Entered: 08/27/2009) |
| 08/27/2009 | 20 | Declaration of C. D. Michel in Support of 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF DECLARATION OF C. D. MICHEL IN SUPPORT OF MOTION TO STAY* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 19 ) (Michel, Carl) (Filed on 8/27/2009) (Entered: 08/27/2009) |
| 08/27/2009 | 21 | Proposed Order re 20 Declaration in Support,, 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [PROPOSED] ORDER GRANTING MOTION TO STAY* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 8/27/2009) (Entered: 08/27/2009) |
| 08/27/2009 | 22 | Minute Entry: Initial Case Management Conference held on 8/27/2009 before Phyllis J. Hamilton (Date Filed: 8/27/2009). (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 8/27/2009) (Entered: 08/27/2009) |
| 08/27/2009 | 🔒 | (Court only) ***Motions terminated: 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, 9 MOTION to |

| | | Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12(b)(1)* MOTION to Dismiss for Lack of Jurisdiction *, Fed. R. Civ. P. 12 (b)(1)* filed by Gavin Newsom, City and County of San Francisco, Heather Fong. (nah, COURT STAFF) (Filed on 8/27/2009) (Entered: 08/27/2009) |
|---|---|---|
| 08/27/2009 | 🔒 | (Court only) ***Set/Clear Flags (nah, COURT STAFF) (Filed on 8/27/2009) (Entered: 08/27/2009) |
| 09/04/2009 | 23 | CLERKS NOTICE<br><br>Effective September 14, 2009, Judge Phyllis Hamilton's courtroom and chambers will be located in the Oakland Courthouse, Courtroom #3, 3rd floor, 1301 Clay Street, Oakland, California 94612.<br><br>On or after September 14, 2009, all filings for matters pending on Judge Hamiltons docket, all court appearances, and all deliveries of chambers' copies of documents must be made at the Oakland Courthouse.<br><br>The days and times for law and motion calendars and all currently scheduled proceedings remain unchanged.<br><br>Please note that all of Judge Hamilton's case files will be moved to the Oakland Courthouse, therefore all cases numbers assigned to her will be changed slightly to reflect the correct venue. Previously, all case numbers started with "3:" to indicate the San Francisco office (Example: 3:09-cv-12345-PJH). As of September 14th, 2009, all of Judge Hamilton's case files will begin with "4:" to indicate the Oakland office, but everything else will stay the same. (Example: 4:09-cv-12345-PJH). When e-filing, using the short case number format will always avoid problems when searching for the correct case: 09-12345 (YY-NNNNN).<br><br>For information on the Oakland Courthouse's accessibility, parking, driving directions, public transit, hotels and other helpful links, please visit our website: http://www.cand.uscourts.gov, click on "Court Information" on the right hand side of our main page, then select the Oakland link under "Address and Jurisdiction". The main telephone number for the Oakland Division is 510 637-3530.<br><br>(cp, COURT STAFF) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 11/02/2009 | 24 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Notice of Related Cases* (Michel, Carl) (Filed on 11/2/2009) (Entered: 11/02/2009) |
| | | |

| 11/05/2009 | 25 | MOTION to Relate Case , *Memorandum in Support of Motion* filed by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 11/5/2009) (Entered: 11/05/2009) |
| 11/20/2009 | 26 | ORDER by Judge Hamilton denying 25 Motion to Relate Case (pjhlc1, COURT STAFF) (Filed on 11/20/2009) (Entered: 11/20/2009) |
| 03/18/2010 | 27 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Judge Hon. Phyllis J. Hamilton no longer assigned to case. Signed by Richard Wieking for the Executive Committee on 3/18/2010. (vlk, COURT STAFF) (Filed on 3/18/2010) (Entered: 03/18/2010) |
| 04/02/2010 | 28 | JOINT CASE MANAGEMENT STATEMENT filed by City and County of San Francisco, Heather Fong, George Gascon. (Kaiser, Sherri) (Filed on 4/2/2010) (Entered: 04/02/2010) |
| 06/17/2010 | 29 | MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Espanola Jackson. Motion Hearing set for 7/22/2010 01:30 PM in Courtroom 3, 17th Floor, San Francisco. (Michel, Carl) (Filed on 6/17/2010) (Entered: 06/17/2010) |
| 06/17/2010 | 30 | Declaration of C.D. Michel in Support of 29 MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed byEspanola Jackson. (Related document(s) 29 ) (Michel, Carl) (Filed on 6/17/2010) (Entered: 06/17/2010) |
| 06/17/2010 | 31 | Proposed Order re 29 MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* by Espanola Jackson. (Michel, Carl) (Filed on 6/17/2010) (Entered: 06/17/2010) |
| 07/01/2010 | 32 | Memorandum in Opposition re 29 MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* MOTION for Relief |

