**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESPANOLA JACKSON; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>　　　　Defendants - Appellees. | No. 12-17803<br><br>D.C. No. 3:09-cv-02143-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: D.W. NELSON, M. SMITH, and IKUTA, Circuit Judges.

The panel has unanimously voted to deny appellants' petition for rehearing. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing and the petition for rehearing en banc are DENIED.