UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESPANOLA JACKSON; et al.,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>            Defendants - Appellees. | No. 12-17803<br><br>D.C. No. 3:09-cv-02143-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered March 25, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $75.80.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Eliza Lau
Deputy Clerk