# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 4, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 07 2014

FILED _____
DOCKETED _____
DATE     INITIAL

Re: Espanola Jackson, et al.
    v. City of San Francisco, California, et al.
    Application No. 14A311
    (Your No. 12-17803)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kennedy, who on November 4, 2014, extended the time to and including December 12, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 07 2014

FILED _____
DOCKETED _____
DATE          INITIA

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Paul D. Clement
Bancroft PLLC
1919 M Street, N.W., Suite 470
Washington, DC 20036


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526