# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 16, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Espanola Jackson, et al.
           v. City and County of San Francisco, California, et al.
           No. 14-704
           (Your No. 12-17803)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 12, 2014 and placed on the docket December 16, 2014 as No. 14-704.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Andrew Downs
      Case Analyst