UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPANOLA JACKSON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  09-cv-02143-RS<br><br>**ORDER RE STATUS** |

No later than August 31, 2015, plaintiffs shall either file a dismissal of this action, or the parties shall file a joint statement setting out their views as to what remains to be decided, and how the case should proceed.

**IT IS SO ORDERED**.

Dated: August 14, 2015

_____
RICHARD SEEBORG
United States District Judge