C. D. Michel - S.B.N. 144258
Clinton B. Monfort - S.B.N. 255609
Anna M. Barvir - S.B.N. 268728
MICHEL & ASSOCIATES, LLP
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESPANOLA JACKSON, PAUL COLVIN, THOMAS BOYER, LARRY BARSETTI, DAVID GOLDEN, NOEMI MARGARET ROBINSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, AND THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, in their official capacities, and DOES 1-10,<br><br>        Defendants. | CASE NO. CV-09-2143-RS<br><br>**[*PROPOSED*] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL** |

1   Pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure and this Court's August
2   14, 2105 Order Re Status, and after due consideration, the Court finds good cause exists for the
3   dismissal of this action. The Court hereby GRANTS Plaintiffs' Unopposed Request for
4   Dismissal.

5   ~~The Court further orders as follows:~~

6   _____

7   _____

8   _____

9   IT IS SO ORDERED.

10  Date: 9/3/15

11  _____
    Honorable Judge Richard Seeborg
12  United States District Court Judge

2

[*PROPOSED*] ORDER GRANTING DISMISSAL