| | | |
|---|---|---|
| | | from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed byCity and County of San Francisco, Heather Fong, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 7/1/2010) (Entered: 07/01/2010) |
| 07/08/2010 | 33 | RESPONSE to re 32 Memorandum in Opposition, *to Motion for Relief from Stay* by Espanola Jackson. (Michel, Carl) (Filed on 7/8/2010) (Entered: 07/08/2010) |
| 07/22/2010 | 34 | Minute Entry: Motion Hearing held on 7/22/2010 before Judge Richard Seeborg; Matter Submitted. (Date Filed: 7/22/2010) re 29 MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* MOTION for Relief from Stay re 19 MOTION to Stay *NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Espanola Jackson.(Court Reporter Sahar McVickar.)(cl, COURT STAFF) (Date Filed: 7/22/2010) (Entered: 07/22/2010) |
| 07/22/2010 | 35 | NOTICE by Espanola Jackson *of Previous Ruling* (Michel, Carl) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/23/2010 | 36 | Letter from Counsel for Defendants *Objecting to Plaintiffs' Notice of Previous Ruling [Doc. No. 35]*. (Kaiser, Sherri) (Filed on 7/23/2010) (Entered: 07/23/2010) |
| 09/13/2010 | 37 | ORDER RE: 29 GRANTING MOTION TO LIFT STAY. Signed by Judge Richard Seeborg on 09/13/2010. (rslc3, COURT STAFF) (Filed on 9/13/2010) (Entered: 09/13/2010) |
| 09/22/2010 | 38 | MOTION to Enlarge Time to Respond to First Amended Complaint and Exceed Otherse Applicable Page Limits filed by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 9/22/2010) Modified on 9/23/2010 (slh, COURT STAFF). (Entered: 09/22/2010) |
| 09/22/2010 | 39 | Declaration of Sherri Sokeland Kaiser in Support of 38 MOTION to Enlarge Time to Respond to First Amended Complaint and Exceed Otherse Applicable Page Limits filed by City and County of San Francisco, George Gascon, Gavin Newsom. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 38 ) (Kaiser, Sherri) (Filed on 9/22/2010) Modified on 9/23/2010 (slh, COURT STAFF). (Entered: 09/22/2010) |
| 09/22/2010 | 40 | Proposed Order re 38 MOTION to Enlarge Time to Respond to First Amended Complaint and Exceed Otherse Applicable Page Limits by City and County of San Francisco, George Gascon, |

| | | |
|---|---|---|
| | | Gavin Newsom. (Kaiser, Sherri) (Filed on 9/22/2010) Modified on 9/23/2010 (slh, COURT STAFF). (Entered: 09/22/2010) |
| 09/24/2010 | 41 | Statement of Non-Opposition *to 38 Motion to Enlarge Time to Respond to Amended Complaint and Exceed Otherwise Applicable Page Limits* filed by Espanola Jackson. (Michel, Carl) (Filed on 9/24/2010) Modified on 9/27/2010 (slh, COURT STAFF). (Entered: 09/24/2010) |
| 09/27/2010 | 42 | ORDER RE: 38 MOTION TO EXTEND RESPONSE TIME AND PAGE LIMITS. Signed by Judge Richard Seeborg on 9/27/10. (rslc3, COURT STAFF) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/27/2010 | 43 | MOTION to Consolidate Cases filed by City and County of San Francisco, George Gascon, Gavin Newsom. Motion Hearing set for 12/9/2010 01:30 PM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Kaiser, Sherri) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/27/2010 | 44 | Declaration of Sherri Sokeland Kaiser in Support of 43 MOTION to Consolidate Cases filed byCity and County of San Francisco, George Gascon, Gavin Newsom. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 43 ) (Kaiser, Sherri) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/27/2010 | 45 | Proposed Order re 43 MOTION to Consolidate Cases by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/27/2010 | 46 | CERTIFICATE OF SERVICE by City and County of San Francisco, George Gascon, Gavin Newsom re 43 MOTION to Consolidate Cases *on Counsel in Pizzo v. Newsom; C09-04493 CW* (Kaiser, Sherri) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 11/08/2010 | 47 | STIPULATION *And Order Re: Dismissal Of Plaintiffs' Fifth Claim For Relief* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 11/8/2010) (Entered: 11/08/2010) |
| 11/18/2010 | 48 | Memorandum in Opposition re 43 MOTION to Consolidate Cases *Plaintiffs' Opposition To Defendants' Motion To Consolidate; Declaration of Clinton B. Monfort In Support Thereof* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Michel, Carl) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| | | |

| | | |
|---|---|---|
| 11/18/2010 | 49 | Request for Judicial Notice re 48 Memorandum in Opposition, *Request For Judicial Notice In Support of Plaintiffs' Opposition to Defendants' Motion to Consolidate* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A)(Related document(s) 48 ) (Michel, Carl) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/24/2010 | 50 | Reply Memorandum re 43 MOTION to Consolidate Cases filed byCity and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/29/2010 | 51 | CERTIFICATE OF SERVICE by City and County of San Francisco, George Gascon, Gavin Newsom re 50 Reply Memorandum (Kaiser, Sherri) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 | 52 | STIPULATION *AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT* by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 11/29/2010 | 53 | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS FIRST AMENDED COMPLAINT. Signed by Judge Richard Seeborg on 11/29/10. (cl, COURT STAFF) (Filed on 11/29/2010) (Entered: 11/29/2010) |
| 12/09/2010 | 54 | Minute Entry: Motion Hearing held on 12/9/2010 before Judge Seeborg; Matter Submitted. (Date Filed: 12/9/2010) re 43 MOTION to Consolidate Cases filed by Gavin Newsom, George Gascon, City and County of San Francisco.(Court Reporter Kathy Wyatt.)(cl, COURT STAFF) (Date Filed: 12/9/2010) (Entered: 12/09/2010) |
| 12/16/2010 | 55 | ORDER RE: 43 DENYING MOTION TO CONSOLIDATE. Signed by Judge Richard Seeborg on 12/16/2010. (rslc3, COURT STAFF) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/16/2010 | 56 | ORDER RE: 55 SETTING DEADLINE TO RESPOND TO THE COMPLAINT. Signed by Judge Richard Seeborg on 12/16/10. (rslc3, COURT STAFF) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/29/2010 | 57 | STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFFS' FIFTH CLAIM FOR RELIEF. Signed by Judge Richard Seeborg on 12/29/10. (cl, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 01/27/2011 | 58 | STIPULATION *AND [PROPOSED] ORDER EXTENDING TIME* |

| | | |
|---|---|---|
| | | *FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT* by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 01/27/2011 | 59 | Declaration of Sherri Sokeland Kaiser in Support of 58 Stipulation *and [Proposed] Order Extending Time for Defendants to Respond to Plaintiffs' First Amended Complaint* filed byCity and County of San Francisco, George Gascon, Gavin Newsom. (Related document(s) 58 ) (Kaiser, Sherri) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 01/28/2011 | 60 | STIPULATION AND ORDER RE 58 EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT. Stipulation filed by Gavin Newsom, George Gascon, City and County of San Francisco. Signed by Judge Richard Seeborg on 1/28/11. (cl, COURT STAFF) (Filed on 1/28/2011) (Entered: 01/28/2011) |
| 02/10/2011 | 61 | MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* filed by City and County of San Francisco. Motion Hearing set for 4/7/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. (Kaiser, Sherri) (Filed on 2/10/2011) (Entered: 02/10/2011) |
| 02/10/2011 | 62 | Request for Judicial Notice re 61 MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* filed byCity and County of San Francisco. (Attachments: # 1 Exhibit A) (Related document(s) 61 ) (Kaiser, Sherri) (Filed on 2/10/2011) (Entered: 02/10/2011) |
| 02/10/2011 | 63 | Proposed Order re 61 MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* by City and County of San Francisco. (Kaiser, Sherri) (Filed on 2/10/2011) (Entered: 02/10/2011) |
| 02/17/2011 | 64 | Renotice motion hearing re 61 MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* filed byCity and County of San Francisco. Motion Hearing set for 4/14/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. (Kaiser, Sherri) (Filed on 2/17/2011) (Entered: 02/17/2011) |
| 03/23/2011 | 65 | RESPONSE (re 61 MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* ) *Plaintiffs' Opposition to Defendants' Motion to Dismiss* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 3/23/2011) (Entered: 03/23/2011) |
| 03/23/2011 | 66 | Request for Judicial Notice *Request for Judicial Notice In* |

| | | |
|---|---|---|
| | | *Support of Plaintiffs' Opposition To Defendants Motion to Dismiss* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Michel, Carl) (Filed on 3/23/2011) (Entered: 03/23/2011) |
| 03/24/2011 | 67 | Plaintiffs' Objections To Defendants' Request for Judicial Notice In Support of Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 3/24/2011) Modified on 3/25/2011 (slh, COURT STAFF). (Entered: 03/24/2011) |
| 03/31/2011 | 68 | REPLY (re 61 MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* ) filed byCity and County of San Francisco. (Attachments: # 1 Appendix)(Kaiser, Sherri) (Filed on 3/31/2011) (Entered: 03/31/2011) |
| 04/08/2011 | 69 | ORDER CONTINUING HEARING DATE AND REQUEST FURTHER BRIEFING. Motion Hearing set for 4/28/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Signed by Judge Richard Seeborg on 4/8/11. (cl, COURT STAFF) (Filed on 4/8/2011) (Entered: 04/08/2011) |
| 04/15/2011 | 70 | Plaintiffs' Supplemental Brief In Support of Opposition to Defendants' 61 MOTION to Dismiss (Pursuant To The Court's Order) by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association (Michel, Carl) (Filed on 4/15/2011) Modified on 4/19/2011 (slh, COURT STAFF). (Entered: 04/15/2011) |
| 04/15/2011 | 71 | DECLARATION of Clinton B. Monfort in Opposition to 70 Notice (Other), Notice (Other) *Declaration of Clinton B. Monfort In Support In Support of Plaintiffs' Supplemental Brief In Opposition To Motion To Dismiss* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A)(Related document(s) 70 ) (Michel, Carl) (Filed on 4/15/2011) (Entered: 04/15/2011) |
| 04/26/2011 | 72 | Letter from Sherri Kaiser *to The Honorable Richard Seeborg*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Kaiser, Sherri) (Filed on 4/26/2011) (Entered: 04/26/2011) |
| 04/27/2011 | 73 | Letter from Wayne Snodgrass *[Emergency Request for* |

| | | |
|---|---|---|
| | | *Continuance of April 27, 2011 Motion Hearing]*. (Kaiser, Sherri) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/28/2011 | [74](#) | Renotice motion hearing re [61](#) MOTION to Dismiss for Lack of Jurisdiction *; Memorandum of Points and Authorities* filed byCity and County of San Francisco, George Gascon, Gavin Newsom. Motion Hearing set for 5/5/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. (Related document(s) [61](#) ) (Kaiser, Sherri) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 05/02/2011 | [75](#) | Letter from C. D. Michel *To The Honorable Richard Seeborg*. (Michel, Carl) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | [76](#) | OBJECTIONS to *Evidence* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/03/2011 | [77](#) | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Statement of Recent Decision In Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss* (Attachments: # [1](#) Exhibit A)(Michel, Carl) (Filed on 5/3/2011) (Entered: 05/03/2011) |
| 05/03/2011 | [78](#) | MOTION for Leave to File *Plaintiffs' Notice of Motion and Motion For Leave to File Supplemental Complaint* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 6/9/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. (Michel, Carl) (Filed on 5/3/2011) (Entered: 05/03/2011) |
| 05/03/2011 | [79](#) | Declaration of Clinton B. Monfort in Support of [78](#) MOTION for Leave to File *Plaintiffs' Notice of Motion and Motion For Leave to File Supplemental Complaint Declaration of Clinton B. Monfort In Support of Plaintiffs Motion for Leave to File Supplemental Complaint* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # [1](#) Exhibit A) (Related document(s) [78](#) ) (Michel, Carl) (Filed on 5/3/2011) (Entered: 05/03/2011) |
| 05/05/2011 | [80](#) | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCity and County of San Francisco. (Attachments: # [1](#) Attachment)(Related document(s) [74](#) ) (Kaiser, Sherri) (Filed on 5/5/2011) (Entered: 05/05/2011) |
| | | |

| 05/05/2011 | 81 | Minute Entry:Motion Hearing held on 5/5/2011 before Judge Richard Seeborg; MOTION TAKEN UNDER SUBMISSION (Date Filed: 5/5/2011).(Court Reporter Jim Yeomans.) (cl, COURT STAFF) (Date Filed: 5/5/2011) (Entered: 05/05/2011) |
| --- | --- | --- |
| 05/06/2011 | 82 | ORDER RE 78 MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT. Signed by Judge Richard Seeborg on 5/6/11. (cl, COURT STAFF) (Filed on 5/6/2011) (Entered: 05/06/2011) |
| 07/09/2011 | 83 | MOTION Administrative *Unopposed Motion for Administrative Relief For Leave To File Statement of Recent Decision* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 7/18/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 7/15/2011. (Attachments: # 1 Exhibit 1)(Michel, Carl) (Filed on 7/9/2011) (Entered: 07/09/2011) |
| 07/09/2011 | 84 | STIPULATION re 83 MOTION Administrative *Unopposed Motion for Administrative Relief For Leave to File Statement of Recent Decision Stipulation and Order Re: Administrative Relief For Leave to File Statement of Recent Decision* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 7/9/2011) (Entered: 07/09/2011) |
| 07/11/2011 | | ***Deadlines terminated*** Case Management Statement Due date of 08/20/2009 Date Terminated: 2 ADR Scheduling Order. (gba, COURT STAFF) (Filed on 7/11/2011) (Entered: 07/11/2011) |
| 07/11/2011 | 85 | NOTICE by City and County of San Francisco *OF UNAVAILABILITY OF COUNSEL* (Kaiser, Sherri) (Filed on 7/11/2011) (Entered: 07/11/2011) |
| 07/12/2011 | 86 | STIPULATION AND ORDER RE: ADMINISTRATIVE RELIEF FOR LEAVE TO FILE STATEMENT OF RECENT DECISION. Signed by Judge Richard Seeborg on 7/12/11. (cl, COURT STAFF) (Filed on 7/12/2011) (Entered: 07/12/2011) |
| 07/12/2011 | 87 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *Statement of Recent Decision In Support of Plaintiffs' Opposition To Defendants' Motion to Dismiss For Lack of Jurisdiction* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A) (Michel, Carl) (Filed on 7/12/2011) (Entered: 07/12/2011) |

| | | |
|---|---|---|
| 09/16/2011 | 88 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Notice of Submitted Matter* (Attachments: # 1 Exhibit A)(Michel, Carl) (Filed on 9/16/2011) (Entered: 09/16/2011) |
| 09/27/2011 | 89 | ORDER DENYING MOTION TO DISMISS FOR LACK OF STANDING, GRANTING LEAVE TO AMEND MOOT CLAIM. Case Management Conference set for 11/3/2011 10:00 AM in Courtroom 3, 17th Floor, San Francisco. Signed by Judge Richard Seeborg on 9/26/11. (cl, COURT STAFF) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 10/04/2011 | 90 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Notice of Intention To Not Amend Complaint And Request For Court Order Setting Deadline For Responsive Pleading* (Michel, Carl) (Filed on 10/4/2011) (Entered: 10/04/2011) |
| 10/06/2011 | 91 | ORDER SETTING DEADLINE TO RESPOND TO THE COMPLAINT. Signed by Judge Richard Seeborg on 10/6/11. (cl, COURT STAFF) (Filed on 10/6/2011) (Entered: 10/06/2011) |
| 10/17/2011 | 92 | ANSWER to 18 First Amended Complaint by City and County of San Francisco, George Gascon, Gavin Newsom. (Kaiser, Sherri) (Filed on 10/17/2011) Modified on 10/18/2011 (gba, COURT STAFF). (Entered: 10/17/2011) |
| 10/26/2011 | 93 | STIPULATION *and Proposed Order Continuing Case Management Conference* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 10/26/2011) (Entered: 10/26/2011) |
| 10/26/2011 | 94 | CLERKS NOTICE Case Management Conference set for 11/17/2011 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (rslc3, COURT STAFF) (Filed on 10/26/2011) (Entered: 10/26/2011) |
| 11/07/2011 | 95 | STIPULATION *Stipulation And [Proposed] Order Substituting Parties* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 11/7/2011) (Entered: 11/07/2011) |
| 11/07/2011 | 96 | MOTION to Strike *Notice of Motion And Motion To Strike Portions Of Defendants' Answer; Points And Authorities In* |

| | | |
|---|---|---|
| | | *Support* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 12/15/2011 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 11/21/2011. Replies due by 11/28/2011. (Attachments: # 1 Declaration Clinton B. Monfort)(Michel, Carl) (Filed on 11/7/2011) (Entered: 11/07/2011) |
| 11/07/2011 | 97 | Proposed Order *Granting Motion To Strike Portions of Defendants' Answer* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 11/7/2011) (Entered: 11/07/2011) |
| 11/08/2011 | 98 | STIPULATION AND ORDER SUBSTITUTING PARTIES. Signed by Judge Richard Seeborg on 11/7/11. (cl, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/08/2011) |
| 11/08/2011 | 🔒 | (Court only) ***Party Edwin Lee and Greg Suhr added. Party George Gascon and Gavin Newsom terminated. (gba, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/08/2011) |
| 11/10/2011 | 99 | JOINT CASE MANAGEMENT STATEMENT *Joint Case Management Statement* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 11/10/2011) (Entered: 11/10/2011) |
| 11/17/2011 | 100 | Minute Entry: Further Case Management Conference held on 11/17/2011 before Judge Richard Seeborg (Date Filed: 11/17/2011). (Court Reporter Not reported.) (cl, COURT STAFF) (Date Filed: 11/17/2011) (Entered: 11/17/2011) |
| 11/18/2011 | 101 | CASE MANAGEMENT SCHEDULING ORDER. Further Case Management Conference set for 8/23/2012 10:00 AM.; Pretrial Conference set for 2/14/2013 10:00 AM; Jury Selection set for 2/25/2013 09:00 AM; Jury Trial set for 2/25/2013 09:00 AM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Signed by Judge Richard Seeborg on 11/18/11. (cl, COURT STAFF) (Filed on 11/18/2011) (Entered: 11/18/2011) |
| 11/21/2011 | 102 | RESPONSE (re 96 MOTION to Strike *Notice of Motion And Motion To Strike Portions Of Defendants' Answer; Points And Authorities In Support* ) filed byCity and County of San Francisco. (Kaiser, Sherri) (Filed on 11/21/2011) (Entered: 11/21/2011) |
| 11/23/2011 | 103 | Transcript of Proceedings held on 05/05/11, before Judge |

| | | |
|---|---|---|
| | | Richard Seeborg. Court Reporter/Transcriber James Yeomans, Telephone number (415) 863-5179. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/21/2012. (jjy, COURT STAFF) (Filed on 11/23/2011) (Entered: 11/23/2011) |
| 11/28/2011 | 104 | REPLY (re 96 MOTION to Strike *Notice of Motion And Motion To Strike Portions Of Defendants' Answer; Points And Authorities In Support* ) *Plaintiffs' Reply To Opposition To Motion To Strike Portions of Answer* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A, # 2 Declaration Of Clinton B. Monfort)(Michel, Carl) (Filed on 11/28/2011) (Entered: 11/28/2011) |
| 12/12/2011 | 105 | ORDER DENYING MOTON TO STRIKE. by Judge Richard Seeborg (cl, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 02/17/2012 | 106 | NOTICE of Change In Counsel by Christine Van Aken (Van Aken, Christine) (Filed on 2/17/2012) (Entered: 02/17/2012) |
| 02/22/2012 | 107 | NOTICE of Change In Counsel by Christine Van Aken *CORRECTED NOTICE OF REASSIGNMENT OF ATTORNEY* (Van Aken, Christine) (Filed on 2/22/2012) (Entered: 02/22/2012) |
| 02/23/2012 | 🔒 | (Court only) *** Attorney Sherri Sokeland Kaiser terminated. (gba, COURT STAFF) (Filed on 2/23/2012) (Entered: 02/23/2012) |
| 02/23/2012 | 🔒 | (Court only) ***Deadlines terminated*** Release of Transcript Restriction date of 02/21/2012 Date Terminated. (gba, COURT STAFF) (Filed on 2/23/2012) (Entered: 02/23/2012) |
| 03/29/2012 | 108 | NOTICE by City and County of San Francisco *NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.* (Van Aken, Christine) (Filed on 3/29/2012) (Entered: 03/29/2012) |
| 05/17/2012 | 109 | MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi |

| | | |
|---|---|---|
| | | Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 7/12/2012 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 5/31/2012. Replies due by 6/7/2012. (Michel, Carl) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/17/2012 | 110 | Declaration of Espanola Jackson in Support of 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Related document(s) 109 ) (Michel, Carl) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/17/2012 | 111 | Declaration of David Golden *In Support of 109 Motion For Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) Modified on 5/18/2012 (gba, COURT STAFF). (Entered: 05/17/2012) |
| 05/17/2012 | 112 | Declaration of Larry Barsetti *In Support of 109 Motion For Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) Modified on 5/18/2012 (gba, COURT STAFF). (Entered: 05/17/2012) |
| 05/17/2012 | 113 | Declaration of Noemi Margaret Robinson *In Support of 109 Motion for Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) Modified on 5/18/2012 (gba, COURT STAFF). (Entered: 05/17/2012) |
| 05/17/2012 | 114 | Declaration of Paul Colvin *In Support of 109 Motion For Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) Modified on 5/18/2012 (gba, COURT STAFF). (Entered: 05/17/2012) |
| 05/17/2012 | 115 | Declaration of Thomas Boyer *In Support of 109 Motion For Partial Judgment On The Pleadings* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret |

| | | |
|---|---|---|
| | | Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) Modified on 5/18/2012 (gba, COURT STAFF). (Entered: 05/17/2012) |
| 05/17/2012 | 116 | Request for Judicial Notice re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings Plaintiffs' Request for Judicial Notice In Support Of Motion For Partial Judgment On The Pleadings; Declaration of Clinton B. Monfort In Support; Part 1 of 2;Exhibits A - I* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Related document(s) 109 ) (Michel, Carl) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/17/2012 | 117 | EXHIBITS re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings Plaintiffs' Request For Judicial Notice In Support Of Motion For Partial Judgment On The Pleadings; Declaration of Clinton B. Monfort In Support; Part 2 of 2; Exhibits J-T* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 J, # 2 K, # 3 L, # 4 M, # 5 N, # 6 O, # 7 P, # 8 Q, # 9 S, # 10 T)(Related document(s) 109 ) (Michel, Carl) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/17/2012 | 118 | Proposed Order re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings Granting Motion For Partial Judgment On The Pleadings* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 5/17/2012) (Entered: 05/17/2012) |
| 05/18/2012 | 119 | ERRATA re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings Notice of Errata To Plaintiffs' Request For Judicial Notice In Support of Motion for Partial Judgment On The Pleadings; Declaration of Clinton B. Monfort In Support Part 2 of 2; Exhibits J - T* by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit R, # 2 Exhibit R Continued)(Michel, Carl) (Filed on 5/18/2012) (Entered: 05/18/2012) |
| 05/23/2012 | 120 | STIPULATION WITH PROPOSED ORDER *EXTENDING* |

| | | |
|---|---|---|
| | | *BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS* filed by City and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 5/23/2012) (Entered: 05/23/2012) |
| 05/23/2012 | [121](#) | Declaration of Christine Van Aken in Support of [120](#) STIPULATION WITH PROPOSED ORDER *EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS* filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Related document(s) [120](#) ) (Van Aken, Christine) (Filed on 5/23/2012) (Entered: 05/23/2012) |
| 05/23/2012 | [122](#) | STIPULATION AND ORDER RE [120](#) EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS. Signed by Judge Richard Seeborg on 5/23/12. (cl, COURT STAFF) (Filed on 5/23/2012) (Entered: 05/23/2012) |
| 05/24/2012 | [123](#) | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *Plaintiffs' Notice of Re-Assignment of Counsel Within The Same Office* (Michel, Carl) (Filed on 5/24/2012) (Entered: 05/24/2012) |
| 05/24/2012 | 🔒 | (Court only) *** Attorney Clinton B. Monfort,Anna Marie Barvir for Larry Barsetti,Clinton B. Monfort,Anna Marie Barvir for Thomas Boyer,Clinton B. Monfort,Anna Marie Barvir for Paul Colvin,Clinton B. Monfort,Anna Marie Barvir for David Golden,Clinton B. Monfort,Anna Marie Barvir for Espanola Jackson,Clinton B. Monfort,Anna Marie Barvir for National Rifle Association of America, Inc.,Clinton B. Monfort,Anna Marie Barvir for Noemi Margaret Robinson,Clinton B. Monfort,Anna Marie Barvir for San Francisco Veteran Police Officers Association added. Attorney Hillary Jane Green and Don Bernard Kates terminated. (gba, COURT STAFF) (Filed on 5/24/2012) (Entered: 05/24/2012) |
| 06/06/2012 | [124](#) | STIPULATION WITH PROPOSED ORDER *EXTENDING PRETRIAL AND TRIAL DEADLINES AND ADVANCING FURTHER CASE MANAGEMENT CONFERENCE* filed by City and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 6/6/2012) (Entered: 06/06/2012) |
| 06/06/2012 | [125](#) | Declaration of CHRISTINE VAN AKEN in Support of [124](#) STIPULATION WITH PROPOSED ORDER *EXTENDING PRETRIAL AND TRIAL DEADLINES AND ADVANCING FURTHER CASE MANAGEMENT CONFERENCE* filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Related document(s) [124](#) ) (Van Aken, Christine) (Filed on 6/6/2012) (Entered: 06/06/2012) |

| 06/07/2012 | 126 | CLERKS NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE. Further Case Management Conference set for 7/12/2012 01:30 PM in Courtroom 3, 17th Floor, San Francisco. (cl, COURT STAFF) (Filed on 6/7/2012) (Entered: 06/07/2012) |
|---|---|---|
| 06/07/2012 | 🔒 | (Court only) ***Motions terminated: 124 STIPULATION WITH PROPOSED ORDER *EXTENDING PRETRIAL AND TRIAL DEADLINES AND ADVANCING FURTHER CASE MANAGEMENT CONFERENCE* filed by Greg Suhr, Edwin Lee, City and County of San Francisco. (cl, COURT STAFF) (Filed on 6/7/2012) (Entered: 06/07/2012) |
| 06/07/2012 | 127 | RESPONSE (re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings* ) *CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS* filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 6/7/2012) (Entered: 06/07/2012) |
| 06/07/2012 | 128 | Appendix re 127 Opposition/Response to Motion, *APPENDIX OF SELECTED AUTHORITIES IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS* filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Attachments: # 1 EXHIBITS TO APPENDIX)(Related document(s) 127 ) (Van Aken, Christine) (Filed on 6/7/2012) (Entered: 06/07/2012) |
| 06/07/2012 | 129 | Proposed Order re 127 Opposition/Response to Motion, *[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS* by City and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 6/7/2012) (Entered: 06/07/2012) |
| 06/21/2012 | 130 | REPLY (re 109 MOTION for Judgment on the Pleadings *Notice of Motion and Motion for Partial Judgment On The Pleadings* ) *Plaintiffs' Reply To Defendants' Opposition To Motion For Partial Judgment On The Pleadings; Exhibits "A-I"* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Franklin, Scott) (Filed on 6/21/2012) (Entered: 06/21/2012) |
| 06/21/2012 | 131 | Request for Judicial Notice re 130 Reply to Opposition/Response,, *Plaintiffs' Request For Judicial Notice In Support of Reply To Defendants' Opposition To Motion for Partial Judgment on The Pleadings* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret |

|            |     | Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Exhibit U)(Related document(s) 130 ) (Franklin, Scott) (Filed on 6/21/2012) (Entered: 06/21/2012) |
|------------|-----|---|
| 07/06/2012 | 132 | CASE MANAGEMENT STATEMENT *Joint CMC statement* filed by City and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 7/6/2012) (Entered: 07/06/2012) |
| 07/12/2012 | 133 | Minute Entry: Further Case Management Conference held on 7/12/2012 before Judge Richard Seeborg (Date Filed: 7/12/2012), Motion Hearing held on 7/12/2012 before Judge Richard Seeborg (Date Filed: 7/12/2012). (Court Reporter Kathy Wyatt.) (cl, COURT STAFF) (Date Filed: 7/12/2012) (Entered: 07/12/2012) |
| 08/17/2012 | 134 | ORDER by Judge Seeborg denying 109 Motion for Judgment on the Pleadings (rslc1, COURT STAFF) (Filed on 8/17/2012) (Entered: 08/17/2012) |
| 08/28/2012 | 135 | Transcript of Proceedings held on 7-12-12, before Judge Richard Seeborg. Court Reporter/Transcriber Katherine Wyatt, Telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 11/26/2012. (kpw, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/30/2012 | 136 | MOTION for Preliminary Injunction *Notice of Motion and Motion For Preliminary Injunction; Memorandum of Points And Authorities In Support* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 10/4/2012 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 9/20/2012. Replies due by 9/27/2012. (Attachments: # 1 Declaration Declaration of Clinton B. Monfort In Support of Motion For Preliminary Injunction, # 2 Declaration Declaration of David Golden In Support of Motion For Preliminary Injunction, # 3 Declaration Declaration of Espanola Jackson In Support of Motion For Preliminary Injunction, # 4 Declaration Declaration of Larry Barsetti In Support of Motion For Preliminary Injunction, # 5 Declaration Declaration of Noemi Margaret Robinson In Support of Motion For Preliminary Injunction, # 6 Declaration Declaration of Sheldon Paul Colvin In Support of Motion For Preliminary Injunction, # 7 Declaration Declaration of Thomas |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|-----|-----------------------------------|
|            |     | Boyer In Support of Motion For Preliminary Injunction, # 8 Declaration Declaration of Anna M. Barvir In Support of Motion For Preliminary Injunction, # 9 Exhibit A, # 10 Exhibit B, # 11 Exhibit C, # 12 Exhibit D, # 13 Exhibit E, # 14 Exhibit F, # 15 Exhibit G, # 16 Exhibit H, # 17 Exhibit I, # 18 Exhibit J, # 19 Exhibit K, # 20 Exhibit L, # 21 Exhibit M, # 22 Exhibit N, # 23 Exhibit O, # 24 Exhibit P Part 1, # 25 Exhibit P Part 2, # 26 Exhibit Q, # 27 Exhibit R, # 28 Exhibit S, # 29 Exhibit T, # 30 Exhibit U, # 31 Exhibit V, # 32 Exhibit W)(Michel, Carl) (Filed on 8/30/2012) (Entered: 08/30/2012) |
| 09/05/2012 | 137 | NOTICE by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association *of Need For Setting of Further Case Management Conference Pursuant to Court's Instruction* (Attachments: # 1 Proposed Order Granting Motion for Further Case Management Conference)(Michel, Carl) (Filed on 9/5/2012) (Entered: 09/05/2012) |
| 09/06/2012 | 138 | CLERKS NOTICE SCHEDULING A FURTHER CASE MANAGEMENT CONFERENCE. Further Case Management Conference set for 10/4/2012 01:30 PM in Courtroom 3, 17th Floor, San Francisco. (cl, COURT STAFF) (Filed on 9/6/2012) (Entered: 09/06/2012) |
| 09/13/2012 | 139 | RESPONSE (re 136 MOTION for Preliminary Injunction *Notice of Motion and Motion For Preliminary Injunction; Memorandum of Points And Authorities In Support* ) filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Van Aken, Christine) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/13/2012 | 140 | Declaration of Cathy Garza in Support of 139 Opposition/Response to Motion, filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Related document(s) 139 ) (Van Aken, Christine) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/13/2012 | 141 | Declaration of Daniel W. Webster in Support of 139 Opposition/Response to Motion, filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Attachments: # 1 Exhibit 1) (Related document(s) 139 ) (Van Aken, Christine) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/13/2012 | 142 | Appendix re 139 Opposition/Response to Motion, filed byCity and County of San Francisco, Edwin Lee, Greg Suhr. (Attachments: # 1 Attachments)(Related document(s) 139 ) (Van Aken, Christine) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/20/2012 | 143 | REPLY (re 136 MOTION for Preliminary Injunction *Notice of Motion and Motion For Preliminary Injunction; Memorandum of Points And Authorities In Support* ) Plaintiffs' Reply To |

| | | |
|---|---|---|
| | | *Defendants' Opposition To Motion For Preliminary Injunction* filed byLarry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Declaration Of Massad Ayoob In Support of Plaintiffs' Reply To Defendants' Opposition To Motion For Preliminary Injunction) (Michel, Carl) (Filed on 9/20/2012) (Entered: 09/20/2012) |
| 09/25/2012 | 144 | MOTION to Appear by Telephone *Telephonic Appearance Request For Plaintiffs' Motion For Preliminary Injunction and Further Case Management Conference* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 9/25/2012) (Entered: 09/25/2012) |
| 09/27/2012 | 🔒 | (Court only) ***Motions terminated: 144 MOTION to Appear by Telephone *Telephonic Appearance Request For Plaintiffs' Motion For Preliminary Injunction and Further Case Management Conference* filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association. (cl, COURT STAFF) (Filed on 9/27/2012) (Entered: 09/27/2012) |
| 09/27/2012 | 145 | JOINT CASE MANAGEMENT STATEMENT *And [Proposed] Order* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Michel, Carl) (Filed on 9/27/2012) (Entered: 09/27/2012) |
| 10/03/2012 | 146 | MOTION to Dismiss *Plaintiffs' Notice of Unopposed Motion and Motion to Dismiss Plaintiff Paul Colvin; Notice of Motion and Motion to Dismiss Plaintiff Thomas Boyer; Points and Authorities In Support; Declaration of Clinton B. Monfort* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Motion Hearing set for 11/8/2012 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 10/25/2012. Replies due by 11/1/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Declaration of Thomas Boyer In Support of Motion to Dismiss Plaintiff Thomas Boyer, # 4 Proposed Order)(Michel, Carl) (Filed on 10/3/2012) (Entered: 10/03/2012) |
| 10/04/2012 | 147 | Minute Entry: Further Case Management Conference held on 10/4/2012 before Judge Richard Seeborg (Date Filed: 10/4/2012), Motion Hearing held on 10/4/2012 before Judge |

| | | |
|---|---|---|
| | | Richard Seeborg; MATTER TAKEN UNDER SUBMISSION. (Date Filed: 10/4/2012) re [136] MOTION for Preliminary Injunction *Notice of Motion and Motion For Preliminary Injunction; Memorandum of Points And Authorities In Support* filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association. (Court Reporter Connie Kuhl.) (cl, COURT STAFF) (Date Filed: 10/4/2012) (Entered: 10/04/2012) |
| 10/15/2012 | [148] | MOTION to Withdraw *Plaintiffs' Notice of Withdrawal of Unopposed Motion to Dismiss Plaintiff Paul Colvin and Motion to Dismiss Plaintiff Thomas Boyer; Declaration of Clinton B. Monfort In Support* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. Responses due by 10/29/2012. Replies due by 11/5/2012. (Michel, Carl) (Filed on 10/15/2012) (Entered: 10/15/2012) |
| 10/15/2012 | 🔒 | (Court only) ***Motions terminated: [146] MOTION to Dismiss *Plaintiffs' Notice of Unopposed Motion and Motion to Dismiss Plaintiff Paul Colvin; Notice of Motion and Motion to Dismiss Plaintiff Thomas Boyer; Points and Authorities In Support; Declaration of Clinton B. Monfort* filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, National Rifle Association of America, Inc., San Francisco Veteran Police Officers Association, [148] MOTION to Withdraw *Plaintiffs' Notice of Withdrawal of Unopposed Motion to Dismiss Plaintiff Paul Colvin and Motion to Dismiss Plaintiff Thomas Boyer; Declaration of Clinton B. Monfort In Support* filed by Thomas Boyer, Noemi Margaret Robinson, Paul Colvin, Espanola Jackson, David Golden, Larry Barsetti, San Francisco Veteran Police Officers Association. (cl, COURT STAFF) (Filed on 10/15/2012) (Entered: 10/15/2012) |
| 10/18/2012 | 🔒 | (Court only) *** Party Thomas Boyer and Paul Colvin terminated. (gbaS, COURT STAFF) (Filed on 10/18/2012) (Entered: 10/18/2012) |
| 10/23/2012 | 🔓 [149] | Transcript of Proceedings held on 10-04-2012, before Judge Richard Seeborg. Official Court Reporter Connie Kuhl, CSR, RPR, RMR, CRR, Telephone number 415-431-2020. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/22/2013. (ck, COURT STAFF) (Filed on 10/23/2012) (Entered: 10/23/2012) |
| | | |

| | | |
|---|---|---|
| 11/26/2012 | 150 | ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION. by Judge Richard Seeborg (cl, COURT STAFF) (Filed on 11/26/2012) (Entered: 11/26/2012) |
| 12/21/2012 | 151 | NOTICE OF APPEAL to the Ninth Circuit Court of Appeals Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association.(Appeal fee of $455 receipt number 0971-7363849 paid.) *Plaintiffs' Notice of Appeal and Representation Statement* (Attachments: # 1 Exhibit Order Denying Plaintiffs' Motion for Preliminary Injunction)(Michel, Carl) (Filed on 12/21/2012) Modified on 12/31/2012 (gbaS, COURT STAFF). ***12-17803*** (Entered: 12/21/2012) |
| 12/27/2012 | 152 | STIPULATION WITH PROPOSED ORDER *Stipulation of Parties to Stay Further District Court Proceedings Pending Appeal of Court's Order Denying Motion for Preliminary Injunction* filed by Larry Barsetti, Thomas Boyer, Paul Colvin, David Golden, Espanola Jackson, National Rifle Association of America, Inc., Noemi Margaret Robinson, San Francisco Veteran Police Officers Association. (Attachments: # 1 Proposed Order Proposed Order Staying Further District Court Proceedings)(Michel, Carl) (Filed on 12/27/2012) (Entered: 12/27/2012) |
| 12/27/2012 | 153 | Transcript Designation and Ordering Form for proceedings held on 5/5/2011, 7/12/2012, 10/4/2012 before Judge Richard Seeborg, (Michel, Carl) (Filed on 12/27/2012) (Entered: 12/27/2012) |
| 12/31/2012 | 154 | STIPULATION AND ORDER RE 152 STAYING FURTHER DISTRICT COURT PROCEEDINGS. Signed by Judge Richard Seeborg on 12/31/12. (cl, COURT STAFF) (Filed on 12/31/2012) (Entered: 12/31/2012) |
| 12/31/2012 | 🔒 | (Court only) ***Deadlines terminated*** Release of Transcript Restriction date of 11/26/2012 Date Terminated. (gbaS, COURT STAFF) (Filed on 12/31/2012) (Entered: 12/31/2012) |
| 01/25/2013 | 155 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 151 Notice of Appeal. (Attachments: # 1 Notice of Appeal Notification Form) (gba, COURT STAFF) (Filed on 1/25/2013) (Entered: 01/25/2013) |
| 01/25/2013 | | Copy of Notice of Appeal and Docket sheet mailed to all non-efilers. (gba, COURT STAFF) (Filed on 1/25/2013) (Entered: 01/25/2013) |